COHEN & COIT, P.C.
**ANDREW D. COIT**, OSB #972378
**CHELSEA B. PAYMENT**, OSB #141125
800 Willamette Street, Suite 700
Eugene, Oregon 97401
Ph: 541-685-1288
Fax: 541-653-8224
andrew@cohencoit.com
chelsea@cohencoit.com
Attorneys for Defendant

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.: 3:16-CR-00051-BR-2** |
| vs. | **NOTICE OF APPEARANCE OF COUNSEL AND CO-COUNSEL FOR JON RITZHEIMER** |
| AMMON BUNDY,<br>JON RITZHEIMER,<br>JOSEPH O'SHAUGHNESSY,<br>RYAN PAYNE,<br>RYAN BUNDY,<br>BRIAN CAVALIER,<br>SHAWNA COX,<br>PETER SANTILLI,<br><br>Defendants. | |

Attorney ANDREW D. COIT (lead counsel) of the law firm of Cohen &

Coit, P.C. is admitted or otherwise authorized to practice in this Court and shall be

listed as counsel of record for Defendant, JON RITZHEIMER.  Attorney

CHELSEA B. PAYMENT (associate counsel) of the law firm of Cohen & Coit,

P.C. is admitted or otherwise authorized to practice in this Court, and is associating

as co-counsel with ANDREW COIT (lead counsel), and shall also be listed as

counsel of record for Defendant, JON RITZHEIMER.  Mr. Ritzheimer and Ms.

Payment have consented hereto.

RESPECTFULLY SUBMITTED this 4th day of February, 2016.

COHEN & COIT, P.C.

*/s/ Andrew D. Coit*
ANDREW D. COIT, OSB #972378
CHELSEA B. PAYMENT, OSB #141125
Attorneys for Defendant, Ritzheimer

## Certificate of Service

I hereby certify that on the above-mentioned date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Geoffrey A. Barrow
US Attorney's Office, District of Oregon
1000 SW Third Avenue, Ste. 600
Portland, Oregon 97204
geoffrey.barrow@usdoj.gov

Ethan D. Knight
US Attorney's Office, District of Oregon
1000 SW Third Avenue, Ste. 600
Portland, Oregon 97204
ethan.knight@usdoj.gov

Lisa Hay
Federal Public Defender's Office
101 SW Main Street, Ste 1700
Portland, Oregon 97204
Lisa_hay@fd.org

Per C. Olson
Hoevet Olson Howes, PC
1000 SW Broadway Street, Ste. 1500
Portland, Oregon 97205
per@hoevetlaw.com

DATED this 4th day of February, 2016.

COHEN & COIT, P.C.

*/s/ Andrew D. Coit*
ANDREW D. COIT, OSB #972378
CHELSEA B. PAYMENT, OSB #141125
Attorneys for Defendant, Ritzheimer