CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:16-mj-06019-DKD-1

Case title: USA v. Ritzheimer
Other court case number: 3:16-mj-00004-2 District of Oregon, Portland

Date Filed: 01/26/2016
Date Terminated: 02/04/2016

Assigned to: Magistrate Judge David K Duncan

### Defendant (1)

**Jon Ritzheimer**
*TERMINATED: 02/04/2016*

represented by **Elizabeth Janney Kruschek**
Federal Public Defenders Office - Phoenix
850 W Adams St., Ste. 201
Phoenix, AZ 85007
602-382-2786
Fax: 602-382-2800
Email: elizabeth_kruschek@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| 18:372 - Conspiracy to Impede Officers of the United States from Discharging Their Official Duties through Use of Force, Intimidation or Threats | |

**Plaintiff**

**USA**                                                    represented by   **Lisa Jennis**
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1200
Phoenix, AZ 85004-4408
602-514-7500
Fax: 602-514-7450
Email: lisa.jennis@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Vincent Quill Kirby**
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1200
Phoenix, AZ 85004-4408
602-514-7500
Fax: 602-514-7650
Email: Vincent.Kirby@usdoj.gov
*TERMINATED: 01/28/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/26/2016 | 1 | Arrest (Rule 5 - District of Oregon) of Jon Ritzheimer. (LAD) (Entered: 01/27/2016) |
| 01/26/2016 | 5 | Rule 5 Redacted Complaint as to Jon Ritzheimer. (ESL) (Entered: 01/27/2016) |
| 01/27/2016 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge David K Duncan: FINANCIAL AFFIDAVIT TAKEN. Initial Appearance in Rule 5(c)(3) Proceedings as to Jon Ritzheimer held on 1/27/2016. Appointment of counsel hearing held. Appearance entered by Elizabeth Janney Kruschek (AFPD) for Jon Ritzheimer. Rule 5(c)(3) Identity Hearing as to Jon Ritzheimer waived on 1/27/2016. Detention Hearing set for 2/2/2016 at 03:45 PM in Courtroom 606, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Eileen S Willett. Defendant ordered temporarily detained in custody of US Marshal. Preliminary Hearing reserved for prosecuting district. Pursuant to an order unsealing the Oregon Complaint, this case is UNSEALED. Waiver of Rule 5 and 5.1 Hearings form filed in open court. (Recorded by COURTSMART.) Hearing held 3:38 PM to 3:41 PM. (LAD) (Entered: 01/27/2016) |
| 01/27/2016 | 4 | WAIVER of Rule 5(c)(3) Hearing by Jon Ritzheimer. (LAD) (Entered: 01/27/2016) |
| 01/28/2016 | 7 | NOTICE OF ATTORNEY SUBSTITUTION: Lisa E. Jennis appearing for USA. Attorney Vincent Quill Kirby terminated . (Jennis, Lisa) (Entered: 01/28/2016) |
| 02/02/2016 | 8 | MEMORANDUM by USA as to Jon Ritzheimer *IN SUPPORT OF PRETRIAL DETENTION*. (Attachments: # 1 Attachments #1-11)(Jennis, Lisa) (Entered: |

| | | |
|---|---|---|
| | | 02/02/2016) |
| 02/02/2016 | 9 | MEMORANDUM by USA as to Jon Ritzheimer *IN SUPPORT OF PRETRIAL DETENTION (AMENDED)*. (Attachments: # 1 Attachments #1-12)(Jennis, Lisa) (Entered: 02/02/2016) |
| 02/02/2016 | 10 | MINUTE ENTRY for proceedings held before Magistrate Judge Eileen S. Willett: Detention Hearing as to Jon Ritzheimer held on 2/2/2016. Pursuant to stipulation of the parties, Government's Exhibits 1 and 2 and Defendant's Exhibits 100 through 104 are admitted in evidence. Oral argument held. The Court takes the issue of detention UNDER ADVISEMENT.<br><br>**Appearances**: AUSA Lisa Jennis for the Government, AFPD Elizabeth Kruschek for the defendant. Defendant is present and in custody. (Recorded by COURTSMART.) Hearing held 3:51 PM to 4:34 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MRH) (Entered: 02/02/2016) |
| 02/02/2016 | 11 | EXHIBIT LIST by USA re: 2/2/2016 Detention Hearing as to Jon Ritzheimer. *Modified on 2/2/2016 to correct docket text. (MRH) (Entered: 02/02/2016) |
| 02/02/2016 | 12 | EXHIBIT LIST by defense re: 2/2/2016 Detention Hearing as to Jon Ritzheimer. (MRH) (Entered: 02/02/2016) |
| 02/02/2016 | 13 | MINUTE ORDER re: Exhibits from 2/2/2016 Detention Hearing as to Jon Ritzheimer: Counsel are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals, pursuant to LRCiv 79.1. (MRH) (Entered: 02/02/2016) |
| 02/04/2016 | 14 | ORDER OF DETENTION PENDING TRIAL as to Jon Ritzheimer. Signed by Magistrate Judge Eileen S. Willett on 2/4/2016. (MRH) (Entered: 02/04/2016) |
| 02/04/2016 | 15 | COMMITMENT TO ANOTHER DISTRICT as to Jon Ritzheimer. Defendant committed to the District of Oregon, Portland Division. Signed by Magistrate Judge Eileen S Willett on 02/04/16.(ESL) (Entered: 02/04/2016) |
| 02/04/2016 | 16 | Notice to the District of Oregon of a Rule 5 or Rule 32 Initial Appearance as to Jon Ritzheimer. Your case number is: 3:16-mj-00004-2. Please use PACER Court Links to access the public docket and documents. Any necessary sealed or ex parte documents will be sent in a separate e-mail.<br><br>*(If you wish to designate a different email address for future transfers, please send your request to InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (ESL) (Entered: 02/04/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/04/2016 15:24:59 | | | |
| **PACER Login:** | ux4722:4106401:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:16-mj-06019-DKD |

| Billable Pages: | 2 | Cost: | 0.20 |
|---|---|---|---|