Amy Baggio, OSB #011920
amy@baggiolaw.com
Baggio Law
621 SW Morrison, Suite 1025
Portland, OR 97205
Tel:  (503) 222-9830
Fax:  (503) 274-8575

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  3:16-cr-00051-BR-03 |
| Plaintiff, | |
| v. | DEFENDANT'S WAIVER OF APPEARANCE AT ARRAIGNMENT |
| JOSEPH O'SHAUGHNESSY, | |
| Defendant. | |

Defendant, Joeseph O'Shaughnessy, pursuant to Federal Rule of Criminal Procedure 10(b)(2), hereby provides this written waiver of appearance at arraignment on the indictment in this case scheduled for February 24, 2016. He affirms that he has received a copy of the indictment. He affirms that his plea is not guilty. He understands that an initial trial date will be set at that arraignment and consents to allow counsel to represent his interests in the scheduling of initial dates.

DATED: February 5th, 2016,

_____
JOSEPH O'SHAUGHNESSY
Defendant

_____
AMY BAGGIO, OSB No. 011920
Telephone: 503-222-9830
Attorney for Joseph O'Shaughnessy

Page 1   DEFENDANT'S WAIVER OF APPEARANCE AT ARRAIGNMENT