IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:16-cr-00051-BR-5 |
| Plaintiff, | ORDER GRANTING SUBSTITUTION OF COUNSEL PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT, 18 U.S.C. § 3006A |
| v. | |
| RYAN BUNDY, | |
| Defendant. | |

IT IS ORDERED that CJA Panel attorney Andrew Bates is appointed pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, as substitute counsel, relieving Federal Public Defender Lisa Hay for Ryan Bundy, effective January 27, 2016.

DATED this _8_ day of February, 2016.

_____
Honorable Anna J. Brown
United States District Court Judge

PRESENTED BY:

_____
Lisa C. Hay
Federal Public Defender