Andrew M. Kohlmetz, OSB #955418
Kohlmetz Steen & Hanrahan PC
741 SW Lincoln Street
Portland, OR 97201
Tel: (503) 224-1104
Fax: (503) 224-9417
Email: andy@kshlawyers.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON PATRICK,<br><br>    Defendant | ) Case No. 3:16-CR-00051-BR-09<br>)<br>)<br>) MEMORANDUM IN SUPPORT OF<br>) DEFENDANT'S MOTION FOR HEARING<br>) RE: DISCOVERY MANAGEMENT,<br>) PRESERVATION OF EVIDENCE AND FOR<br>) PROVISION OF DEFENSE ACCESS TO<br>) CRIME SCENES<br>) |

The defendant has filed with the Court a Discovery Request and a Request to the United States requesting the preservation of any and all crime scene evidence and for allowing the defense access to any such crime scenes.

Due to the number of defendants, the size and location of the crime scenes, and the ongoing and volatile nature of the events which have occurred and are occurring at the Malheur National Wildlife Refuge ("MNWR"), defendant seeks the assistance of the Court in fashioning an appropriate Order or Orders regarding the preservation and recordation of crime scene evidence and for allowing defense access thereto.

The Court has inherent authority under Federal Rules of Criminal Procedure 2, and 16 to manage discovery practices and procedures in this case to ensure the proper and orderly

MEMO IN SUPPORT OF DEFENDANT'S MOTION FOR HEARING: RE DISCOVER MANAGEMENT…
          Kohlmetz Steen & Hanrahan PC
             741 SW Lincoln Street
              Portland, OR 97201
               (503) 224-1104

administration of justice. *United States v. Cervantes, N.D. Cal. May 24, 2013 WL 22999622,*

*United States v. W.R. Grace, 526 F.3d, 499, 509-12 (further citation omitted.)*

Respectfully submitted this 11th day of February, 2016.

Andrew M. Kohlmetz

Andrew M. Kohlmetz, OSB 955418
Attorney for Defendant Patrick