**Thomas K. Coan, OSB #89173**
tom@tomcoan.com
Attorney at Law
1001 SW Fifth Ave., Suite 1400
Portland, OR  97204
(503) 221-8736

Attorney for Defendant Santilli

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    )<br>    Plaintiff,  )<br>    )<br>vs.  )<br>    )<br>AMMON BUNDY,  )<br>JON RITZHEIMER,  )<br>JOSEPH O'SHAUGHNESSY,  )<br>RYAN PAYNE,  )<br>RYAN BUNDY,  )<br>BRIAN CAVALIER,  )<br>SHAWNA COX, and  )<br>PETER SANTILLI,  )<br>    )<br>    Defendants.  ) | Case No. 3:16-cr-00051-BR<br><br>DEFENDANT PETER SANTILLI'S MOTION FOR PRESERVATION OF EVIDENCE |

Defendant Peter Santilli, through his attorney Thomas K. Coan, join in defendant Jason Patrick's Notice and Motion to Preserve Evidence. Docket numbers 140, 141 and 142.

DATED this 11th day of February 2016.

                                                                                    *Thomas K. Coan*
                                                                                    Thomas K. Coan, OSB 89173
                                                                                    Attorney for Defendant

Page 1 – MOTION TO PRESERVE EVIDENCE