# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

United States of America

        Plaintiff

   v.

Peter Santilli,

        Defendant

Case No. 3:16-cr-00051-BR-8

**EXHIBIT AND WITNESS LIST**

| | |
|---|---|
| Date(s) of Hearing/Trial | 2/2/2016 and 2/4/2016 |
| Court Reporter(s) | Bonita Shumway |
| Deputy Clerk(s) | Dawn Stephens |

| Attorneys for Government | Attorney for Defendant |
|---|---|
| Ethan D. Knight | Thomas Coan |
| Geoffrey A. Barrow | |

| Gov | | | Def | | | Date | WITNESS / EXHIBIT DESCRIP | Called by |
|---|---|---|---|---|---|---|---|---|
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| | | | | | | 2/2 | Deborah Rose Jordan Reynolds | Def |
| | | | A1-6 | X | R | 2/2 | Letters from various individuals in support of Peter Santilli | Def |
| | | | | | | | | |
| A | X | N | | | | 2/4 | Exhibit A - Disc of Episodes of Peter Santilli's Show entire disc not received | Gov |
| | | R | | | | | Exhibit - Redacted A containing A1-4, A6, A10-11, A13 and A17 | |
| A1 | X | R | | | | 2/4 | Exhibit A1 - Episode 36; 12/21/15 | |
| A2 | X | R | | | | | Exhibit A2 - Episode 994; 6/10/15 | |
| A3 | X | R | | | | | Exhibit A3 - Episode 1015; 7/11/15 | |
| A4 | X | R | | | | | Exhibit A4 - Episode 1015; 7/11/15 | |

R=Received; N=Not Received; W=Withdrawn/Not Offered                  (Clerk's Exhibit List.wpd)

# EXHIBIT AND WITNESS LIST
## (Continued)

pg. 2

Case No. 3:16-cv-00051-MO-8

Title: USA v. Santilli

| Gov Ex. No. | ID | Ev | Def Ex. No. | ID | Ev | Date | WITNESS / EXHIBIT DESCRIP | Called by |
|---|---|---|---|---|---|---|---|---|
| A6 | X | R | | | | | Exhibit A6 - Episode 1074; 10/10/15 | |
| A10 | X | R | | | | | Exhibits A10 - Episode 1120; 12/8/15 | |
| A11 | X | R | | | | | Exhibit A11 - Episode 1120; 12/8/15 | |
| A13 | X | R | | | | | Exhibit A13 - Episode 1120; 12/8/15 | |
| A17 | X | R | | | | | Exhibit A17 - Unknown - Hillary Clinton threat | |
| | | | 101 | X | R | 2/4 | Exhibit 101 - December 1, 2015 email from Sheriff David Ward to Santilli; | Def |
| | | | 102A | X | R | | 102A - January 2, 2016 video clip of Santilli in Safeway parking lot; | |
| | | | 102B | X | R | | 102B - Video clip of Trump saying he could shoot someone on 5th Ave. and not lose any supporters; | |
| | | | 102C | X | R | | 102C - January 11, 2016 video clip of Santilli interrupting town hall meeting in gym and being escorted out by law enforcement officer; and | |
| | | | 102D | X | R | | 102D - January 26, 2016 video clip of Santilli's arrest. | |
| | | | | | | 2/11 | The parties have stipulated to the receipt of Government's Redacted A and Defendant's Exhibit 101, 102 A-D. | |

R=Received; N=Not Received; W=Withdrawn/Not Offered

(Clerk's Exhibit List.wpd)