**United States District Court**
**District of Oregon**

| | | | |
|---|---|---|---|
| Case Number: | **3:16-cr-00051-BR** | Dated: | **February 12, 2016** |
| Case Name: | <u>**US v. Bundy, et al**</u> | | |
| Presiding Judge: | **Anna J. Brown** | Courtroom Deputy: | **Bonnie Boyer** |

**RECORD OF : Order**

In the exercise of its case-management discretion, the Court makes the following Order which, among other things, changes the time of day of the arraignment proceedings in this matter currently scheduled for 2/24/16:

1.      The 2/24/16 arraignment proceedings in this matter as to the Indictment (#54) will not be part of the Duty Magistrate criminal calendar on 2/24/16.  Instead the arraignment proceedings will be combined with a case-management and scheduling conference before Judge Anna J. Brown from 10:00 a.m. to Noon on 2/24/16 in Courtroom 14A at which each Defendant who has not timely waived personal appearance (see Para. 2. below) and counsel for all parties must appear at the same time.

2.      Any Defendant who wishes to waive personal appearance at the 2/24/16 proceedings must file no later than Noon on 2/19/16 a personally-signed waiver of the right to appear in person at that proceeding which also includes such Defendant's consent to proceed for that appearance through counsel of record.  Any out-of-custody Defendant who waives personal appearance but who also wishes to listen to the proceedings via an audio connection may arrange to do so through counsel and CRD Bonnie Boyer.

3.      For the purpose of scheduling matters after 2/24/16, the Court directs Defendants' counsel to designate a single scheduling contact for all Defendants' counsel collectively and likewise directs the government's counsel to designate a single scheduling contact with whom court staff for this case will deal directly for all future scheduling purposes.  The parties must notify CRD Bonnie Boyer of these designations no later than 2/16/16.

4.      After completion of the arraignment proceedings on 2/24/16, the Court will then conduct a case-management conference to consider, among other things, the parties' current assessments as to:
    (a) whether this matter should be designated complex for purposes of the Speedy Trial
     Act;
    (b) whether and at what intervals the Court should schedule recurring case-management
      conferences at which the Court may facilitate the parties' trial preparation;
    (c) whether and when any form of substantive motion practice is needed before trial;
    (d) the time reasonably needed for the parties to complete their investigation and
      discovery and otherwise to prepare for trial taking into account the possibility of a
      superseding indictment with additional charges and parties;

      (e) whether the Court should set a date for a single trial as to all Defendants collectively or set dates for multiple trials for groups of Defendants; and

      (f) what specific trial date(s) the Court should set now.

5.      To assist the Court in setting a reasonable case-management and trial schedule on 2/24/16, the Court directs counsel for all parties to confer and to submit no later than Noon on 2/22/16, a single, case-management filing specifying the parties' respective suggestions, whether agreed or not, as to case-management issues and proposed scheduling including those issues outlined in Para. 4. above.  The Court also directs Defendants' counsel to confer now to consider ways to avoid unnecessary duplication of defense efforts, to share to the extent possible investigative and other trial-preparation efforts, and to minimize costs.  The Court seeks the recommendation of Defense counsel as to who among them the Court should designate on 2/24/16 as responsible to coordinate defense efforts where possible for efficiency and fairness.

IT IS SO ORDERED