FILED 17 FEB '16 8:57 USDC-ORP

Shawna Cox
1031 S. Monument Rd
Kanab Utah 84741

Hon.
Portland Oregon
Hearing Time

UNITED STATES DISTRICT COURT
FOR THE
~~DISTRICT~~ STATE OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 3-16-CR-00051-BR |
| v. | ) | AFFIRMATIVE DEFENSE, |
| Ammon Bundy, Jon Ritzheimer, Joseph | ) | NOTICE OF CRIMMINAL COUNTER |
| O'Shaughnessy, Ryan Payne, Ryan Bundy, Brian | ) | SUITE AGAINST FEDERAL EMPLOYEES |
| Cavalier, Shawna Cox, Peter Santilli, and Others | ) | AND OTHER JOHN & JANE DOES |
| | ) | 1-1000 WITH CLAIM FOR DAMAGES |
| | ) | BY DECLARATION OF SHAWNA COX |

COMES NOW Shawna Cox and swears under the penalty of perjury the following is true and correct.

AFFIRMATIVE DEFENCES AND COUNTER CRIMINAL COMPLAINT

As identified in 18 USC sections 1512, 1513, and 1514 I am a victim, witness and informant to extremely serious public corruption and government oppression. I came to the assistance of economically vulnerable individuals who were being harassed, threatened, intimidated, persecuted and incarcerated by arrogant, narcissi Federal Government officials who have organized together to highjack and steal our Constitutional form of government from the people of the United States of America. I came to assist the people of the states that were derived from the Northwest Territories, to address the fraud involving lands that were defrauded from them, by organized efforts of individuals within Federal and State Governments.

I came to the assistance of Dwight Hammond and Steven Hammond who were taxpayers that were victimized by public officials (who earn a living from taxpayers) for being taxpayers. The public employees who persecuted, prosecuted and incarcerated Dwight and Steven Hammond for trying to be taxpayers committed crimes against our constitutional form of government, against our society, myself and my children.

I am a victim, witness and informant to subversive activities and efforts organized by Law Colleges, State and Federal Bar Associations, to attack our constitutional form of

government and subversively, secretly force socialism, communism and imperialism types of government onto the people of the United States of America. The intention of these law professors and State and Federal Bar Association members is to create nobility for themselves, their prosperity and an oligarchy. Evidence will show that many of these individuals held official public positions and employment for generations and believe they are "entitled" to hold controlling public offices. Members of the State and Federal Bar Associations have violated the separations of powers so they could create special privileges and immunities for themselves, their membership and those who are supporting their subversive attacks on our constitutional form of government and our domestic tranquility.

The members of the State and Federal Bar Associations have converted justice into a predatory judicial industry that preys on economically vulnerable individuals like Dwight and Steven Hammond and me. The members of these State and Federal Bar Associations has converted bad faith decisions by all public officials into a judicial industry that has inspired, instigated and condoned bad faith decisions at all levels of our governments. The members of the State and Federal Bar Associations have attacked our society's domestic tranquility in order to feed its predatory judicial industry, that profits from concealing truths and justice.

In an effort to silence me and prevent me from exposing the public corruption involved in the "intent to defraud" the people of the lands of the Northwest Territories by the Federal government, and the "unlawful persecution, prosecution and incarceration of the Hammonds", State and Federal employees organized together to attempt to murder me and they executed my co-witness and co- informant Lavoy Finicum. The State and Federal employees who organized together to attempt to execute me and my co-witnesses and co-informants did so, to terrorize the people of the United States of America so they could continue to socialize and communize the United States of America, and continue to use their State and Federal Bar licenses to steal the lives, liberties and properties of economically vulnerable individuals.

In an effort to expose the "intent to defraud" the people of the lands involved in the States derived from the Northwest Territories, we took Hostile Adverse Possession of the Mahler Wildlife Refuge, which is akin to a trespass. "Hostile Adverse Possession" is a legal way to challenge "clouded land titles" and un-cloud them. In order to prove the trespass charges

against us, the Federal Government will have to rationally explain before a jury of my peers why the Federal Government refused to allow the states of the Northwest Territories to come in on the equal footing doctrine, of the original 13 states. It needs to be documented here that in order to make a similar living on what is considered a homestead, in most of the arid regions in the original Northwest Territories, it takes several thousands of acres instead of the 160 acres.

At the time we took Hostile Adverse Possession of the Malheur it was being closed down for the winter. At no time did I or anyone else interfere with any public employees working on the Malheur in fact we encouraged them to come to work as we wanted to discuss the ownership problem with them and get as much information we could from them. If anything, it was their choice to not come to work, out of guilt. The evidence will show that maintenance individuals came to conduct routine maintenance on the Malheur while we were there, and we helped them conduct their maintenance duties. I never knowingly or intentionally broke any laws.

Furthermore the evidence will show that federal employees were determined to secretly extend the boundaries of the Malheur. The individuals who we allegedly interfered with were directly involved in subversive activities to secretly extend the boundaries of the Malheur, and take taxpayers (ranchers) lives, liberties and properties. Evidence will show BLM employees (who we were supposedly interfering with) were caught shredding papers in the BLM office in Burns. Evidence will show that Harney County's Judge Grasity's brother is a BLM official that was involved in secretly extending the boundaries of the Malheur, and as such Judge Grasity was aware of the effort, acted in omission, and acted to cover-up for his brother's subversive activities. Evidence will show Judge Grasity was in a position to block access to the Harney County Jury roll call index, (the people) and did just that to cover-up his personal involvement in the corruption.

Evidence will also show that Judge Ann Aiken was related to the person who authorized "the Appeal" that lead to the re-sentencing of the Hammonds and as such she had a direct conflict of interest involved. Evidence will also show that Judge Ann Aiken's siblings were directly involved in rallying up opposition to forcibly remove us from the Malheur instead of properly civilly litigating our Hostile Adverse Possession of it, un-clouding the land titles in the

area and addressing the prosecutorial misconduct that resulted in the Hammond's prosecution and incarceration.

Evidence will also show that Oregon State Bar members including S. Amanda Marshall, Governor Kate Brown, Judge Grasity, Oregon State Senator Cliff Bentz, and others within the Oregon State Bar Association organized together to take complete control of the Oregon State Government so they could execute their personal objectives, agendas and the objectives and agendas of the predatory Oregon State Bar Association.

The evidence will show that Harney County Judge Grasity and Oregon State Governor Kate Brown were aware that Harney County Risk Pool had a domestic terrorism liability policy that instigated Judge Grasity and others to ratchet up the situation and terrorize the people of Harney County, Oregon and the United States, so they could profit from the situation and continue to execute their secrete subversive activities against our constitutional form of government.

The evidence will show that these individuals had every opportunity to call forth a Harney County Grand Jury to resolve the situation in a civil manner but ignored it, to protect their predatory judicial industry that has been attacking all of our society's domestic tranquility. Evidence will show that the Bar Associations have organized together to prevent the people from accessing Grand Juries and inquest juries in order to enhance their predatory judicial industry, that has nothing to do with justice and everything to do with deception, deceiving and depriving people of the truths and justice.

Evidence will show they had to use force to stop us from getting to the jury roll call index and calling up a jury to expose the corruption involved and they had to make a show of force, in order to continue to terrorize the rest of the country, and subject the people to the predatory activities of the State and Federal Bar Associations' members. Evidence and testimony will show that Judge Grasity and Oregon State Senator Cliff Bentz, (both Oregon State Bar members), and Sheriff David Ward were directly involved in terrorizing the people of Harney County with calling out their thugs and making the show of force, instead of allowing us to address the situation in a civil manner before a Grand Jury or inquest jury.

Evidence will show that individuals within the federal government have unlawfully placed the Federal lands (that were fraudulently withheld from the people in the states derived from the Northwest Territories) into hock for their national debt to their lenders and the International Monetary Fund. Evidence will show the National debt is a product of the subversive activities of the State and Federal Bar Associations' attempts to convert our constitutional form of governments into socialism, communism and an oligarchy. Evidence will show that it is common practice for State Bar Members to redirect blame, and they are attempting to redirect blame and cover-up the criminal actions of their colleagues by attempting to maliciously prosecute us and engaging in selective prosecution.

**I am being maliciously prosecuted by State and Federal Bar Association members because they do not want to be held accountable for their subversive activities against the people of the United States of America.** When I reach the jury I am going to ask the jury to render criminal and civil charges against the following public officials: All of the Oregon State Bar members, and public employees who were involved in the persecution, prosecutorial misconduct and ineffective council involving the incarceration of the Hammonds, including each and every one of them who violated the separation of powers and held offices in the judiciary and / or legislative and / or executive branches at the same time. All State and Federal Bar members and others, who took actions to prevent us from reaching a Grand Jury or inquest jury in Harney County to resolve the situation in a civil manner. All State and Federal Bar members involved in the ambush that attempted to execute myself and others and executed Lavoy Finicum. All, state and federal officials involved in terrorizing Harney county, Oregon and the United States. All state and federal officials involved in organizing and authorizing the ambush execution of myself and others including Lavoy Finicum. All the state and federal employees involved in the ambush that attempted to execute myself and others, and resulted in Lavoy Finicum's murder.

The State and Federal Bar Association members who committed crimes against the Hammond family and myself known to me at this time are; Judge Grasity, Senator Cliff Bentz, Harney County Prosecutor Tim Calhon, Governor Kate Brown, U.S. prosecutors Dwight Holton, Kirk Engdall, Kelley Zusman, S. Amanda Marshall, Judge Hogan and Judge Ann Aiken. Harney

County Public officials who committed crimes against the Hammond family and myself by omissions and misprision of felony's are Sherriff David Ward and FBI Special Agent Katherine Armstrong.

Additional affirmative defenses I am reserving include:

1. Jurisdiction, or lack of
2. Venue or lack of
3. The court that is attempting to prosecute me is an Article 4 court and not an article 3 court.
4. I object to the court continuing to attempt to identify me as a subject of corporate United States of America, I ask the court to cease and desist this, and acknowledge I am a sovereign citizen with State and Federal constitutional rights and protections of law.
5. I am requesting a fact finding hearing to identify the status of the court and my status with the court.
6. Restriction of Judicial Powers
7. Selective prosecution, unequal protections of the laws, Government > the people
8. Omission and misprision of felony by state and federal agents, officials and employees.
9. Subversive activities against our state and federal constitutional form of governments.
10. Malicious Prosecution
11. Unlawful detainment and seizure.
12. RICO Racketeering efforts organized against me, us, the Hammonds and others.
13. The constitutional right of militia to assemble against subversive attacks against the Constitution of the United States and the people of the United States.
14. My right to assemble was interfered with.
15. My Freedom of speech was interfered with.
16. Criminal Negligence
17. Organized attempted execution/murder of a witness and informant.
18. Organized execution / murder of my co-witness and co-informant.
19. Foreign Agents operating subversively within United States, including but not limited to State and Federal Bar Associations, IMF agents and Blackstone mercenaries.

20. Including but not limited to the following criminal codes and crimes in contend were committed against me and others who I came to rescue: 18 USC sections 3, 4, 13, 201, 210, 211, 241, 242, 371, 641, 654, 662, 1001, 1016, 1018, 1341, 1349, 1512, 1513, 1519, 1621, 1623, 1951, 1956, 1957, 1962, 1964, 2071, 18 USC Chapter 96 RICO, False Representation Concerning Title, Criminal Sabotage, Assemblages of Saboteurs, Fraudulent removal of property, Intent to defraud, Malicious prosecution, Subversive Activities made felony, Conviction of public officer forfeits trust, culpability, complicity, assault in the first, second and third degrees, coercion, harassment, theft, robbery, forgery duress, bribery, trading in public office, trading in special influence, failure of duty by public officer, intimidating a witness, tampering with a witness, tampering with physical evidence, rendering criminal assistance, compounding, Abuse of office, organized crime, leading organized crime, controlling enterprise or reality – conspiracy or attempt, criminal profiteering, money laundering, oath on admission, adverse possession under claim and color of title, rights of survivors and witnesses, right of effective council and judicial officer defined – when disqualified.

## AFFADAVIT OF PREDJUICE

In accordance with the rules of professional conduct, the code of judicial ethics and the laws that prevent judges from sitting on cases that they have a direct interest in, I am objecting to each and every judge who is a state or federal Bar Association member from presiding over my case. I am lawfully entitled to have a fair and impartial judge, and effective council and I will settle for no less. I am reserving my right to have assistance from my "Next Friends"

## REQUEST FOR PROTECTION ORDER AS IDENTIFIED IN 18 USC SECTION 1514

I am asking the court to enter an anti-harassment and protection order as identified in 18 USC section 1514 for myself, all of my witnesses, all of my "Next Friends" and our evidence, that was left on the Malheur Wild Life refuge.

## DISCOVERY RESERVATIONS

I am going to submit subpoenas for my defense to depose the following individuals: Dwight Hammond, Steven Hammond, several ranchers around the Malheur, Judge Ann Aiken, Zach and Jake Klonoski, Judge Hogan, U.S. Prosecutors S. Amanda Marshall, Kelley Zusman, Kirk

Engdall, Dwight Holton, Ninth Circuit Justices involved in the Hammond appeal, Ninth Circuit case works involved in the Hammond Appeal, Oregon State Audubon Society members, several BLM employees, Oregon Governor Kate Brown, former Oregon governor John Kitzaber, Head officer for Oregon State Bar Association, Oregon State Attorney General, Oregon State Supreme Court Justices, Harney County Judge Grasity, Harney County prosecutor Tim Calhon, Sheriff David Ward, Grant County Sheriff Glen Palmer, head Officer for Oregon State Sherriff's Association, Head officer for the Oregon State Patrol, Head of Oregon State FBI, all FBI investigators involved in investigating our allegations, FBI officers involved in ambush, Oregon State Patrol officers involved in ambush, various law professors,

CLAIM FOR DAMAGES

I am asking for criminal and civil penalties for the perpetrators that subjected me and my witnesses to the crimes I have identified herein. I Claim I and the others involved in these actions have suffered damages from the works of the devil in excess of $666,666,666,666.66 Six hundred sixty six billion, six hundred sixty six million, six hundred sixty six thousand, six hundred sixty six dollars and sixty six cents.

RIGHT TO AMEND

I Shawna Cox am reserving my right to amend my affirmative defenses, criminal complaint and claim for damages up to and during trial. I am reserving my right to include additional claims, damages and parties.

Dated this 15th day of February 2016

By [signature]

Shawna Cox All Rights Reserved

CERTIFICATE OF SERVICE

I Shawna Cox swear under the penalty of perjury, that I placed copies of this document in the U.S. Mail or emailed copies to the following:

Clerk of the U.S. District Court
1000 SW third Ave
Portland OR 97204

U.S. prosecutor Bill Williams
1000 SW third Ave. Suite 600
Portland OR 97204
My "Next Friends" 1-10,000,000,000

[signature]

Shawna Cox