COHEN & COIT, P.C.
ANDREW D. COIT, OSB# 972378
CHELSEA B. PAYMENT, OSB# 141125
800 Willamette Street, Suite 700
Eugene, OR 97401
Ph: 541-685-1288
Fax: 541-653-8224
E-Mail: andrew@cohencoit.com
E-Mail: chelsea@cohencoit.com

Attorneys for Defendant, JON RITZHEIMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:16-CR-00051-BR-2 |
| Plaintiff, | MOTION TO WITHDRAW AND APPOINT COUNSEL |
| vs. | |
| AMMON BUNDY, et al., | |
| Defendants. | |

Pursuant to Rule 83-11 of the Local Rules of the United States District Court for the District of Oregon, Defendant, JON RITZHEIMER, by and through his attorneys, Andrew D. Coit and Chelsea B. Payment of Cohen & Coit P.C., moves this Court to allow Mr. Coit and Ms. Payment to withdraw as counsel of record for Defendant, JON RITZHEIMER, and appoint counsel in their place.

PAGE 1— MOTION TO WITHDRAW AND APPOINT COUNSEL

The reason for this motion is that Defendant does not have funds to pay for continued services of his currently retained attorneys. The funds to pay for retained counsel was being provided by Defendant's mother.  Defendant's mother does not have sufficient funds to retain private counsel throughout the duration of the case at this point in time.  Defendant and his mother are therefore unable to continue to pay for the services of Cohen & Coit, P.C. or other private counsel in this matter. Additionally, this matter requires substantial time and resources and lead attorney Andrew D. Coit's trial schedule does not allow sufficient time to provide Defendant with representation in this matter.  Defense counsel has informed Defendant that defense counsel would be moving to withdraw and appoint counsel. Defendant was previously appointed counsel in Arizona after being arrested on the charges in this case.  Therefore, defense counsel respectfully moves this Court to allow Defendant's retained attorneys to withdraw and to appoint counsel from the CJA Panel in their place.

RESPECTFULLY SUBMITTED this 1st day of March, 2016.

                              COHEN & COIT, P.C.

                              */s/ ANDREW D. COIT*
                              Andrew D. Coit
                              Attorney for Defendant

                              */s/ CHELSEA B. PAYMENT*
                              Chelsea B. Payment
                              Attorney for Defendant

## Certificate of Service

I hereby certify that on March 1, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Ethan D. Knight
U.S. Attorney's Office
1000 SW 3rd Ave., Ste. 600
Portland, OR 97204
E-Mail: ethan.knight@usdoj.gov

Geoffrey A. Barrow
U.S. Attorney's Office
1000 SW 3rd Ave., Ste. 600
Portland, OR 97204
E-Mail: geoffrey.barrow@usdoj.gov

                                      */s/ Chelsea B. Payment*
                                      Chelsea B. Payment, OSB# 141125
                                      E-Mail: chelsea@cohencoit.com
                                      Cohen & Coit, P.C.
                                      Attorney for Defendant, Jon Ritzheimer