UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:16-CR-00051-BR |
| v. | STIPULATED ORDER REGARDING DISCOVERY |
| AMMON BUNDY, et al., | |
| Defendants. | |

Following the entry of the Case Management Order (ECF No. 210), and by stipulation of the parties,

IT IS HEREBY ORDERED that all discovery produced by the government prior to the status conference on March 9, 2016, shall be by way of discs. The government's discovery production, which will begin on March 4, 2016, at 12:00 p.m., will be made directly to counsel of record for each defendant in this case and to counsel of record for each defendant in *United States v. Cooper, et al.*, Case No. 3:16-CR-00064-JO.

Defense counsel agree not to make or distribute any copies of this discovery to any person, except that copies can be given to persons working for the defense on the case for use in investigation, as long as the defense ensures that no further distribution occurs. Defendants shall not have unsupervised access to the discovery. This agreement is in effect until March 10, 2016, before which date the parties will confer and seek to agree on any necessary protective measures

for this and future discovery, or if no agreement is reached the government will file a motion for a protective order.

The parties will provide a more specific discovery management plan to the Court by the deadline established in the Court's Order.

DATED this 4th day of March 2016.

*signature*

THE HONORABLE ANNA J. BROWN
United States District Judge

Presented by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney


*s/ Craig J. Gabriel*
ETHAN D. KNIGHT, OSB #99298
GEOFFREY A. BARROW
CRAIG J. GABRIEL, OSB #01257
Assistant United States Attorneys