Tiffany A. Harris   OSB 02318
Attorney at Law
811 SW Naito Pkwy, Suite 500
Portland, Oregon 97204
t. 971.634.1818   f. 503. 721.9050
tiff@harrisdefense.com

Attorney for Defendant Shawna Cox

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHAWNA COX,<br><br>    Defendant. | 3:16-CR-00051-BR – 07<br><br>WAIVER OF APPEARANCE<br>AT STATUS CONFERENCE |

I have been advised of my right to personally appear for a status conference, scheduled in this matter for March 9, 2016 at 9:00 a.m. I ask the Court to waive my personal appearance at this proceeding and permit me to appear by telephone instead.

If the Court is presented with a superseding indictment, I consent to an arraignment by telephone and will allow my attorney to proceed with the arraignment while I listen in and participate by phone.

Signed: _____
Shawna Cox

Dated: _____
March 4, 2016

USDC Oregon Case 3:16-cr-00051-BR
Waiver of Appearance of Defendant at Arraignment

Respectfully submitted on March ___7th___, 2016

Tiffany A. Harris
Attorney for Defendant