BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ETHAN D. KNIGHT, OSB #99298**
**GEOFFREY A. BARROW**
**CRAIG J. GABRIEL, OSB #01257**
Assistant United States Attorneys
ethan.knight@usdoj.gov
geoffrey.barrow@usdoj.gov
craig.gabriel@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:16-CR-00051-BR |
| v. | |
| **AMMON BUNDY, et al.,** | **MOTION TO UNSEAL REDACTED SUPERSEDING INDICTMENT** |
| **Defendants.** | |

The United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and through Ethan D. Knight, Geoffrey A. Barrow, and Craig J. Gabriel, Assistant United States Attorneys, moves the Court for an order unsealing the Superseding Indictment as to defendants 1 through 25 in this matter because those defendants are now aware that the Superseding Indictment has been filed.   A redacted Indictment is presented herewith.

Respectfully submitted this 9th day of March 2016.

BILLY J. WILLIAMS
United States Attorney

_____
ETHAN D. KNIGHT, OSB #99298
GEOFFREY A. BARROW
CRAIG J. GABRIEL, OSB #01257
Assistant United States Attorneys