# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:16-CR-00051-BR |
| v. | |
| AMMON BUNDY, et al., | ORDER TO UNSEAL REDACTED SUPERSEDING INDICTMENT |
| Defendants. | |

Based upon the motion of the United States,

IT IS HEREBY ORDERED that the Superseding Indictment filed in the above-captioned matter is hereby UNSEALED as to defendants 1 through 25 only.

Dated this __9th__ day of March 2016.

_____
ANNA J. BROWN
United States District Judge

Presented by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

_____
ETHAN D. KNIGHT, OSB #99298
GEOFFREY A. BARROW
CRAIG J. GABRIEL, OSB #01257
Assistant United States Attorneys