Terri Wood, OSB #883325
Law Office of Terri Wood, P.C.
730 Van Buren Street
Eugene, Oregon 97402
541-484-4171
Fax: 541-485-5923
Email: contact@terriwoodlawoffice.com

Attorney for Jon Ritzheimer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:16-CR-00051-02-BR |
| -VS- | |
| JON RITZHEIMER, | DEFENDANT'S MOTION TO REVOKE DETENTION ORDER |
| Defendant | |

Pursuant to 18 U.S.C. §3142, defendant Jon Ritzheimer, through counsel Terri Wood, moves the Court to revoke the pretrial detention order by the Magistrate Judge in the District of Arizona, entered in this cause, and to order Mr. Ritzheimer's pretrial release. The defense will timely file a supplemental motion with exhibits to support this request.

DATED this 10th day of March, 2016.

/s/ Terri Wood
TERRI WOOD  OSB  883325
Attorney for Ritzheimer