Andrew Bates, OSB # 78134
6122 NE Sacramento
Portland, Oregon  97213

ATTORNEY FOR RYAN BUNDY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 3:16-CR-00051-BR |
| Plaintiff, | ) | |
| vs. | ) | MOTION TO WITHDRAW |
| | ) | AS COUNSEL |
| RYAN BUNDY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     COMES NOW attorney Andrew Bates, counsel for defendant Ryan Bundy, and moves this Court for an Order allowing the withdrawal of counsel as attorney of record.  Counsel can no longer represent the defendant due to an ethical conflict of interest.  A Declaration of Counsel in support of this motion has been filed.

     Counsel has notified the office of the federal defender of his intent to

1    MOTION TO WITHDRAW

withdraw from this case in order to facilitate the appointment of a new attorney from the CJA panel.

Dated this 12th day of March, 2016.

Respectfully Submitted,

*/s/ Andrew Bates*
Andrew Bates
Attorney for Defendant