IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:16-cr-00051-BR-16 |
| Plaintiff, | WAIVER OF RIGHT TO COUNSEL |
| v. | |
| KENNETH MEDENBACH, | |
| Defendant. | |

I, Kenneth Medenbach, the above-named Defendant, being accused of Conspiracy to Impede Federal Officers in violation of Title 18, United States Code, Section 372, and Theft of Government Property in violation of Title 18, United States Code, Section 641, and being advised of the nature of the charge, my constitutional right to be represented by counsel, my constitutional right to self-representation, and the dangers and disadvantages of self-representation, knowingly and voluntarily waive my right to counsel and elect to proceed by representing myself with standby counsel.

*/s/ Kenneth Medenbach*
KENNETH MEDENBACH
Defendant

Before */s/ Anna J. Brown*
ANNA J. BROWN
United States District Judge

1 - WAIVER OF RIGHT TO COUNSEL