IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-cr-00051-BR |
| Plaintiff, | INTERIM |
| | ORDER PROHIBITING U.S. MARSHALS FROM REMOVING RYAN PAYNE AND OTHER LISTED DEFENDANTS FROM THE DISTRICT OF OREGON |
| v. | |
| AMMON BUNDY, JON RITZHEIMER, JOSEPH O'SHAUGHNESSY, RYAN PAYNE, RYAN BUNDY, BRIAN CAVALIER, SHAWNA COX, PETER SANTILLI, JASON PATRICK, DUANE LEO EHMER, DYLAN ANDERSON, SEAN ANDERSON, DAVID LEE FRY, JEFF WAYNE BANTA, SANDRA LYNN ANDERSON, KENNETH MEDENBACH, BLAINE COOPER, WESLEY KJAR, COREY LEQUIEU, NEIL WAMPLER, JASON CHARLES BLOMGREN, DARRYL WILLIAM THORN, GEOFFREY STANEK, TRAVIS COX, and ERIC LEE FLORES. | |
| Defendants. | |

This matter having come before the Court on motion of Defendant Ryan Payne pursuant to 28 U.S.C. § 1651(a), and the government through AUSA Ethan Knight for the District of Oregon not opposing the relief sought, it is hereby ORDERED that:

The U.S. Marshals are prohibited from removing RYAN PAYNE, AMMON BUNDY, RYAN BUNDY, BRIAN CAVALIER, BLAINE COOPER, or any other defendant currently

INTERIM

PAGE 1. ORDER PROHIBITING U.S. MARSHALS FROM REMOVING RYAN PAYNE AND OTHER
     LISTED DEFENDANTS FROM THE DISTRICT OF OREGON

detained by this Court pretrial in case number 3:16-cr-00051-BR from the District of Oregon without the ~~consent of the defendant~~ cgb or further order of this Court.

Dated this 16th day of March, 2016.  ⊙ 5:25 p.m.

*/s/ Anna J. Brown*
Hon. Anna J. Brown
United States District Court Judge
District of Oregon

PRESENTED BY:

*/s/ Lisa Hay*
Lisa Hay
Federal Public Defender
Attorney for Ryan Payne

The Court directs the Clerk to schedule a hearing as soon as practicable so that the Court may hear from the government's representative(s) in the District of Nevada on the issues raised by this Emergency Motion (#312), who may appear by telephone. The Court directs counsel for all parties concerned with Motion (#312) to work with the Clerk to find the soonest time practicable to conduct a hearing on these issues. The Court also directs government's counsel in both jurisdictions to have a representative of the U.S. Marshal's in each jurisdiction participating in such hearing at least by telephone. Finally, if any of the concerned Defendants in this matter have appointed counsel in the Nevada matter, the Court requests their participation in the hearing as well.

Judge Anna J. Brown
3-16-16  5:25 p.m

INTERIM

PAGE 2. ^ ORDER PROHIBITING U.S. MARSHALS FROM REMOVING RYAN PAYNE AND OTHER LISTED DEFENDANTS FROM THE DISTRICT OF OREGON