James F. Halley, OSB 91175
JAMES F. HALLEY, P.C.
The Strowbridge Building
735 SW First Ave., 2nd Floor
Portland, OR 97204
503/295-0301; 503/228-6551 (fax)
jimhalley@halleylaw.com

Attorney for Defendant Wesley Kjar

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>WESLEY KJAR,<br><br>    Defendant | No   3:16-cr-00051-BR-18<br><br>WAIVER OF APPEARANCE AT ARRAIGNMENT ON SUPERSEDING <u>INDICTMENT</u><br><br>[F.R.Crim.P. 10(b)] |

Pursuant to F.R.Crim.P. 10(b) and by his signature below, defendant Wesley Kjar hereby:

    1. acknowledges receipt of the superseding indictment in this case dated March 8, 2016;

    2. elects to proceed as named;

    3. waives advice of rights, having already been advised of his rights when arraigned on March 2, 2016 in *United States v. Wesley Kjar,* U.S. District Court, Oregon, docket no. 3:16-cr-00064-JO-02 (CR 61);

    4. waives reading of the indictment;

    5. reserves the right to move against the indictment at a later date;

    6. waives his personal appearance at an arraignment on the superseding

PAGE 1 - WAIVER OF APPEARANCE AT ARRAIGNMENT ON SUPERSEDING INDICTMENT [F.R.Crim.P. 10(b)]
h:\kjar, wesley - 1285\waiver - arraignment.docx  3/10/2016

James F. Halley, P.C.
Attorney At Law
The Strowbridge Bldg. • 735 S.W. First Ave., 2d. Floor
Portland, OR 97204-3326
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com

indictment; and

    7. asks the court to enter a not guilty plea and to set a jury trial date.

Date: March __17__, 2016

*Wesley Kjar*
Wesley Kjar

Date: March 10, 2016

JAMES F. HALLEY, P.C.
/s/ James F. Halley
James F. Halley, OSB #91-175
Attorney for Wesley Kjar

PAGE 2 - WAIVER OF APPEARANCE AT ARRAIGNMENT ON SUPERSEDING INDICTMENT [F.R.Crim.P. 10(b)]
h:\kjar, wesley - 1285\waiver - arraignment.docx  3/10/2016

James F. Halley, P.C.
Attorney At Law
The Strowbridge Bldg. • 735 S.W. First Ave., 2d. Floor
Portland, OR 97204-3326
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com