**Thomas K. Coan, OSB #89173**
tom@tomcoan.com
Attorney at Law
1001 SW Fifth Ave., Suite 1400
Portland, OR 97204
(503) 221-8736

Attorney for Defendant Santilli

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   **Plaintiff,**   vs.   **PETER SANTILLI,**   **Defendant.** | Case No. 3:16-cr-00051-BR   MOTION FOR LEAVE TO FILE MOTION UNDER SEAL |

Defendant Peter Santilli, through his attorney, Thomas K. Coan, moves the court for an order allowing him to file the enclosed motion *ex-parte* and under seal because it contains confidential work product that should not be shared with the government or the other parties in this case.

Dated this 17th day of March 2016.

*Thomas K. Coan*
Thomas K. Coan, OSB 89173
Attorney for Defendant

Page 1 – MOTION FOR LEAVE TO FILE MOTION UNDER SEAL