ORIGINAL

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Oregon

UNDER SEAL

~~FILED07 FEB 16 17:07 USDC-ORP~~

FEB 4 '16 1:16PM
U.S. MARSHALS SERVICE

United States of America
v.

SHAWNA COX, et al
*Defendant*

Case No. 3:16-cr-00051-AA-07

FILED10 MAR '16 13:41 USDC-ORP

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     SHAWNA COX

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Impede Officers of the United States

*[Handwritten across document: ARRESTED BY 2/24/16 Self Surrender by me USDC U.S. MARSHAL AR]*

Date: 02/03/2016

City and State: Portland, OR

s/P. Scheneman
*Issuing officer's signature*

P. Scheneman, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*