BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ETHAN D. KNIGHT, OSB #99298**
**GEOFFREY A. BARROW**
**CRAIG J. GABRIEL, OSB #01257**
Assistant United States Attorneys
ethan.knight@usdoj.gov
geoffrey.barrow@usdoj.gov
craig.gabriel@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

FILED 21 MAR '16 12:32 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**UNITED STATES OF AMERICA**

**3:16-CR-00051-BR**

v.

**AMMON BUNDY, et al.,**

**MOTION TO UNSEAL**
**SUPERSEDING INDICTMENT**

**Defendants.**

The United States of America, by Billy J. Williams, United States Attorney for the

District of Oregon, and through Ethan D. Knight, Geoffrey A. Barrow, and Craig J. Gabriel,

Assistant United States Attorneys, moves the Court for an order unsealing the Superseding

Indictment as to the remaining defendant in this matter.   It is the government's understanding that

said defendant's family is aware of the Indictment and has hired counsel for the defendant.

Respectfully submitted this 21st day of March 2016.

BILLY J. WILLIAMS
United States Attorney

ETHAN D. KNIGHT, OSB #99298
GEOFFREY A. BARROW
CRAIG J. GABRIEL, OSB #01257
Assistant United States Attorneys