ROBERT W. RAINWATER, Oregon State Bar No. 084489
Email: rrainwater@rainwaterlaw.org
Rainwater Law Group
1327 SE Tacoma Street, Suite 239
Portland, Oregon 97202-6639
Telephone: (971) 271-7566
Fax: (503) 231-8276

Attorney for Defendant
**JASON CHARLES BLOMGREN**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 3:16-cr-00051-BR |
| Plaintiff | **OBJECTION TO JOINT STATUS REPORT ON DISCOVERY MANAGEMENT** |
| v. | |
| **JASON CHARLES BLOMGREN,** | |
| Defendant. | |

Defendant Jason Charles Blomgren, through his attorney, Robert W. Rainwater, having read the joint status report on discovery management, document # 337, hereby objects to the discovery procedures set forth therein, specifically Subsection C of the Joint Proposal Regarding Discovery Management.

Mr. Blomgren objects to having the discovery, after being provided to the CJA Panel Office, being then sent to a third-party vendor for hosting and organizing, without first receiving a copy for his own use. While Mr. Blomgren has no objection to a third party eventually process and organizing the discovery, but he would request that discovery be provided directly to his counsel prior to being

Page 1 – OBJECTION TO JOINT STATUS REPORT - DISCOVERY

sent to a third party vendor. Mr. Blomgren needs to have immediate access to those documents and believes that his right to prepare his defense in a timely manner would be impaired by the delay in sending the discovery to a third party first.

RESPECTFULLY SUBMITTED this March 24, 2016.

s/ Robert W. Rainwater
Robert W. Rainwater
OSB # 084489
(971) 271-7566
Attorney for Defendant
Jason Charles Blomgren

Page 2 – OBJECTION TO JOINT STATUS REPORT - DISCOVERY