Lisa Hay, OSB #980628
Federal Public Defender
Rich Federico, IN Bar #23818-89
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon  97204
(503) 326-2123  Telephone
(503) 326-5524  Facsimile
Lisa_Hay@fd.org
Rich_Federico@fd.org
Attorneys for Defendant Ryan Payne

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:16-cr-00051-BR |
| **Plaintiff,** | **NOTICE OF APPEAL** |
| v. | |
| **AMMON BUNDY, JON RITZHEIMER, JOSEPH O'SHAUGHNESSY, RYAN PAYNE, RYAN BUNDY, BRIAN CAVALIER, SHAWNA COX, PETER SANTILLI, JASON PATRICK, DUANE LEO EHMER, DYLAN ANDERSON, SEAN ANDERSON, DAVID LEE FRY, JEFF WAYNE BANTA, SANDRA LYNN ANDERSON, KENNETH MEDENBACH, BLAINE COOPER, WESLEY KJAR, COREY LEQUIEU, NEIL WAMPLER, JASON CHARLES BLOMGREN, DARRYL WILLIAM THORN, GEOFFREY STANEK, TRAVIS COX, ERIC LEE FLORES, and JAKE RYAN,** | |
| **Defendants.** | |

PAGE 1.   NOTICE OF APPEAL

Notice is hereby given that Defendants Ryan Payne, Ammon Bundy, Ryan Bundy, and Brian Cavalier,[1] hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order entered in the record of this matter on March 22, 2016 (Docket No. 334), transporting the Defendants on April 13, 2016, from Portland, Oregon, to Las Vegas, Nevada, for the purpose of their first appearances in the District of Nevada.

Respectfully submitted this 28th day of March, 2016.

_____
Rich Federico
Assistant Federal Public Defender

---

[1] Blaine Cooper may join in this appeal once his counsel has the opportunity to consult with him and advise as to his position.

PAGE 2.   NOTICE OF APPEAL