IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Duane Leo Ehmer | Case No. 3:16CR00051- 10-BR<br><br><br>MODIFICATION OF RELEASE CONDITIONS |

IT IS ORDERED THAT the defendant's previously imposed conditions of release be modified by removing the following conditions:

- The defendant shall be monitored by the form of location monitoring indicated below and shall abide by all technology requirements. The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the pretrial services officer.

    (X) Active GPS Monitoring (including hybrid GPS)

    This form of location monitoring technology shall be utilized to monitor the following location restriction:

    (X) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment, attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services officer.

- In the event the defendant violates the schedule of location monitoring, cannot be located, or violates any program rule of a residential treatment program or community corrections center, U.S. Pretrial Services is authorized to notify the United States Marshals Service or responsible law enforcement agency who is then commanded to arrest the defendant for the violation and bring him/her before a United States Magistrate Judge without unnecessary delay.

All other previously ordered conditions of release remain in full effect.

IT IS SO ORDERED THIS __29__ day of __March__, 2016.

_____
The Honorable Robert E. Jones
Senior U.S. District Judge

Submitted by U.S. Pretrial Services