IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16CR00051-07-BR |
| v. | |
| Shawna Cox | MODIFICATION OF RELEASE CONDITIONS |

IT IS ORDERED THAT that the defendant's pretrial release conditions, specifically her location monitoring restrictions are modified. The defendant is subject to a Curfew as directed by Pretrial Services, rather than the previously ordered Home Detention restriction.

An additional condition of the defendant's release is as follows:

- The defendant shall not make or publish any public statements, by any means, that encourage unlawful activity or reference her case or co-defendants.

All other previously ordered conditions of release remain in effect.

IT IS SO ORDERED THIS __29__ day of __March__, 2016.

_____
The Honorable Robert E. Jones
Senior U.S. District Judge

Submitted by U.S. Pretrial Services