Tiffany A. Harris   OSB #02318
Attorney at Law
811 SW Naito Pkwy, Ste 500
Portland, Oregon 97204
Tel: (971) 634.1818
Fax: (503) 721.9050
tiff@harrisdefense.com

Attorney for Defendant Shawna Cox

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>            Plaintiff,<br><br>     v.<br><br>**AMMON BUNDY, JON RITZHEIMER, JOSEPH O'SHAUGHNESSY, RYAN PAYNE, RYAN BUNDY, BRIAN CAVALIER, SHAWNA COX, PETER SANTILLI, JASON PATRICK, DUANE LEO EHMER, DYLAN ANDERSON, SEAN ANDERSON, DAVID LEE FRY, JEFF WAYNE BANTA, SANDRA LYNN ANDERSON, KENNETH MEDENBACH, BLAINE COOPER, WESLEY KJAR, COREY LEQUIEU, NEIL WAMPLER, JASON CHARLES BLOMGREN, DARRYL WILLIAM THORN, GEOFFREY STANEK, TRAVIS COX, ERIC LEE FLORES, and JAKE RYAN,**<br><br>            **Defendants.** | **3:16-cr-00051-BR**<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendant Shawna Cox hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order entered in the record of this matter on March 29, 2016 (Docket No. 355), modifying Defendant Cox's conditions of release to prohibit

PAGE 1.  NOTICE OF APPEAL

her from publishing "any public statements, by any means, that…reference her case or co-defendants."

Respectfully submitted on March 29, 2016

*/s/ Tiffany A. Harris*
Tiffany A. Harris, Attorney at Law
Counsel for Defendant Shawna Cox

PAGE 2.  NOTICE OF APPEAL