Ernest Warren, Jr. OSB 891384
Warren & Sugarman
Suite 500, 838 SW First Avenue
Portland, Oregon 97204
Tel: (503) 228-6655
Fax: (503) 228-7019

**Attorney for Defendant Eric Lee Flores**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-CR-00051-25-BR |
| Plaintiff, | DECLARATION OF ERNEST WARREN, JR. |
| v. | UNOPPOSED MOTION FOR A CONTINUANCE OF TRIAL DATE AND TO FILE MOTIONS |
| ERIC LEE FLORES, | |
| Defendant. | |

I, Ernest Warren, Jr., do depose and say:

1. I was appointed to represent defendant Eric Lee Flores on March 17, 2016, by the Honorable Anna Brown.

2. This is defendant's first request to continue the trial date.

3. The parties have discussed the fact that there are thousands of pages of discovery as well as videos and images. Defense Counsel needs time to review discovery, follow investigation leads, prepare and file motions, and advise the defendant on legal matters

4. Assistant United States Attorney Craig Gabriel does object to this request.

5. I, therefore, would request the Court to grant Motion for a Continuance of Trial until after December 6, 2016 because of upcoming appearances including two murder trials

PAGE 1–*DECLARATION IN SUPPORT OF MOTION FOR A CONTINUANCE OF TRIAL*

before that date. State of Oregon v. Michael Lawson; Case Number 15-CR-26804; and trial date September 12, 2016 through September 22, 2016. State of Oregon v. Leo Lee Burns; Case Number 15-CR-50276; and trial date November 9, 2016 through November 18, 2016.

DATED this 8 day of April, 2016.

RESPECTFULLY SUBMITTED,

/s/ Ernest Warren, Jr.

**Ernest Warren, Jr. OSB No. 891384**
Attorney for defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have served a certified true copy of the MOTION TO CONTINUE TRIAL DATE AND DECLARATION IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE in the attached matter upon the parties listed below by notice of electronic filing using the CM/ECF System as follows:

**Ethan D. Knight**
**Craig J. Gabriel**
**Geoffrey A. Barrow**
U.S. Attorney's Office
District of Oregon
1000 S.W. Third Avenue
Suite 600
Portland, OR 97204
503-727-1118
Fax: 503-727-1117

and filed the original with the Court on the date listed below.

DATED this __8__ day of April, 2016.

**WARREN & SUGARMAN**

/s/Ernest Warren, Jr.
**Ernest Warren, Jr. OSB No. 891384**
Attorney for Defendant

Page 1 –*CERTIFICATE OF SERVICE*

**Warren & Sugarman**
Attorneys at Law
838 SW First Avenue • Suite 500 • Portland, Oregon 97204
Tel (503) 228-6655 • Fax (503) 228-7019