IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:16-CR-00051-07-BR |
| ) | |
| v.  ) | |
| ) | MODIFICATIONS OF RELEASE |
| ) | CONDITIONS |
| Shawna Cox ) | |

IT IS ORDERED THAT defendant's pretrial release conditions are modified. Defendant shall refrain from engaging in conduct or speech that will incite others to trespass upon or destroy federal government property or incite unlawful violence rather than the previously ordered condition that defendant shall not make or publish any public statements, by any means, that encourage unlawful activity or reference her case or co-defendants.

All other previously ordered conditions of release remain in effect.

IT IS SO ORDERED THIS 12th day of April, 2016

Honorable Robert E. Jones
Senior United States District Judge