BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ETHAN D. KNIGHT, OSB #992984**
**GEOFFREY A. BARROW**
**CRAIG J. GABRIEL, OSB #012571**
Assistant United States Attorneys
ethan.knight@usdoj.gov
geoffrey.barrow@usdoj.gov
craig.gabriel@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:16-CR-00051-BR |
| v. | |
| **AMMON BUNDY, et al.** | **JOINT STATUS REPORT REGARDING DISCOVERY** |
| **Defendants.** | |

Pursuant to the Court's April 11, 2016, Order (ECF No. 389), attorneys for the government have conferred with the Defendants' Discovery Committee. After conferral, the parties offer the following joint statement:

To date, the government has produced six volumes of discovery that comprise 14,079 Bates pages, 48,050 files, and 94 gigabytes of data. For defendants' convenience, the government has produced discovery in multiple formats including .pdf, text files, tiffs, load files, and natives.

Volumes 1 and 2 were sent directly to counsel. Pursuant to the Court's discovery management order, Volumes 3 through 6 were originally provided to CJA Counsel Jennifer Horvath for distribution to all defense counsel. Ms. Shertz, Mr. Rainwater, and Ms. Wood report that distribution by the CJA Panel office has thus far been limited to portions of Volume 3 that included only the PDFs, no native files, and no further distribution of Volumes 4-6. The rest of Volumes 3-6 remain at the Panel office awaiting the cloud solution.

Following the April 6, 2016, Status Hearing, government counsel conferred with defense counsel interested in receiving individual copies of discovery, including counsel for Jon Ritzheimer, Terri Wood; counsel for James Blomgren, Robert Rainwater; and counsel for Daryl Thorn, Laurie Shertz. The above parties agreed to the following: The government procured equipment to reproduce certain hard drives. The above attorneys have procured hard drives that are compatible with the government's equipment. The government has made Volumes 3 through 6 available to the above attorneys and will produce future volumes to the above defense counsel on the defense-provided hard drives.

Advisory counsel for Ryan Bundy has advised him of the government's proposal, but Mr. Bundy has not made a decision on this issue.

The government is currently processing the next batch of discovery. The next production will include law enforcement reports and photographs. The government estimates that this production will be more than 150 GB and will be available Monday, April 18.

The government has also conferred with Tom Coan, counsel for Pete Santilli, and provided estimates about the volume and nature of future discovery productions in order to help the defense obtain a contractor to facilitate discovery hosting by a third-party vendor. The government

**Joint Status Report Regarding Discovery** **Page 2**

believes that video will be the most data-intensive materials and that defense-produced video, i.e., social media, would likely exceed the volume of video materials produced by the government. The government will also be producing a significant amount of computer forensics reports. This information was provided to help the defense in working with a third-party vendor.

The parties will continue to work together to resolve discovery production issues.

Dated this 13th day of April 2016.

>Respectfully submitted,
>
>BILLY J. WILLIAMS
>United States Attorney
>
>
>*s/ Geoffrey A. Barrow*
>ETHAN D. KNIGHT, OSB #992984
>GEOFFREY A. BARROW
>CRAIG J. GABRIEL, OSB #012571
>Assistant United States Attorneys