IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16CR51 BR 03 |
| v. | |
| Joseph O'Shaughnessy | ORDER TO REVOKE ORDER SETTING CONDITIONS OF RELEASE |

IT IS ORDERED THAT the Order Setting Conditions of Release, dated February 5, 2016, is hereby revoked and the defendant shall be detained pending further order of the Court.

IT IS SO ORDERED THIS 13th day of April, 2016.

_____
The Honorable Anna J. Brown
U.S. District Judge

Submitted by U.S. Pretrial Services