IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID LEE FRY,<br><br>    Defendant. | Case No. 3:16-CR-00051-13-BR<br><br>SUPPLEMENTAL FINDINGS REGARDING DEFENDANT'S MOTION TO REVOKE DETENTION ORDER |

Jones, J.

In addition to the findings noted in the minutes of proceedings [364] of the hearing as to defendant's motion to revoke his detention order, I make these additional findings to support my decision to deny defendant's motion to revoke:

- Defendant was on probation for a crime committed in Ohio when he left the state without the permission of his probation officer and came to Oregon to participate in the occupation of the Malheur Wildlife Refuge.
- Defendant had been previously admitted to a mental health facility, from which he escaped by breaking down a door.
- While at the Malheur Wildlife Refuge, defendant actively participated in the events with a weapon strapped on him.

Dated this 14th of April, 2016

Honorable Robert E. Jones
Senior, District Court Judge