Terri Wood, OSB #883325
Law Office of Terri Wood, P.C.
730 Van Buren Street
Eugene, Oregon 97402
541-484-4171
Fax: 541-485-5923
Email: contact@terriwoodlawoffice.com

Attorney for Jon Ritzheimer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>-VS-<br><br>JON RITZHEIMER,<br><br>       Defendant | Case No. 3:16-CR-00051-02-BR<br><br>DEFENDANT'S NOTICE OF CONSENT TO STAND-IN COUNSEL |

      Defendant, Jon Ritzheimer, hereby provides notice of his consent to be represented by stand-in counsel Amy Baggio at any proceedings during the month of May 2016, when that becomes necessary due to the unavailability of his counsel, Terri Wood. He affirms that he has discussed this matter with his counsel, and understands that stand-in counsel will address the Court on his

behalf, and inform the Court of his positions on motions and other matters, when called upon by the Court to do so.

DATED this 12th day of April, 2016.

_____
JON RITZHEIMER
Defendant

_____
TERRI WOOD  OSB  883325
Attorney for Ritzheimer