BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ETHAN D. KNIGHT, OSB #992984**
**GEOFFREY A. BARROW**
**CRAIG J. GABRIEL, OSB #012571**
Assistant United States Attorneys
ethan.knight@usdoj.gov
geoffrey.barrow@usdoj.gov
craig.gabriel@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:16-CR-00051-BR-02 |
| v. | **GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT LEQUIEU'S MOTION TO REVOKE PRETRIAL DETENTION ORDER** |
| **COREY LEQUIEU,** | |
| **Defendant.** | |

The United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and Ethan D. Knight, Geoffrey A. Barrow, and Craig J. Gabriel, Assistant United States Attorneys, provides its response in opposition to Defendant Corey Lequieu's Motion to Revoke Pretrial Detention Order (ECF No. 423). For the reasons outlined below, and as will be presented more thoroughly at the review of detention hearing, the government is recommending that defendant Lequieu remain in custody pending trial as he is a flight risk and he presents a danger to the community. The U.S. Pretrial Services Office is also recommending defendant Lequieu's continued detention.

I.      Factual Background

Defendant Lequieu has a long-standing animus toward the federal government and specifically the Bureau of Land Management ("BLM"). Defendant's Memorandum (ECF No. 424) states: "[Lequieu] is notable not an activist." To the contrary, defendant Lequieu has, in fact, participated in anti-BLM conduct. For example, on September 10, 2015, Lequieu posted a photo to his Facebook account, with him holding a sign reading: "I STAND WITH CLIVEN BUNDY AGAINST THE COMMUNIST OPPRESSION OF THE BLM AND THE OBAMA REGIME!!! THIS WE WILL DEFEND! NEVADA STATE MILTIA BATTLE BORN!!! III%!"



By December 2015, defendant Lequieu was already in Harney County, Oregon. Evidence at trial will show that he was a planner and organizer of the armed takeover of the Malheur National Wildlife Refuge. While defendant Lequieu was in Harney County, he drew

**Gov't's Resp in Opp to Def Lequieu's Mot to Revoke Pretrial Detention Order     Page 2**

the attention of law enforcement. The Oregon State Police issued a bulletin to the FBI on December 17, 2105, which stated: "Most importantly, Cody [sic] Lequieu, 41 yoa is talking openly about killing police officers. He apparently is in the area. He blames LE [Law Enforcement] for his troubles."

On January 2, 2015, defendant Lequieu was in the initial convoy of occupiers who swept through the Refuge with assault rifles. Defendant Lequieu was part of this first group of occupiers who "secured" the Refuge to begin the weeks-long occupation. During the occupation, defendant Lequieu participated in guard duty, while armed with his assault rifle. Examples of photos of defendant Lequieu armed at the compound are shown below:



**Gov't's Resp in Opp to Def Lequieu's Mot to Revoke Pretrial Detention Order    Page 3**



In defendant's memorandum, he asks to be released to live in Nevada with his fiancée, Deborah Carter Pope. The Court should be aware that Ms. Pope herself was also at the Malheur National Wildlife Refuge with defendant Lequieu during the illegal occupation.

Finally, the defendant is charged with Using and Carrying a Firearm in Relation to a Crime of Violence under 18 U.S.C. § 924(c). This charge carries a presumption of detention. The defendant's memorandum does not present the kind of evidence needed to overcome such a presumption.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Gov't's Resp in Opp to Def Lequieu's Mot to Revoke Pretrial Detention Order      Page 4**

## II.     Conclusion

The government respectfully recommends that defendant's Motion be denied and that defendant remain detained.

Dated this 19th day of April 2016.

>Respectfully submitted,
>
>BILLY J. WILLIAMS
>United States Attorney
>
>
>*s/Craig J. Gabriel*
>ETHAN D. KNIGHT, OSB #992984
>GEOFFREY A. BARROW
>CRAIG J. GABRIEL, OSB #012571
>Assistant United States Attorneys