UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:16-cr-00051-BR |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | UNOPPOSED MOTION TO |
| PETER SANTILLI, | ) | MODIFY TRANSPORT ORDER |
| Defendant. | ) | |

Defendant Peter Santilli, through his attorney Thomas Coan, moves the Court for an order modifying the Court's prior order [Doc 334] requiring the U.S. Marshals to transport Mr. Santilli back to Oregon no later than April 25, 2016. Defendant Santilli needs additional time to meet with his attorney in the District of Nevada to prepare for a detention hearing. Based on this, defendant asks the Court to modify its transport order to require the U.S. Marshals transport defendant Peter Santilli back to the District of Oregon at a date to be determined but no later than May 17, 2016. The Government does not object to this request.

Dated this 21st day of April 2016.

*Thomas K. Coan*
Thomas K. Coan, OSB 89173
Attorney for Defendant

Page 1 – MOTION TO MODIFY TRANSPORT ORDER