IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-VS-<br><br>AMMON BUNDY, et al.,<br><br>    Defendants | Case No. 3:16-CR-00051-BR<br><br>ORDER FOR PRESERVATION<br>OF INFORMATION |

    THIS MATTER having come before the Court on Defendants' Motion For Preservation Order, opposed by the Government, and heard on May 4, 2016; and the Court being fully advised,

    IT IS THEREFORE ORDERED that all recorded information, regardless of format, possessed by all local, state or federal law enforcement agents or agencies, and executive branch agents or agencies, that relates to the investigation or prosecution of this case, or the investigation of any individual Defendant related to this case, be preserved for the pendency of this action;

    IT IS FURTHER ORDERED that the United States Attorney's Office for this District will provide notice of this Order to all entities that it knows or upon reasonable inquiry learns may be in possession of recorded information within the scope of this Order, due to participation in the investigation or prosecution of this case, or the investigation of any individual Defendant related to this case;

IT IS FURTHER ORDERED that this Order creates no independent right to discovery by Defendants not otherwise afforded by rule, statute or the Constitution; and creates no presumption that any recorded information within its scope that may have been lost or destroyed, prior to any individual or agency receiving notice of this Order, was done in bad faith or for any improper purpose.

DATED this _____ day of May, 2016.

                                              ANNA J. BROWN
                                United States District Court Judge

Submitted by:
Terri Wood, OSB #883325
Law Office of Terri Wood, P.C.
730 Van Buren Street
Eugene, Oregon 97402
541-484-4171
Fax: 541-485-5923
Email: contact@terriwoodlawoffice.com

Attorney for Jon Ritzheimer