BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ETHAN D. KNIGHT, OSB #992984**
**GEOFFREY A. BARROW**
**CRAIG J. GABRIEL, OSB #012571**
Assistant United States Attorneys
ethan.knight@usdoj.gov
geoffrey.barrow@usdoj.gov
craig.gabriel@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:16-CR-00051-BR |
| v. | |
| **AMMON BUNDY, et al.** | **JOINT STATUS REPORT REGARDING DISCOVERY** |
| **Defendants.** | |

Pursuant to the Court's April 11, 2016, Order (ECF No. 389) and its April 15, 2016, Order (ECF No. 422), attorneys for the government have conferred with the Defendants' Discovery Committee. The parties offer the following:

/ / /

/ / /

/ / /

/ / /

The government is continuing to produce discovery and anticipates that the next discovery production will be released this Friday or the following Monday. This production will be over 700GB and will consist of copies of evidence, additional reports, and attachments.

Dated this 27th day of April 2016.

        Respectfully submitted,

        BILLY J. WILLIAMS
        United States Attorney

        *s/ Geoffrey A. Barrow*
        ETHAN D. KNIGHT, OSB #992984
        GEOFFREY A. BARROW
        CRAIG J. GABRIEL, OSB #012571
        Assistant United States Attorneys