IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:16-cr-00051-BR-8 |
| Plaintiff, | ORDER TO TRANSPORT DEFENDANT PETER SANTILLI TO OBSERVE 5/4/16 STATUS HEARING IN DISTRICT COURT OF OREGON CASE 3:16-CR-00051-BR-8 |
| v. | |
| PETER SANTILLI, | |
| Defendant. | |

BROWN, Judge.

With the consent of Defendant Peter Santilli and his Oregon counsel, Thomas K. Coan, the Court directs the U. S. Marshal in the District of Nevada to transport Defendant Santilli to the Lloyd D. George United States Courthouse to observe by video-conference link the Status Hearing proceedings in this matter scheduled to commence on the record at 9:30 a.m. on May 4, 2016. The Court directs the U. S. Marshal to make Defendant Santilli available no later than 9:15 a.m. in the courtroom or other space to be designated by Magistrate Judge Peggy Leen for this purpose.

IT IS SO ORDERED.

DATED this 2nd day of May, 2016.

_____
ANNA J. BROWN
United States District Judge

1 - ORDER