FILED 2 MAY '16 13:32 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No. 3:16CR00051- 2 BR |
|---|---|
| v. | |
| Jon Ritzheimer | ORDER TO MODIFIY CONDITIONS OF RELEASE |

IT IS ORDERED THAT the following condition be removed:

- The defendant shall not make or publish any statements encouraging unlawful activity or about his criminal case.

And the following condition be added:

- The defendant shall not make or publish any statements encouraging unlawful activity.

IT IS SO ORDERED THIS 2nd day of May, 2016.

_____
The Honorable John V. Acosta
U.S. Magistrate Judge

Submitted by U.S. Pretrial Services