Andrew M. Kohlmetz, OSB 955418
Kohlmetz Steen & Hanrahan PC
741 SW Lincoln Street
Portland, OR 97201
(503) 224-1104
andy@kshlawyers.com

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3: 16-CR-00051-BR-09 |
| Plaintiff, | ) | |
| | ) | MOTION TO WITHDRAW AS COUNSEL AND |
| vs. | ) | TO ALLOW SELF-REPRESENTATION |
| | ) | |
| JASON PATRICK, | ) | (ORAL ARGUMENT REQUESTED) |
| Defendant. | ) | |

COMES NOW Andrew M. Kohlmetz, CJA appointed counsel for defendant Jason Patrick, and at the specific request of the defendant Moves this Court for an Order withdrawing him as counsel for the Defendant and FURTHER allowing the defendant to represent himself in this case.

IN ADDITION, the defendant OBJECTS to the appointment of any standby counsel as an unwarranted dilution of his right to self-representation.

I HEREBY CERTIFY that I, Andrew M. Kohlmetz, have conferred in real-time with AUSA Geoffrey Barrow as to this Motion. Mr. Barrow takes no position in this regard.

The CJA Panel Office has been notified of this request.

This Motion is supported by the attached Memorandum and Declaration of Counsel

Dated this 5th day of May, 2016.

*Andrew M. Kohlmetz*
Andrew M. Kohlmetz,
Attorney for Defendant