Ernest Warren, Jr. OSB 891384
E-Mail: e.warren@warrenpdxlaw.com
Warren & Sugarman
Suite 500, 838 SW First Avenue
Portland, Oregon 97204
Tel: (503) 228-6655
Fax: (503) 228-7019

Attorney for Defendant Eric Lee Flores

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-CR-00051-25-BR |
| Plaintiff, | |
| v. | AMENDED MOTION FOR CONTINUANCE OF TRIAL DATE |
| ERIC LEE FLORES, | |
| Defendant. | |

IN COMPLIANCE with the conferral order, Eric Lee Flores by and through his attorney, Ernest Warren, Jr., conferred with the government before filing this motion and respectfully requests that this Honorable Court continue the trial date for the above-captioned case from the date now scheduled September 7, 2016 to December 6, 2016.

FURTHERMORE, the defendant, shall agree that the period of time reflected in this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7) from the time period within which trial must commence as set forth in 18 U.S.C. § 3161(c)(1).

RESPECTFULLY SUBMITTED the 5th day of May 2016

/S/ Ernest Warren, Jr.
_____
Ernest Warren, Jr. OSB No. 891384
Attorney for defendant

Page 1 – *AMENDED MOTION FOR A CONTINUANCE OF TRIAL DATE*

Warren & Sugarman
Attorneys at Law
838 SW First Avenue • Suite 500 • Portland, Oregon 97204
Tel (503) 228-6655 • Fax (503) 228-7019

## CERTIFICATE OF SERVICE

I hereby certify that I have served a certified true copy of the **AMENDED MOTION TO CONTINUE TRIAL DATE AND DECLARATION IN SUPPORT OF AMENDED MOTION TO CONTINUE TRIAL DATE** in the attached matter upon the parties listed below by notice of electronic filing using the CM/ECF System as follows:

**Ethan D. Knight**
**Craig J. Gabriel**
**Geoffrey A. Barrow**
U.S. Attorney's Office
District of Oregon
1000 S.W. Third Avenue
Suite 600
Portland, OR 97204
503-727-1118
Fax: 503-727-1117

and filed the original with the Court on the date listed below.

DATED this 5th day of May, 2016.

**WARREN & SUGARMAN**

/s/Ernest Warren, Jr.
**Ernest Warren, Jr. OSB No. 891384**
Attorney for Defendant

Page 1- Certificate of Service