Andrew M. Kohlmetz, OSB #955418
Kohlmetz Steen & Hanrahan PC
741 SW Lincoln Street
Portland, OR 97201
Tel: (503) 224-1104
Fax: (503) 224-9417
Email: andy@kshlawyers.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:16-CR-00051-BR-09 |
| Plaintiff, | ) | |
| vs. | ) | SUPPLEMENTAL DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S MOTION TO WITHDRAW AND TO ALLOW SELF REPRESENTATION |
| JASON PATRICK, | ) | |
| Defendant. | ) | |

The undersigned, Andrew M. Kohlmetz, CJA appointed counsel for the defendant herein, hereby swears and affirms under penalty of perjury that the following is true and correct:

1)  I am an attorney licensed to practice in the State of Oregon and admitted to practice before this Court.

2)  I was appointed counsel for defendant, Jason Patrick, in this prosecution, pursuant to the Criminal Justice Act, 18 U.S.C. 3006A by Order of the Honorable Anna J. Brown on February 8, 2016.

3)  I make this Declaration in support of the attached Supplemental Motion to Withdraw and to Allow Self-Representation

4)  Mr. Patrick's request that I withdraw in conjunction with his objection to the appointment of standby counsel are the only ethical issues raised by this request. Other than this

Motion and Mr. Patrick's objection to any standby counsel, I perceive no ethical barrier to my appointment as stand-by counsel if it is so Ordered by the Court.

     5)     Assuming the Court grants Mr. Patrick's request to proceed pro-se, then Mr. Patrick, as his own counsel, should be allowed to address the court as to any objections he might have, if any, to my appointment as standby counsel.

     Respectfully submitted under penalty of perjury on this 6th day of May, 2016.

*Andrew M. Kohlmetz*
Andrew M Kohlmetz, OSB#955418
Attorney for Defendant