**FILED**

MAY 09 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>AMMON BUNDY; et al.,<br><br>　　　　Defendants - Appellants. | No. 16-30080<br><br>D.C. No. 3:16-cr-00051-BR-1<br>District of Oregon,<br>Portland<br><br>ORDER |

Before: REINHARDT, MURGUIA, and OWENS, Circuit Judges.

　　Appellant's unopposed motion to expedite this appeal is granted. The Clerk shall calendar this case during the month of June, 2016. *See* 9th Cir. Gen. Ord. 3.3.g.

　　Briefing is complete.

SLL/MOATT