David M. Audet, OSB No. 79014
1001 SW 5th Avenue
Suite 1414
Portland, OR   97204
971-254-4162
lawdawgs1@aol.com

Attorney for Defendant Duane Leo Ehmer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATE OF AMERICA | ) | |
|---|---|---|
| | ) | **Case No. 3:16-CR-00051-10-BR** |
| v. | ) | |
| | ) | **MOTION TO ALLOW** |
| DUANE LEO EHMER | ) | **WITHDRAWAL OF COUNSEL** |
| | ) | |
| Defendant. | ) | |

Defendant MOVES this Court for an ORDER allowing counsel to withdraw from the above-referenced matter.

Mr. Ehmer has asked me to withdraw.   Furthermore, good cause exists and is detailed in the attached ex parte Declaration.

RESPECTFULLY SUBMITTED this <u>10th </u>day of, 2016.


/s/ David M. Audet
David M. Audet, OSB No. 79014

1 - MOTION TO ALLOW WITHDRAWAL OF COUNSEL