UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>AMMON BUNDY, et al.,<br>    Defendants. | Case No. 3:16-cr-00051-BR<br><br>DECLARATION OF JURY ADMINISTRATOR |

I, TERESA D. GLOVER, declare:

    1. I am the Jury Administrator for the U.S. District Court for the District of Oregon.

    2. On February 2, 2015, the U.S. District Court for the District of Oregon adopted a Juror Management Plan (hereinafter, "Plan"), attached as Exhibit 1, in accordance with the provisions of the Jury Selection and Service Act of 1968 (Public Law 90-274), as amended and codified in 28 U.S.C. § 1861 *et seq*. The Judicial Council for the Ninth Circuit approved the Plan on February 18, 2015.

    3. Pursuant to Section 1.06 of the Plan, I have responsibility for the day-to-day operation of the jury management process. Exhibit 1, at p. 4.

    4. Section 1.07 of the Plan directs the Clerk to align Oregon's counties into four Jury Management Divisions and authorizes the Chief Judge to combine Jury Management Divisions. Exhibit 1, at p. 4.

    5. The Northern Jury Management Divisions of the Court are the Portland and Pendleton Jury Management Divisions.

    6. The Portland Jury Management Division includes the following counties: Clackamas, Clatsop, Columbia, Hood River, Jefferson, Multnomah, Polk, Tillamook, Wasco, Washington,

1 - DECLARATION OF JURY ADMINISTRATOR

and Yamhill. The Pendleton Jury Management Division includes the following counties: Baker, Crook, Gilliam, Grant, Harney, Malheur, Morrow, Sherman, Umatilla, Union, Wallowa, and Wheeler. Exhibit 1, Section 1.07, at p. 4.

7. Section 4.07 of the Plan requires empanelment of one or more grand juries for "any division or combined divisions of this district in accordance with court orders issued by the Chief Judge." Exhibit 1, at p. 18.

8. Master jury wheels for each Jury Management Division within the District were created on April 3, 2015, using a purely randomized process, pursuant to Sections 1.08, 1.11(a), 2.02, and 2.03 of the Plan. Thereafter, pursuant to Chapter 3 of the Plan, the names of all persons randomly selected from the master jury wheel for each Jury Management Division who were determined qualified to serve, and who were not exempted, excused, or disqualified from service as jurors, were placed in the qualified jury wheel for the applicable division.

9. In an order signed on March 30, 2015, the Chief Judge ordered the Clerk to draw at random from the qualified jury wheels of the Portland and Pendleton Juror Management Divisions to create four grand jury venires from the combined Northern Divisions, for empanelment in Portland on or about July 8, 2015. In the Matter of the Selection and Summoning of Grand Jurors for the Northern Division, Misc. No. 3:15-mc-00157 (D. Or., Mar. 30, 2015) (hereinafter, "order"), attached as Exhibit 2.

10. The order required the names of the prospective grand jurors to be drawn from the Portland and Pendleton Jury Management Divisions in numbers proportionate to each division's percentage share of the total number of names on the State's registered voters lists for counties within the Portland and Pendleton Juror Management Divisions, as indicated on the State's list certified by Oregon's Secretary of State as of January 22, 2013. Exhibit 2.

11. The order is consistent with Section 4.07(b) of the Plan.

12. The four panels from the combined Northern Juror Management Divisions were designated Grand Jury 15-01, Grand Jury 15-02, Grand Jury 15-03, and Grand Jury 15-04.

13. Twenty-three members are assigned to each grand jury panel. Grand jurors may obtain approval for an excuse from attendance at a grand jury session. A minimum number of 16 grand jurors is required to convene the grand jury. *See* Fed. R. Crim. P. 6(a)(1).

14. The twenty-three grand jurors in Grand Jury 15-01 are from the following counties: six jurors from Clackamas County; nine jurors from Multnomah County; four jurors from Washington County; one juror from Polk County; one juror from Clatsop County; one juror from Yamhill County; and one juror from Umatilla County.

15. On February 3, 2016, the United States presented its case for the indictment as to Ammon Bundy, Jon Ritzheimer, Joseph O'Shaughnessy, Ryan Payne, Ryan Bundy, Brian Cavalier, Shawna Cox, Peter Santilli, Jason Patrick, Duane Leo Ehmer, Dylan Anderson, Sean Anderson, David Lee Fry, Jeff Wayne Banta, Sandra Lynn Pfeifer Anderson, and Kenneth Medenbach to Grand Jury 15-01. *United States v. Bundy, et al.*, 3:16-cr-00051-BR, Docket No. 58.

16. Twenty-one grand jurors from Grand Jury 15-01 were in attendance on February 3, 2016. Members of Grand Jury 15-01 in attendance from the Portland Juror Management Division included six jurors from Clackamas County; nine jurors from Multnomah County; four jurors from Washington County; and one juror from Yamhill County. Members of Grand Jury 15-01 in attendance from the Pendleton Juror Management Division included one juror from Umatilla County. A true bill was returned.

17. The twenty-three grand jurors in Grand Jury 15-02 are from the following counties: two jurors from Clackamas County; ten jurors from Multnomah County; six jurors from Washington County; one juror from Columbia County; one juror from Polk County; one juror from Jefferson County; and two jurors from Umatilla County.

18. On February 10, 2016, the United States presented its case for the indictment as to Blaine Cooper, Wesley Kjar, Corey Lequieu, Neil Wampler, Jason Charles Blomgren, Darryl William Thorn, Geoffrey Stanek, Travis Cox, and Eric Lee Flores to Grand Jury 15-02. *See United States v. Cooper, et al.*, 3:16-cr-00064-JO, Docket No. 1.

19. Twenty grand jurors from Grand Jury 15-02 were in attendance on February 10, 2016. Members of Grand Jury 15-02 in attendance from the Portland Juror Management Division included two jurors from Clackamas County; seven jurors from Multnomah County; six jurors from Washington County; one juror from Columbia County; one juror from Polk County; and one juror from Jefferson County. Members of Grand Jury 15-02 in attendance from the Pendleton Juror Management Division included two jurors from Umatilla County. A true bill was returned.

20. On March 8, 2016, the United States presented its case for the superseding indictment as to Ammon Bundy, Jon Ritzheimer, Joseph O'Shaughnessy, Ryan Payne, Ryan Bundy, Brian Cavalier, Shawna Cox, Peter Santilli, Jason Patrick, Duane Leo Ehmer, Dylan Anderson, Sean Anderson, David Lee Fry, Jeff Wayne Banta, Sandra Lynn Anderson, Kenneth Medenbach, Blaine Cooper, Wesley Kjar, Corey Lequieu, Neil Wampler, Jason Charles Blomgren, Darryl William Thorn, Geoffrey Stanek, Travis Cox, Eric Lee Flores, and Jake Ryan to Grand Jury 15-01. *See United States v. Bundy et al.*, 3:16-cr-00051-BR, Docket No. 282.

21. Twenty-three grand jurors from Grand Jury 15-01 were in attendance on March 8, 2016. Members of Grand Jury 15-01 in attendance from the Portland Juror Management Division included six jurors from Clackamas County; nine jurors from Multnomah County; four jurors from Washington County; one juror from Yamhill County, one juror from Polk County, and one juror from Clatsop County. Members of Grand Jury 15-01 in attendance from the Pendleton Juror Management Division included one juror from Umatilla County. A true bill was returned.

I declare that the foregoing is true and correct to the best of my knowledge, and this declaration was executed in Portland, Oregon, on May 11, 2016.

*Teresa D. Glover*

Teresa D. Glover
Jury Administrator
U.S. District Court for the District of Oregon

5 - DECLARATION OF JURY ADMINISTRATOR