SAMUEL C. KAUFFMAN, OSB #943527
KAUFFMAN KILBERG LLC
Suite 1414
1001 SW Fifth Avenue
Portland, OR  97204
Telephone: (503) 224-2595
Fax: (503) 224-3203
E-Mail: sam@kauffmankilberg.com

    Attorneys for Defendant
    Dylan Anderson

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>v.<br><br>**DYLAN ANDERSON,**<br><br>    Defendant. | **Case No. 3:16-cr-00051-BR-11**<br><br>**DEFENDANT DYLAN ANDERSON'S MOTION TO CONTINUE TRIAL** |

    Defendant Dylan Anderson, through counsel, hereby moves for an order continuing the trial of his case, currently scheduled to commence on September 7, 2016 to March 1, 2017 or a date thereafter convenient to the Court.

    This motion is made on the grounds set forth in the Declaration of Counsel filed herewith.

**DEFENDANT DYLAN ANDERSON'S MOTION TO CONTINUE TRIAL**

Mr. Anderson, who is out of custody, consents to the continuance of his trial.

Assistant United States Attorney Geoffrey Barrow takes no position at this time.

DATED this 11th day of May 2016.

                KAUFFMAN KILBERG LLC


                By /s/ Samuel C. Kauffman
                    Samuel C. Kauffman, OSB #943527
                    Telephone: (503) 224-2595
                    Fax: (503) 224-3203
                    E-Mail: sam@kauffmankilberg.com
                    Attorneys for Dylan Anderson