UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:16-cr-00051-BR |
| Plaintiff, | | |
| vs. | | |
| | | UNOPPOSED MOTION TO REVOKE RELEASE ORDER |
| PETER SANTILLI, | | |
| Defendant. | | |

    Defendant Peter Santilli, through his attorney Thomas Coan, moves the Court for an order revoking the order allowing Santilli's conditional release to a halfway house. [ECF 231]  Santilli is presently in custody in the District of Nevada, and he asks the Court to revoke his release so that that the Marshals may return him to this District no later than May 19, 2016 [ECF 452].

    Dated this 11th day of May 2016.

                                          *Thomas K. Coan*
                                          Thomas K. Coan, OSB 89173
                                          Attorney for Defendant

Page 1 – MOTION TO REVOKE RELEASE ORDER