Amy Baggio, OSB #011920
amy@baggiolaw.com
Baggio Law
621 SW Morrison, Suite 1025
Portland, OR 97205
Tel:  (503) 222-9830
Fax:  (503) 274-8575

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 3:16-cr-00061-MO |
| Plaintiff, | **DEFENDANT'S MOTION TO COMPEL NOTICE OF SURVEILLANCE AND FOR PRODUCTION OF RELATED DISCOVERY** |
| v. | |
| JOSEPH O'SHAUGHNESSY, | |
| Defendant. | *ORAL ARGUMENT REQUESTED* |

The defendant, Joseph O'Shaughnessy, through counsel, moves the government for notice of surveillance and for production of discovery related to surveillance in accordance with Federal Rule of Criminal Procedure 16, 18 U.S.C. § 3504, and the United States Constitution, amend. IV, V & VI.  This motion relies on the argument and authorities set forth in the accompanying Memorandum In Support, filed herewith.

**Statement Of Conferral**

The defense has conferred with the government regarding the contents of this motion.

On May 11, 2016, I received a letter stating that the government opposes the motion.

Respectfully submitted on May 11, 2016.

                                              /s/ *Amy Baggio*
                                              Amy Baggio, #011920
                                              503-222-9830
                                              Attorney for Defendant O'Shaughnessy