UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:16-cr-00051-BR |
| Plaintiff, ) | |
| vs. ) | ORDER |
| PETER SANTILLI, ) | |
| Defendant. ) | |

Based on the motion of defendant Peter Santilli, through his attorney Thomas Coan, and there being no objection from the Government,

IT IS ORDERED that the Order Setting Conditions of Release [ECF 231] is revoked. Defendant may request the Court review this issue at a later date if the circumstances regarding his custody status in the District of Nevada change.

Pursuant to a prior order, ECF 452, the U.S. Marshals are to transport defendant Peter Santilli back to the District of Oregon no later than May 19, 2016.

Dated this 12th day of May, 2016.

_____
Hon. Anna J. Brown
United States District Court Judge

Presented by:

*Thomas K. Coan*
Thomas K. Coan, OSB 891732
Attorney for Defendant

**Page 1 – ORDER**