Laurie Shertz LLC, OSB 96477
121 SW Salmon, 11th Floor
Portland, OR  97204
tel:  503/406-2136
fax:  503/406-2136
e: Laurie@LShertzlaw.com
Attorney for Darryl Thorn

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:16 CR 00051 BR |
| Plaintiff, | MOTION TO PERMIT TRAVEL |
| vs. | |
| **Darryl Thorn,** | |
| Defendant. | |

The defendant, through his attorney Laurie Shertz, moves this Court for an order permitting the defendant to travel to Oregon, from his present release address in Spokane, Washington for the purpose of attending all regularly scheduled hearings, status conferences, and trial in the above captioned case. The defendant will notify his pretrial services officer of the date and time of such hearings, and ensure an appropriate responsible driver assists him in getting to Oregon.

The defendant further moves that he be permitted to stay in a hotel in Portland, at his own expense, the night before any morning hearings (the drive to and from Spokane is approximately six hours), and remain nights in between multi-day hearings.

Respectfully submitted this 12 of May, 2016.

   /s/ Laurie Shertz
LAURIE SHERTZ, OSB # 96477
503/406-2136
Attorney for Darryl Thorn

*United States v. Thorn*
*USDC Oregon 3:16 CR 00051 BR*
Page 1 - MOTION TO PERMIT TRAVEL