TYL W. BAKKER
621 SW Alder Street, Suite 621
Portland, Oregon 97205
Ph: (503) 721-0140
Fax: (503) 220-1913

      Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                       Plaintiff,<br>v.<br>SANDRA LYNN ANDERSON ,<br>                       Defendant. | Case No. 3-16-cr-00051-BR-15<br><br>DEFENDANT'S MOTION TO CONTINUE TRIAL DATE |

      Defendant Sandra Lynn Anderson through her counsel Tyl W. Bakker hereby moves for an order continuing the trial of her case, currently scheduled to commence on September 7, 2016 to March 1, 2017 or a date thereafter convenient to the Court. This motion is made on the grounds set forth in the Declaration of Counsel filed herewith. Ms. Anderson, who is out of custody, consents to the continuance of her trial. Assistant United States Attorney Craig Gabriel takes no position at this time. Assistant United States Attorney Craig Gabriel currently takes no position on this motion. He further states that the Government will take a position on this motion after the June 15th Status Conference.

                                          Respectfully, submitted on May 16, 2016.

                                          */s/ Tyl Bakker*
                                          Tyl W. Bakker, OSB #902000
                                          Attorney for Defendant