BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ETHAN D. KNIGHT, OSB #992984**
**GEOFFREY A. BARROW**
**CRAIG J. GABRIEL, OSB #012571**
Assistant United States Attorneys
ethan.knight@usdoj.gov
geoffrey.barrow@usdoj.gov
craig.gabriel@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:16-CR-00051-BR-13** |
| v. | |
| **DAVID LEE FRY,** | **GOVERNMENT'S RESPONSE TO DEFENDANT FRY'S MOTION TO COMPEL DISCOVERY (#493)** |
| **Defendant.** | |

The United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and through Ethan D. Knight, Geoffrey A. Barrow, and Craig J. Gabriel, Assistant United States Attorneys, hereby responds to defendant Fry's Motion to Compel Discovery (ECF No. 493).

Defendant's Motion should be denied as moot. The government will not seek to introduce defendant's statements obtained from his February 11, 2016, interview with the Federal Bureau of Investigation against him at trial. The government will not introduce the

statements against defendant in its case-in-chief nor will it use the statements in a cross-examination of defendant should he choose to testify on his own behalf.

Dated this 16th day of April 2016.

        Respectfully submitted,

        BILLY J. WILLIAMS
        United States Attorney

        *s/ Ethan D. Knight*
        ETHAN D. KNIGHT, OSB #992984
        GEOFFREY A. BARROW
        CRAIG J. GABRIEL, OSB #012571
        Assistant United States Attorneys