IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMMON BUNDY, JON RITZHEIMER, JOSEPH O'SHAUGHNESSY, RYAN PAYNE, RYAN BUNDY, BRIAN CAVALIER, SHAWNA COX, PETER SANTILLI, JASON PATRICK, DUANE LEO EHMER, DYLAN ANDERSON, SEAN ANDERSON, DAVID LEE FRY, JEFF WAYNE BANTA, SANDRA LYNN ANDERSON, KENNETH MEDENBACH, BLAINE COOPER, WESLEY KJAR, COREY LEQUIEU, NEIL WAMPLER, JASON CHARLES BLOMGREN, DARRYL WILLIAM THORN, GEOFFREY STANEK, TRAVIS COX, ERIC LEE FLORES, and JAKE RYAN,<br><br>　　　　Defendants. | 3:16-cr-00051-BR<br><br>ORDER CONTINUING TRIAL FOR DEFENDANTS ERIC LEE FLORES, DYLAN ANDERSON, AND SANDRA LYNN ANDERSON |

BROWN, Judge.

　　　　This matter comes before the Court on the Amended Motion (#519) for Continuance of Trial Date filed by Defendant Eric Lee

1 - ORDER CONTINUING TRIAL FOR DEFENDANTS ERIC LEE FLORES, DYLAN ANDERSON, AND SANDRA LYNN ANDERSON

Flores, the Motion (#542) to Continue Trial filed by Defendant Dylan Anderson, and the Motion (#566) to Continue Trial Date filed by Defendant Sandra Lynn Anderson.  Defendants Sandra Lynn Anderson and Eric Lee Flores filed written waivers of their rights to a speedy trial (#458 and #562 respectively).  In his Motion Dylan Anderson requested a continuance until "March 1, 2017, or a date thereafter convenient to the Court" and indicated he "consents to the continuance of his trial."

Based on each of the Defendants' waivers of their rights to a speedy trial, the Court **GRANTS in part** the Amended Motion (#519) for Continuance of Trial Date filed by Defendant Eric Lee Flores, the Motion (#542) to Continue Trial filed by Defendant Dylan Anderson, and the Motion (#566) to Continue Trial Date filed by Defendant Sandra Lynn Anderson.  The Court, however, defers until the August Status Hearing in this matter (August 3, 2016) setting a new trial date for these Defendants and any others who may waive their speedy trial rights and request a continuance.  Notwithstanding the Court's continuance of the trial date, Defendants Flores, Dylan Anderson, and Sandra Lynn Anderson must continue to participate in the ongoing Status Hearings in this matter through August 3, 2016, and they remain bound by the Court's rulings on all motions (including government motions) that raise issues applicable to them except to the extent that Defendants Flores, Dylan Anderson, and Sandra Lynn

Anderson explicitly opt out of any particular motions brought by other Defendants.

IT IS SO ORDERED.

DATED this 18th day of May, 2016.

_____
ANNA J. BROWN
United States District Judge