IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:16-cr-00051-BR |
| Plaintiff, | ORDER |
| v. | |
| AMMON BUNDY, JON RITZHEIMER, JOSEPH O'SHAUGHNESSY, RYAN PAYNE, RYAN BUNDY, BRIAN CAVALIER, SHAWNA COX, PETER SANTILLI, JASON PATRICK, DUANE LEO EHMER, DYLAN ANDERSON, SEAN ANDERSON, DAVID LEE FRY, JEFF WAYNE BANTA, SANDRA LYNN ANDERSON, KENNETH MEDENBACH, BLAINE COOPER, WESLEY KJAR, COREY LEQUIEU, NEIL WAMPLER, JASON CHARLES BLOMGREN, DARRYL WILLIAM THORN, GEOFFREY STANEK, TRAVIS COX, ERIC LEE FLORES, and JAKE RYAN, | |
| Defendants. | |

BROWN, Judge.

Based on the stipulation of Defendants Jason Patrick, Ryan Bundy, and Kenneth Medenbach, and the Court finding good cause,

1 - ORDER

the Court **ORDERS** all standby counsel appointed by the Court in this matter and their agents to treat all communications between themselves and the *pro se* Defendants to whom they have been assigned as subject to the same rules of confidentiality owed to clients under Oregon Rule of Professional Conduct 1.6.  The Court also **ORDERS** the Government to treat any such communications in the same fashion as privileged attorney-client communications.

IT IS SO ORDERED.

DATED this 19th day of May, 2016, *nunc pro tunc* to the dates the Court appointed the respective standby counsel.

_____
ANNA J. BROWN
United States District Judge

2 - ORDER