Matthew G. McHenry, OSB 04357
Levine & McHenry LLC
1001 S.W. Fifth Avenue, Suite 1414
Portland, Oregon 97204
503-546-3927
email: matthew@levinemchenry.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:16-cr-00051-BR-12 |
| | ) |
| Plaintiff, | ) DEFENDANT'S MOTION TO |
| vs. | ) CONTINUE TRIAL |
| | ) |
| SEAN ANDERSON, | ) |
| | ) |
| Defendant. | ) |

Defendant Sean Anderson, through his attorney Matthew G. McHenry, moves to continue the trial, currently set for September 7, 2016, to March 1, 2017, or a date thereafter convenient to the Court. Mr. Anderson is out of custody and has filed a waiver of his speedy trial rights. Mr. Anderson understands and consents to the continuance of his trial. Assistant United States Attorney Geoffrey Barrow, on behalf of the government, takes no position on this motion. This motion is based on the records of the case and the attached declaration of counsel.

/s/ *Matthew McHenry*
Matthew McHenry, OSB 043571
Attorney for Defendant