BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ETHAN D. KNIGHT, OSB #992984**
**GEOFFREY A. BARROW**
**CRAIG J. GABRIEL, OSB #012571**
Assistant United States Attorneys
ethan.knight@usdoj.gov
geoffrey.barrow@usdoj.gov
craig.gabriel@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:16-CR-00051-BR |
| v. | |
| **AMMON BUNDY, et al.** | **JOINT STATUS REPORT REGARDING DISCOVERY** |
| **Defendants.** | |

Pursuant to the Court's April 11, 2016, Order (ECF No. 389) and its April 15, 2016, Order (ECF No. 422), attorneys for the government have conferred with the Defendants' Discovery Committee.   The parties offer the following:

The government is continuing to review materials that may be produced as discovery in this case including the outstanding categories the government identified in the May 18, 2016, Joint Status Report Regarding Discovery (ECF No. 583).   On Friday, May 27, 2016, the government anticipates producing a volume that will include additional aerial surveillance and a copy of evidence related to a YouTube video that Tom Coan requested on behalf of Peter Santilli.   The

YouTube information responds to an issue that Mr. Coan raised in the May 18, 2016, Joint Status Report Regarding Discovery.

    Dated this 25th day of May 2016.

                                                        Respectfully submitted,

                                                        BILLY J. WILLIAMS
                                                        United States Attorney

                                                        *s/ Geoffrey A. Barrow*
                                                        ETHAN D. KNIGHT, OSB #992984
                                                        GEOFFREY A. BARROW
                                                        CRAIG J. GABRIEL, OSB #012571
                                                        Assistant United States Attorneys