**J. MORGAN PHILPOT**
morgan@jmphilpot.com
J. Morgan Philpot Attorney at Law
5201 S. Green St. Suite 225
Murray, UT 84123
Ph: 801-891-4499
Attorney for Ammon Bundy

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>AMMON BUNDY *et al*,<br><br>        Defendants. | Case No.: 3:16-CR-00051<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

      The undersigned attorney, J. Morgan Philpot is admitted or otherwise authorized to practice in this Court, and shall be substituted in the place of Michael Arnold and Lissa Casey as counsel of record for Defendant, AMMON BUNDY pursuant to LR 83-11(d). Defendant, Mr. Arnold and Ms. Casey have consented hereto.

      DATED this 25th day of May, 2016.

                              */s/ J. Morgan Philpot*
                              J. Morgan Philpot, OSB #144811
                              morgan@jmphilpot.com

      I consent to the above-substitution.

| | |
|---|---|
| */s/ Lissa Casey*<br>Lissa Casey, OSB #086541<br>lissa@arnoldlawfirm.com | */s/ Michael Arnold*<br>Michael Arnold, OSB #011873<br>mike@arnoldlawfirm.com |

1 – NOTICE OF SUBSTITUTION OF COUNSEL