# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:16 CR 00051-22 BR |
| Plaintiff, | |
| vs. | **ORDER TO MODIFY CONDITIONS OF RELEASE** |
| Darryl Thorn, | |
| Defendant. | |

The defendant, Court, having been advised by the parties, hereby deletes the fourth special condition requiring Mr. Thorn to "reside in Mr. Lamb's company residence in Spokane, Washington," and instead substitute a more general condition: "The defendant must live in a residence as approved by Pretrial Services and shall not move without the prior permission of Pretrial Services."

IT IS SO ORDERED THIS _____ 27ᵗ _____ DAY OF MAY _____ ,2016

_____
The Honorable Robert Jones
US District Court Judge

*Submitted by Laurie Shertz, Attorney for Darryl Thorn*

*United States v. Thorn*
*USDC Oregon 3:16 CR 00051 BR*

Page 1 - ORDER TO MODIFY CONDITIONS OF RELEASE