# Jake Ryan

We the people of Sanders County, desire it be known that we feel absolutely NO danger or threat from Jake Ryan and never have, for we have never known or heard of or felt a reason not to have him returned to our community. We ask that you.....Judge Ann Brown move and act upon this petition and grant bail so Jake can return home.

| Name | Address | | Date |
|---|---|---|---|
| | | | May-15, 2016 |
| Bill & Patty Aloe | Bill W. Aloe | ███ | Paradise, MT 59856 |
| Rex & Ella Trulove | ███ | Plains, MT 59859 | May 15, 2016 |
| Terrie Woods | ███ | Plains, MT | May 15-2016 |
| Gary T. Morris | ███ | Plains, MT | 5/15/16 |
| Bob Mayer | ███ | Paradise, Mont 59856 | |
| Gail S. Wagoner | | Plains, MT. 59859 | 5/15/16 |
| Ellen R. Dowell | | Plains, MT 59859 | 5/15/16 |
| Jackie A. Dowell | | Plains MT 59859 | 5/15/16 |
| Larry Floerchinger | ███ | Plains MT 59859 | 5/15/16 |
| Judy Subatch | ███ | Plains, MT 59859 | |
| Tristan Subatch | ███ | Plains MT 59859 | 5/15 |
| Tyler Subatch | ███ | Plains MT 59859 | 5/15/16 |
| Belle Demery | ███ | Plains MT 59859 | 5/15/16 |
| John Demery | ███ | Plains, MT. 59859 | 5/15/16 |
| Casey & Erin Alt | ███ | Hotsprings MT. 59845 | 5-15-16 |
| Judy Allen | ███ | Plains, MT. | 5-15-16 |
| Jason Subatch | ███ | Plains, MT | 5/15/16 |
| Laurie Harvey | ███ | Plains MT | 5-15-16 |
| Janet C. Harvey | ███ | Plains MT | 5-15-16 |
| Kelley Valiette | ███ | Plains MT | 5/15/16 |
| John Dorrett | ███ | Plains, M.T. | 5/15/16 |
| Pastor Jim Smith | ███ | Plains MT. | 5/15/18 |
| Chuck Standyford | ███ | Plains, MT | 5/15/16 |

# Jake Ryan

We the people of Sanders County, desire it be known that we feel absolutely NO danger or threat from Jake Ryan and never have, for we have never known or heard of or felt a reason not to have him returned to our community. We ask that you....Judge Ann Brown move and act upon this petition and grant bail so Jake can return home.

| Name | Address | Date |
|---|---|---|
| John Craig Hire | Plains, MT 59859 | 5/14/16 |
| Deana Elder | Plains 59859 | 14/5/16 |
| Molly Tingley | Plains 59859 | 5/15/16 |
| Sharon Stahl | Plains, MT 59859 | 5/15/16 |
| Mari Evans | Paradise, MT 59856 | 5/15/16 |
| Marie Corbin | Plains | 5/15/16 |
| Virginia Clement | Plains, MT 59859 | 5/15/16 |
| Mary Beth McChristian | Plains, MT | 5/15/16 |
| Nancy Eastes | Plains, MT | 5/15/16 |
| Ashleigh Saunders | Plains MT 59859 | 5/15/16 |
| Maureen Travis | Plains MT 59859 | 5/15/16 |
| Deborah Loveless | Plains, MT 59859 | 5/15/16 |
| Sandi Thompson | Plains, MT 59859 | 5/15/16 |
| Billy Hill | Trout Creek MT | 5/15/16 |
| Ref Viniard | Plains, MT 59859 | 5/15/16 |
| Angela Ryan | Plains MT 59859 | 5/15/16 |
| Charles E Ary | Plains MT | 5/16/16 |
| Cynthia M Karnes | Plains MT | 5/16/16 |
| Gail Johnson | Plains MT | 5/16/16 |
| Jim Brown | Plains MT | 5-16-16 |
| Melissa Tiegs | Paradise MT | 5-16-16 |
| Sheena | Plains, MT | 5/16/16 |
| Megan Benson | Plains MT | 5/16/16 |

# Jake Ryan

We the people of Sanders County, desire it be known that we feel absolutely NO danger or threat from Jake Ryan and never have, for we have never known or heard of or felt a reason not to have him returned to our community. We ask that you....Judge Ann Brown move and act upon this petition and grant bail so Jake can return home.

| Name | Address | | Date |
|---|---|---|---|
| David J. Thompson | [redacted] | Plains, MT | 5-15-16 |
| Keith D. Baker | [redacted] | Plains, MT | 5/15/16 |
| CHARLES WOOLLEY | [redacted] | PLAINS, MT | 5/15/16 |
| David Tingley | [redacted] | Ave 59859 | 5/15/16 |
| Larry L. Thompson | [redacted] | Plains MT 59859 | 5/15/16 |
| W. [illegible] | [redacted] | Plains, MT 59859 | 5-15-16 |
| William W. [illegible] | [redacted] | Plains MT 59859 | 5-15-16 |
| Wendy Porter | [redacted] | Hot Springs | 5-15-16 |
| Neva Thompson | [redacted] | Plains, Mt. | 5-16-16 |
| Karly Ryan | [redacted] | Plains MT | 5-16-16 |
| Richard C. Lyons | [redacted] | Plains, MT | 5-16-16 |
| Amy Resler | [redacted] | Thompson Falls, MT | 5-16-16 |
| Gregory D. Noble | [redacted] | Plains Mt | 5/16/16 |
| D.E. DeNoble | [redacted] | Plains, Mt | 5/16/16 |
| [illegible] | [redacted] | Plains, MT | 5-16-16 |
| [illegible] | [redacted] | Plains Mt | 5-16-16 |
| [illegible] | [redacted] | Plains MT | 5-16-16 |
| John Lemso | [redacted] | Plains MT | 5-16-16 |

# Jake Ryan

We the people of Sanders County, desire it be known that we feel absolutely NO danger or threat from Jake Ryan and never have, for we have never known or heard of or felt a reason not to have him returned to our community. We ask that you....Judge Ann Brown move and act upon this petition and grant bail so Jake can return home.

| Name | Address | Date |
|---|---|---|
| Jason R. Brown | [redacted] Plains, MT 59859 | 5/16/16 |
| Karen Sheehan | [redacted] PLAINS, MT. 59859 | 5/17/16 |
| Kathy Harris | [redacted] Thompson Falls MT 59873 | 5-17-16 |

# Jake Ryan

We the people of __Ravalli__ County, desire it be known that we feel absolutely NO danger or threat from Jake Ryan and never have, for we have never known or heard of or felt a reason not to have him returned to our community. We ask that you....Judge Ann Brown move and act upon this petition and grant bail so Jake can return home.

| Name | Address | Date |
|---|---|---|
| Robert Kubiak | [redacted] | 5-16-16 |
| Ruth Conley | [redacted] Plains MT 59859 | 5-16-16 |
| John Conley | [redacted] Plains, MT 59859 | 5-16-16 |
| Mary Toews | [redacted] MT 59840 | 5-16-16 |
| Bill DeSpain | [redacted] Hamilton MT 59840 | 5/16/16 |
| Donya M Ayers-Bell | [redacted] Lolo, MT 59847 | 5/16/16 |
| Zack Strain | [redacted] 59828 | 5-16-16 |
| Nancy Ballance | [redacted] Hamilton, MT 59840 | 5/16/16 |
| Penny Thompson | [redacted] Hamilton, MT 59840 | 5/16/16 |
| Jay Blakslee | [redacted] MT 59875 | 5/16/16 |
| Dick Wells | [redacted] T. Falls MT | 5-16-16 |
| Betty [illegible] | [redacted] Hamilton MT | 5/16/16 |
| [illegible] | [redacted] MT | 5/16/16 |
| [illegible] | [redacted] Victor MT | 5/16/16 |
| [illegible] | [redacted] Stevensville MT 59870 | 5/16/16 |
| [illegible] | [redacted] Hamilton MT 59840 | 5/16/16 |
| Charles Page | [redacted] Stevi. 59870 | 5-16-16 |
| Jan Wisniewski | [redacted] Hamilton MT 59840 | 5-16-16 |
| Greg Chilcott | [redacted] Stevi 59870 | 5/16/16 |
| Theresa Manzella | [redacted] Hamilton 59840 | 5-16-16 |
| John Gibney | [redacted] Hamilton 59840 | 5-16-16 |

# Jake Ryan

We the people of ~~Sanders County~~, desire it be known that we feel absolutely NO danger or threat from Jake Ryan and never have, for we have never known or heard of or felt a reason not to have him returned to our community. We ask that you....Judge Ann Brown move and act upon this petition and grant bail so Jake can return home.

| Name | Address | Date |
|---|---|---|
| [signature] | Paradise, MT 59852 | 5/24/16 |
| Lisa L. Hall | Paradise MT | 5/24/16 |
| Carey Annett | Plains MT 59859 | 5/24/16 |
| Dana Greenough | Thompson Falls MT 59873 | 5/24/16 |
| [signature] | Plains, MT | 5·24·16 |

# Jake Ryan

We the people of ~~Sanders County~~, desire it be known that we feel absolutely NO danger or threat from Jake Ryan and never have, for we have never known or heard of or felt a reason not to have him returned to our community. We ask that you....Judge Ann Brown move and act upon this petition and grant bail so Jake can return home.

| Name | Address | Date |
|---|---|---|
| Kenneth McLam | [redacted] 59859 Plains, MT | 5/22/16 |
| Lottie Waltner | [redacted] Plains MT | 5/22/16 |
| Kari Bauer | [redacted] Plains MT 59859 | 5/22/16 |
| Pat Farmer | [redacted] Plains MT | 5-22-16 |
| Clayton Mathews | [redacted] Plains MT 59859 | 5/22/16 |
| Richard M wmathis | [redacted] Plains MT | 5/22/16 |
| Andy Canfield | [redacted] | 5/22/16 |
| Jo Bellas | [redacted] Plains MT. | 5/22/16 |
| Bruce Downing | [redacted] " " | " |
| William A Scott | [redacted] " " | " |
| Robert Horton | [redacted] Plains MT 59859 | 5/22/16 |
| George D. Stone | [redacted] Plains, MT 59859 | |
| Jerry Burlower | [redacted] Plains, MT 59859 | |
| Nancy Burlower | [redacted] Plains, MT 59859 | |
| Ullen Loen | [redacted] Plains MT 59859 | |
| Kim Ayd | [redacted] Plains MT 59859 | 5/22/2016 |
| Edgar Farmer | [redacted] Plains MT. | 5-22-16 |
| Darcy Callaway | Polson, MT | 5-22-16 |

# Jake Ryan

We the people of Sanders County, desire it be known that we feel absolutely NO danger or threat from Jake Ryan and never have, for we have never known or heard of or felt a reason not to have him returned to our community. We ask that you....Judge Ann Brown move and act upon this petition and grant bail so Jake can return home.

| Name | Address | Date |
|---|---|---|
| Glenda Olson | 500 First St. | 5-16-16 |
| Dennis E Olson | 500 First St. | 5-16-16 |
| Rich Culbertson | Plains, MT | 5-17-16 |
| Barbara A. [redacted] | Plains, MT | 5-18-16 |
| Ron · Sheri Habig | Plains MT | 5.18-16 |
| [illegible] | | 5-18-16 |
| Marla Burgess | Plains | 5-18-16 |
| Carolyn [illegible] Jones | Plains | 5-18-16 |
| Shelly Quackenbush | Plains | 5-18-16 |
| Jeri Dagle | Plains, MT | 5-18-16 |
| Jones Lambert | Paradise MT | 5-18-16 |
| Penny Culbertson | Plains, MT | 5-18-16 |
| Becky Wester | | 5-18-16 |
| Mary L. McGann | Plains | 5-18-16 |
| Kristin Maxwell | Plains MT | 5-18-16 |
| Irma Steinbach | Plains | 5-18-16 |
| Bunny Oxford | | 5-18-16 |
| [illegible] C. Yoder | Plains | 5-18-16 |
| [illegible] | Plains MT | 9-21-16 |
| Pam Wheeler | Plains MT 59859 | 5-22-16 |
| Wm Neuson | Plains MT 59859 302 Walnut | 5-22-16 |
| Jim Shallenberger | Plains MT. 59859 | 5/22/16 |
| Deborah Denison | Plains MT 59859 | 5/2[illegible] |

# Jake Ryan

We the people of Sanders County, desire it be known that we feel absolutely NO danger or threat from Jake Ryan and never have, for we have never known or heard of or felt a reason not to have him returned to our community. We ask that you....Judge Ann Brown move and act upon this petition and grant bail so Jake can return home.

| Name | Address | | Date |
|---|---|---|---|
| [signature] | [redacted] | Plains | 5/18/16 |
| [signature] | [redacted] | Plains | 5/17/16 |
| [signature] | [redacted] | Plains | 5/18/16 |
| [signature] | [redacted] | Plains | 5/18/16 |
| [signature] | [redacted] | Plains | 5/18/16 |
| [signature] | [redacted] | ~~Plains~~ Paradise | 5/18/16 |
| [signature] | [redacted] | ST | |
| [signature] | [redacted] | PLAINS | 3/18/16 |

# Jake Ryan

We the people of Sanders County, desire it be known that we feel absolutely NO danger or threat from Jake Ryan and never have, for we have never known or heard of or felt a reason not to have him returned to our community. We ask that you....Judge Ann Brown move and act upon this petition and grant bail so Jake can return home.

| Name | Address | Date |
|---|---|---|
| Amber Szafryk | [redacted] Plains MT | 5-20-2016 |
| Coco Lane | Plains MT 59859 | 5-20-16 |
| Ali Church | Paradise, MT 59856 | 5-20-16 |
| Pamela Knight | [redacted] Plains, MT 59859 | 5/20/16 |
| Crystal Knight | [redacted] Plains, MT 59859 | 05/20/16 |
| Laloni DuBois | [redacted] Plains MT 59859 | 5/20/16 |
| Ken Knight | [redacted] Plains MT 59859 | 5/21/16 |
| Hannah Knight | [redacted] Plains, MT 59859 | 5/22/16 |

# Jake Ryan

We the people of Sanders County, desire it be known that we feel absolutely NO danger or threat from Jake Ryan and never have, for we have never known or heard of or felt a reason not to have him returned to our community. We ask that you....Judge Ann Brown move and act upon this petition and grant bail so Jake can return home.

| Name | Address | Date |
|---|---|---|
| Laurayne Silverthorn | [redacted] Plains | 5/14/16 |
| Marilyn Sharon | Plains, MT 491-1991 | 5/14/16 |
| Zach Anderson | Plains, MT | 5/18/16 |
| Kandi Staly | Plains, MT | 5/17/16 |
| Randy Gardner | " " | 5/22/16 |
| James A. Keyes | Plains MT. | 5-22-16 |

# Jake Ryan

We the people of Sanders County, desire it be known that we feel absolutely NO danger or threat from Jake Ryan and never have, for we have never known or heard of or felt a reason not to have him returned to our community. We ask that you....Judge Ann Brown move and act upon this petition and grant bail so Jake can return home.

| Name | Address | Date |
|---|---|---|
| Bill Silverthorn | [redacted] | 5-13-16 |
| Gail Sooper | [redacted] | 5-13-16 |
| BB [illegible] | [redacted] Plains | 5-13-16 |
| Jim [illegible] | Plains | 5-13-16 |
| W. [illegible] | Plains | 5-13-16 |
| Patrick [illegible] | Plains | 5-13-16 |
| Tim Malmund | [redacted] Plains MT | 5-13-16 |
| [illegible] | [redacted] | 5-13-16 |
| [illegible] | [redacted] | 5-13-16 |
| [illegible] | Plains MT | 5-13-16 |
| [illegible] | Paradise MT | 5-13-16 |
| Shirley A King | Plains MT | 5-13-16 |
| [illegible] | Paradise MT | 5-13-16 |
| [illegible] | [redacted] | 5-13-16 |
| Gary McGraw | [redacted] | 5-13-16 |
| Bill [illegible] | Plain MT | 5-13-16 |
| Kevin Linderman | Tr. Cr. MT | 5-13-16 |
| [illegible] Lindberg | Plains MT | 5-13-16 |
| Joy [illegible] | [redacted] Plains MT | 5-13-16 |
| [illegible] Sheppard | [redacted] " | " " |
| [illegible] | Plains MT | 5-13-16 |
| Angela M. Johnson | | 5/13/2016 |
| [illegible] | Plains | 5/13/16 |

# Jake Ryan

We the people of Sanders County, desire it be known that we feel absolutely NO danger or threat from Jake Ryan and never have, for we have never known or heard of or felt a reason not to have him returned to our community. We ask that you....Judge Ann Brown move and act upon this petition and grant bail so Jake can return home.

| Name | Address | Date |
|---|---|---|
| Matt Pettitclerc | Paradise | 5/17/16 |
| Delbert Mathers | ███ | 5/17/16 |
| Terry Josephson | ███ | 5/17/16 |
| Batt Lulack | ███, Plains | 5-18-16 |
| Derry Behringer | Plains MT | 5-18-16 |
| Monika Weed | Plains, MT | 5-18-16 |
| Sean Peterson | Plains MT | 5/19/16 |
| Jessica Peters | Plains MT | 5-19-16 |
| Mike Tenny | ███ TFalls | 5-21-16 |
| Wayne Stordahl | ███ Thomson Falls MT | 5-20-16 |
| Dende Terry | ███ Moses Lake, WA | 5-21-16 |
| John Suggs | Plains MT | 5/21/16 |
| Ron Gifford | Thompson Falls MT | 5/21/16 |
| Shannon Smith | Plains MT | 5/21/16 |
| Jay C Hen | Plains, MT | 5/24/16 |
| Barry Hogan | Plains, MT | 5-26-16 |
| R.L. Miller | Plains, MT | 5/26/16 |
| Denny M Liesel | Plains MT | 5/26/16 |
| Mary Shuchan | Plains MT | 5-27-16 |
| Annette Vallier | Plains Montana | 5-27-2016 |
| John Bailey | ✓ | 5-27-2016 |
| ███ | ✓ | 5-27-16 |

Merrithew Deel.

Exhibit B, Page 13 of 16

# Jake Ryan

We the people of Sanders County, desire it be known that we feel absolutely NO danger or threat from Jake Ryan and never have, for we have never known or heard of or felt a reason not to have him returned to our community. We ask that you, Judge Ann Brown move and act upon this petition and grant bail so Jake can return home.

| Name | Address | Date |
|---|---|---|
| [signature] | Plains MT. | 5/13/16 |
| Otto Otter | Plains | 5-13-16 |
| Danny B. Rowan | ███ PLAINS | 5-13-16 |
| Justin Davis | Plains | 5-13-16 |
| Victoria Wisthorn | Plains | 5-13-16 |
| Jenny Knutson | Plains | 5-13-16 |
| Wes White | Plains | 5-13-16 |
| [signature] | Plains | 5-13-16 |
| Jacky Ellis | Plains | 5-13-16 |
| Pauline McLellan | Plains | 5-13-16 |
| Colleen R. Mesing | Plains | 5-13-16 |
| [signature] | Plains | 5-13-16 |
| [signature] LaPorte | Plains | 5-13-16 |
| [signature] | Plains | 5-13-16 |
| Denise K Barton | Plains | 5-13-16 |
| Marleen Smith | Paradise | 5-13-16 |
| [signature] | Plains | 5-13-16 |
| [signature] | Plains MT. | 5-13-16 |
| [signature] | Plains Mt. | 5-13-16 |
| Jerome C. Kohn | Plains | 5-14-16 |
| [signature] Kohn | Plains | 5-14-16 |
| [signature] | T.F's | 5-14-16 |
| Gary W [signature] | TJF | 5-14-16 |

# Jake Ryan

We the people of Sanders County, desire it be known that we feel absolutely NO danger or threat from Jake Ryan and never have, for we have never known or heard of or felt a reason not to have him returned to our community. We ask that you....Judge Ann Brown move and act upon this petition and grant bail so Jake can return home.

| Name | Address | Date |
|---|---|---|
| Mike Redfern | Plains | Today |
| Basel M'Burgen | Thompson Falls | 5-14-16 |
| Shirley McGuigan | Thompson Falls, MT | 5/14/16 |
| Chad Bigley | Plains MT | 5-15-16 |
| Erin Bigney | Plains MT | 5/15/16 |
| Donald Pruitt | Plains, MT | 5/15/16 |
| Ed _____ | " | 5/15/16 |
| _____ | Plains, MT | 5/15/16 |
| Jean Barnes | Plains, MT | 5-15-16 |
| Linda Barnes | Plains, MT 59859 | 5/15/16 |
| Vince Heathers | Plains, MT 59859 | 5/15/16 |
| Heather Heathers | Plains, MT 59859 | 5/15/16 |
| James Henry | Plains MT 59859 | 5/15/16 |
| "Grizz" | Paradise MT | 5-16-16 |
| El Mclean | Plai MT 59859 | 5-16-16 |
| Suzanne LaPointe | ███ Plains | 5-16-16 |
| J Colby | ███ Plains | 5/17/16 |
| Pamela J Lovys | ███ Plains | 5/17/16 |
| Richard Lyons | Thompson Falls MT | 5/17/16 |
| Wes Goodwin | Plains MT | 5/17/16 |
| Zach Lyons | Thompson Falls mt | 5/17/16 |
| _____ | Deemer Crk MT | |
| Shawn Bright | Plains | 5/17/16 |

# Jake Ryan

We the people of ~~Sanders County~~, desire it be known that we feel absolutely NO danger or threat from Jake Ryan and never have, for we have never known or heard of or felt a reason not to have him returned to our community. We ask that you....Judge Ann Brown move and act upon this petition and grant bail so Jake can return home.

| Name | Address | Date |
|---|---|---|
| David Wonder | [redacted] Paradise MT | 05-28-16 |
| [signature] | [redacted] Plains, MT | 5/28/16 |
| [signature] | [redacted] Plains | 5-29-16 |
| Larry [signature] | [redacted] Plains | 5/28/16 |