# GENEVIEVE L. Y. ARNAUT, Psy.D., Ph.D.

**Current Position:** Professor, Director of Clinical Training
School of Professional Psychology, Pacific University
190 SE 8th Avenue, Suite 260
Hillsboro, OR 97123
*phone:* (503) 352-2613    *fax*: (503) 352-7320
*e-mail:* arnaut@pacificu.edu

## EDUCATION

***Forensic Postdoctoral Fellowship****, September 1999 to August 2000*
*University of Washington, Dept. of Psychiatry & Behavioral Sciences (APA accredited)*

***Pacific University, School of Professional Psychology*** *(APA accredited)*
  **Psy.D.**, Clinical Psychology, 1999  *(Valedictorian)*
  **M.A.**, Clinical Psychology, 1998

***Psychology Internship,*** *September 1998 to August 1999*
*Western State Hospital (APA-accredited predoctoral internship)*

***Virginia Polytechnic Institute & State University***
  **Ph.D.**, Industrial Engineering & Operations Research (Human Factors Engineering), 1986
  **M.S.**, Psychology (Applied Behavioral Science), 1983

***University of Toronto***
  **B.Sc.**, Psychology, 1980 *(Graduated With Distinction)*

## LICENSURE/CERTIFICATION

Licensed Psychologist since November 2000, Oregon License Number 1417
State of Oregon Certified Forensic Evaluator since July 2012

## PROFESSIONAL HONORS & AWARDS

School of Professional Psychology Faculty Award (voted by SPP student body), 2013-2014
School of Professional Psychology Faculty Award (voted by SPP student body), 2009-2010
School of Professional Psychology Faculty Award (voted by SPP student body), 2006
Junior Faculty Development Award, Pacific University, May 2006
Faculty Development Grant, Pacific University, 2005-06
Pacific University School of Professional Psychology Valedictorian, 1999
John Davidson Ketchum Memorial Scholarship in Psychology, 1979
Phi Kappa Phi Honor Society Member
Alpha Pi Mu Honor Society Member
Graduated With Distinction, University of Toronto, 1980

**GRANT FUNDING & CONTRACTS**

State of Oregon Forensic Evaluator Training, 2014 ($118,000)
State of Oregon Forensic Evaluator Training, 2012 ($92,980)
Oregon Department of Corrections Research Grant, Summer 2007 ($10,000)
Faculty Development Grant, Pacific University, 2005-06 ($2,500)


**TEACHING/ACADEMIC EXPERIENCE**

**Professor,** *Pacific University School of Professional Psychology, Fall 2002 to present*
- Graduate classes taught:
    - Adult Forensic Psychology
    - Qualitative Research
    - Assessment 1: Intelligence
    - Mindfulness-Based Interventions
    - Professional Communication
    - Human Diversity Laboratory
    - Advanced Clinical Skills Review
    - Research Methods
    - History & Systems

- *Director of Clinical Training, Fall 2005-present*
    - Oversee student clinical training placements (over 300 student placements/yr) for Psy.D., Ph.D., and M.A. programs
    - Develop clinical training policies and procedures
    - Develop evaluation criteria, monitor student progress, and assign grades
    - Coordinate practicum placement process
    - Coordinate clinical mentors
    - Assist in development and maintenance of online clinical training database
    - Communicate with and visit training sites
    - Develop new training sites
    - Assist students with internship application process

- *Forensic Track*
    *Director, Fall 2005-Summer 2013, Summer 2015*
    - Developed Forensic Track with two faculty members
    - Oversaw student application, selection, and progress
    - Mentor student thesis and dissertation research
    - Worked with other faculty to develop curriculum and requirements
    - Organized track activities
    - Conducted Forensic Seminar Series and Mental Health Forums with community speakers
    *Forensic Track Faculty Member, Summer 2013-present*
    - Mentor student thesis and dissertation research
    - Work with other faculty to develop curriculum and requirements
    - Review student applications, selection, and progress

**Instructor,** *September 1989 to July 1991; January 1993 to August 1995*
*Oregon State University, Psychology & Industrial Engineering Departments*
- Lecture, laboratory, and seminar-style undergraduate/graduate classes taught:
    - General Psychology I & II
    - Human Adjustment
    - Research Methods
    - Environmental Psychology
    - Cognitive Psychology
    - Human Factors Engineering

**Instructor,** *September 1998 to December 1998*
*Pacific Lutheran University, School of Education*
- Human Development (including supervision of community practicum placements)

**Teaching Assistant,** *May 1998 to July 1998*
*Pacific University School of Professional Psychology*
- Thesis Orientation
- Writing consultant/editor for theses and dissertations

**English Teacher,** *October 1991 to October 1992*
*Rajamangala Institute of Technology, Bangkok, Thailand, (through WorldTeach Volunteer program)*
- English as a Foreign Language

**Instructional Assistant,** *Corvallis School District, August 1988 to April 1989*
- Prepared developmentally disabled youths to work at community job sites: performed task analyses, trained students, monitored progress at job site
- Aide in classrooms, learning centers, and libraries

## PROFESSIONAL/POSTDOCTORAL CLINICAL EXPERIENCE

**Licensed Psychologist**
*Private Forensic Psychology Practice, July 2002-present*
- Conduct forensic and psychological evaluations of criminal defendants (adult and juvenile)
- Conduct risk and threat assessments (adult and juvenile)
- Administer, score, and interpret psychological tests

**Clinical Supervisor,** *Spring 2004 to Spring 2005*
*Pacific University School of Professional Psychology*
- Co-supervised student therapists conducting Mindfulness-Based Cognitive Therapy group

**School Psychologist***, October 2001 to June 2002*
*Northwest Regional Educational Service District*
- Administered, scored, and interpreted psychological tests
- Provided direct services and consultation to educators
- Conducted short-term individual, group, and family therapy
- Provided case management services for special education

**Psychologist***, September 2000 to November 2001*
*Oregon State Hospital, Forensic Evaluation Service*
- Conducted forensic evaluations of pre-trial criminal defendants (adult and juvenile)
- Administered, scored, and interpreted psychological tests
- Assisted in competency restoration curriculum development
- Established seminar series and discussion group on forensic issues
- Provided supervision and training in conducting forensic evaluations

**Forensic Postdoctoral Fellow,** *September 1999 to August 2000*
*University of Washington, Dept. of Psychiatry & Behavioral Sciences (APA accredited)*
- Forensic evaluation and treatment of pre-trial criminal defendants/criminally insane patients
- Provided direct services and consultation to mentally ill offenders
- Conducted long-term individual therapy
- Administered, scored, and interpreted psychological tests
- Participated in year-long didactic seminar series on forensic issues
- Conducted research project on risk assessment of insanity acquittees
- *External rotations*: Pierce County Corrections & Detention Center, Child Study & Treatment Center (juvenile forensic evaluations)

## PREDOCTORAL CLINICAL EXPERIENCE

**Psychology Intern,** *September 1998 to August 1999*
*Western State Hospital (APA-accredited predoctoral internship)*
<u>All Rotations</u>:
- Conducted long- and short-term individual therapy
- Administered, scored, interpreted, and documented results of psychological test batteries
- *Research assistant:* Validation of violence risk assessment instruments with insanity acquittees

<u>Specialized Rotations/Additional Tasks</u>:
*Program for Forensic Evaluations in Community and Corrections, 9/98-12/98*
- Forensic evaluations of misdemeanant/felony defendants

*Adult Psychiatric Unit, Mentally Ill Sex Offenders, 1/99-4/99*
- Individual and group (relapse prevention) therapy with dually diagnosed sex offenders
- Patient evaluation and treatment planning

*Child Study & Treatment Center, 5/99-8/99*
- Individual and group therapy with juvenile clients (based on DBT model)
- Evaluation and treatment planning
- Forensic evaluations of juveniles

**Psychological Service Center**, *Advanced Practicum & Practicum Student, 7/96-8/98*
- Conducted brief and long-term therapy with adult clients and couples
- Co-facilitated long-term women's process group
- Co-facilitated mindfulness meditation psychoeducational class for anxiety and stress reduction
- Conducted intake and diagnostic evaluations
- Administered, scored, interpreted, and documented results of psychological test batteries

**PAIRS (Practical Application of Intimate Relationship Skills) Certified Instructor,** *1/95-6/98*
- Co-facilitated psychoeducational PAIRS course designed to enhance communication, self and couples awareness, constructive conflict management, and pleasure in relationship

**Northwest Counseling Clinic**, *Women's Group Co-facilitator, 9/95-12/95*

**Center Against Rape & Domestic Violence**, *Crisis & Shelter Worker, 6/88-5/89*

**PROGRAM DEVELOPMENT & TRAINING**

***State of Oregon Forensic Evaluator Training,*** *Curriculum Developer & Presenter*
*April 2014-May 2015, $118,000*
*April 2012-August 2013, $92,980*
- Member of a multidisciplinary group of six professionals awarded competitive contracts from the State of Oregon
- Developed curriculum to train and update doctoral-level forensic evaluators in basics of competency and criminal responsibility evaluation required for certification in State of Oregon
- Presented portions of curriculum in 1- to 3-day training sessions
- Assisted in test development

***Mental Health & Criminal Justice Forum series****, Chair, 2009-2011*
- Coordinated two interprofessional forums with police officers, judges, district attorneys, defense attorneys, corrections health staff, community mental health professionals, forensic evaluators, and advocates to discuss contemporary mental health and criminal justice issues

***Forensic Seminar Series,*** *July 2005 to December 2006*
- Coordinated series of seminars by criminal justice and mental health professionals, including district attorneys, defense attorneys, a probation officer, a judge, forensic psychologists, the Executive Director of the Psychiatric Security Review Board, and the Director of Behavioral Services at Oregon Department of Corrections


**RESEARCH EXPERIENCE**

**Principal Investigator & Thesis/Dissertation Chair**
*Pacific University School of Professional Psychology*
- *Forensic Research Program at Community Sites, including:*
    - Oregon Department of Corrections (ODOC)
    - Washington County District Court
    - Oregon State Hospital
    - Oregon Youth Authority

- *Representative Forensic/Correctional Research & Student Dissertation Topics at Sites:*
    - Effectiveness of Dialectical Behavior Therapy with male and female inmates
    - Eating disorder prevalence in female inmates
    - Inmates who attempted suicide: A qualitative study
    - Prevalence rates of nonsuicidal self-injury among male and female inmates
    - Risk factors for youth recidivism
    - Prevalence rates of sexual assault among male and female inmates
    - Prediction of inmate violence based on the Personality Assessment Inventory (PAI)
    - The experience of Native American inmates at Oregon State Hospital
    - Prevalence of relational aggression among male and female inmates

- *Additional Research Topics:*
    - Survey of internship training directors' experience and ideas regarding specialty training in clinical psychology (conducted with faculty colleague)

**Postdoctoral Research,** *Washington Institute for Mental Illness Research & Training*
- Assessment of risk and psychopathy in insanity acquittees
- Mentally ill offender community transitions (qualitative study)

**PsyD Doctoral Research,** *Pacific University (completed 1998)*
- *Dissertation*: Parents in Stepfamilies with Adolescents: Inner Experiences and Outer Roles
   - Designed and conducted qualitative research program

**PhD Doctoral Research,** *Virginia Polytechnic Institute & State University (completed 1986)*
- *Dissertation*: An Evaluation of Display/Control Gain in the Context of Control-Display Interface Optimization
   - Co-Principal Investigator for research funded by the Naval Ocean Systems Center
   - Designed and conducted quantitative research; performed statistical analysis using SAS

**Master's Research,** *Virginia Polytechnic Institute & State University (completed 1983)*
- *Thesis*: Effects of Rating Purpose & Anonymity on Self-Ratings of Ability & Performance
   - Co-Principal Investigator for research funded by the United States Marshals Service
   - Designed and conducted quantitative research; performed statistical analysis using SPSS

**Research Assistant**, *Virginia Polytechnic Institute & State University, September 1982 to August 1986*
- Designed and conducted research projects in my field of study while on internships at Texas Instruments and the U.S. Marshals Service


## ACADEMIC SERVICE

*Pacific University and College of Health Professions*
CHP Clinical Coordinators Committee, 2010-present
Interprofessional Education and Practice Committee, April 2012-Summer 2015
Chair, Washington County Community Corrections Interdisciplinary Task Force (with SPP, PT, OT, and PA involvement), Summer 2004-Summer 2005
Pacific University Library Committee, Pacific University, Summer 2002-Spring 2007
Library Liaison, Fall 2002-Fall 2004

*Pacific University School of Professional Psychology*
Chair, Clinical Training Committee, Summer 2008-present
Executive Committee, Fall 2004-present
Student Progress Committee, Fall 2006-present
Writing Consultant Service Coordinator, 2004-present
Faculty Search Committee, Fall 2014, Spring 2015
Chair, Internship Task Force, Spring 2011
Assessment Task Force
    Chair, Spring 2007-Summer 2009
    Member, Summer 2009-present
Tracks Task Force, May 2004-present
Part-Time Faculty Oversight Committee, Fall 2002-Summer 2008
Self-Study Committee for American Psychological Association Accreditation of School of Professional Psychology, Fall 2004-Fall 2005
Admissions Committee, Fall 2002-Spring 2005

Space Committee, Spring 2006-Fall 2006
Chair, National Faculty Search Committee Fall 2004-Summer 2005
Chair, Washington County Community Corrections SPP Task Force, Summer 2004-Summer 2005
Chair, Strategic Planning Subcommittee on Prospective Student Pool, Fall 2003-Summer 2004
Pacific University Advocate for Students Regarding Sexual Misconduct, Fall 1995-Summer 1996

*Other Academic Service*
Student Association Secretary, September 1996 to August 1997
Human Factors Student Association Secretary, January 1984 to December 1984
Graduate Honor Council Member, Virginia Polytechnic Institute & State University, September 1982 to August 1983

| Peer Reviewer : | Clinical Case Studies | Clinical Psychology Review |
|---|---|---|
| | Aggression and Violent Behavior | Journal of Family Violence |
| | Psychological Services | |

## COMMUNITY SERVICE

State of Oregon Forensic Certification Rule Advisory Committee member, August 2011-2013
Clinical Assistant Professor, Department of Psychiatry, Oregon Health & Science University September 2006-present
Oregon Psychological Association Ethics Committee member, October 2006-September 2009
Benton County Mental Health Citizen's Advisory Committee, January 1995-September 1996
Town of Mount Royal Teen Team for Learning Disabled Children, September 1972-June 1977

## PROFESSIONAL AFFILIATIONS

American Psychological Association Member
    American Psychology-Law Society (Division 41) Member
      Evaluation, Measurement, and Statistics: Qualitative section (Division 5)
Oregon Psychological Association Member
Western Psychological Association Member

## OTHER PROFESSIONAL EXPERIENCE

*Technical Editor, ManTech Environmental Technology, March 1989 to July 1991*

*Human Factors Engineer, Hewlett Packard, September 1986 to November 1987*

## PUBLICATIONS & PRESENTATIONS

### Peer-Reviewed Journal Publications

Ferreira, C., & Arnaut. G. L. Y.  The effects of a modified Dialectical Behavior Therapy program on male inmates' coping skills. In preparation.

Grady, G., Arnaut, G. L. Y., Michael, P.  Life after adjudication: A comparison of three forensic inpatient treatment modalities as a predictor of community reintegration success. Manuscript submitted for publication, currently in revision.

MacLane, C., Arnaut, G., Kemmelmeir, M., Krechman, J., & Furchner, A. The effectiveness of a modified Dialectical Behavior Therapy program in a women's prison. Manuscript submitted for publication.

Suto, I., & Arnaut, G. L. Y. (2010). Suicide in prison: A qualitative study. *The Prison Journal, 90*(3), 288-312. doi:10.1177/0032885510373499

Stoll, B. M., Arnaut, G. L., Fromme, D. K., & Felker-Thayer, J. A. (2005). Adolescents in stepfamilies: A qualitative analysis. *Journal of Divorce & Remarriage, 44*(1/2), 177-189.

Kruh, I. P., Whittemore, K., Arnaut, G. L. Y., Manley, J., Gage, B. C., & Gagliardi, G. (2005). The Psychopathic Personality Inventory and the violence of insanity acquittees. *International Journal of Forensic Mental Health, 4*(2), 135-145.

Felker, J. A., Fromme, D., Arnaut, G. L. Y., & Stoll, B. M. (2002). A qualitative analysis of stepfamilies: The stepparent. *Journal of Divorce & Remarriage, 38*, 125-142.

Arnaut, G. L. Y., Fromme, D. K., Stoll, B. M., & Felker, J. A. (2000). A qualitative analysis of stepfamilies: The biological parent. *Journal of Divorce & Remarriage, 33*, 111-128.

Arnaut, L. Y., & Greenstein, J. S. (1990). Is display/control gain a useful metric for optimizing an interface?  *Human Factors, 32*, 651-663.

Arnaut, L. Y., & Greenstein, J. S. (1987). Optimizing the touch tablet: The effects of control-display gain and method of cursor control. *Human Factors, 28*, 717-726.

Arnaut, L. Y., & Shettleworth, S. J. (1981). The role of spatial and temporal contiguity in defensive burying in rats. *Animal Learning and Behavior, 9*, 275-280.

Greenstein, J. S., Arnaut, L. Y., & Revesman, M. E. (1986). An empirical comparison of model-based and explicit communication for dynamic human-computer task allocation. *International Journal of Man-Machine Studies, 24*, 355-363.

## Book Chapters

Arnaut, G. L. Y., & Hill, D. A. (2010). Ethical and legal issues. In J. C. Thomas & M. Hersen (Eds.), *Handbook of clinical psychology competencies: Vol. 1* (pp. 98-119). New York, NY: Springer Publishing.

Arnaut, G. L. Y. (2005). Fearlessness, risk taking, and sensation seeking. In D. L. Segal & J. C. Thomas (Eds.), *Comprehensive handbook of personality and psychopathology: Vol. 1. Personality and everyday functioning* (pp. 322-341). Hoboken, NJ: Wiley.

Arnaut, L. Y., & Greenstein, J. S. (1988). Human factors considerations in the design and selection of computer input devices. In S. Sherr (Ed.), *Input devices* (pp. 71-121). New York, NY: Academic Press.

Greenstein, J. S., & Arnaut, L. Y. (1989). Input devices. In M. Helander (Ed.), *Handbook of human-computer interaction* (pp. 495-519). Amsterdam: Elsevier Science Publishers, B.V. (North-Holland).

Greenstein, J. S., & Arnaut, L. Y. (1986). Human factors aspects of manual computer input devices. In G. Salvendy (Ed.), *Handbook of human factors* (pp. 1450-1489). New York, NY: Wiley.

## Newsletters

Hill, D. A., & Arnaut, G. L. Y. (2008, July/August). Ethics and the listserv, part 3: Referrals and competence. *The Oregon Psychologist, 27*(4), 6-7.

## Conference Presentations/Proceedings

DiVittore, K., & Arnaut, G. (2013, March). *Effectiveness of the revocation process from the youth offender's perspective.* Poster presented at the meeting of the American Psychology-Law Society Annual Conference, Portland, OR.

Hamilton, L., Holdship, E., & Arnaut, G. L. (2013, March). *Prevalence, characteristics, and predictors of relational aggression among male inmates.* Paper presented at the 2013 Annual Conference of the American Psychology and Law Society, Portland, OR.

Holdship E. A., Hamilton, L., & Arnaut, G. L. (2013, March). *Psychopathy as a predictor of relational aggression.* Poster presented at the 2013 Annual Conference of the American Psychology and Law Society (AP-LS), Portland, OR.

Holmes, N., & Arnaut, G. (2013, March). *Dynamic predictors of recidivism for youths at the Oregon Youth Authority.* Poster presented at the 2013 Annual Conference of the American Psychology-Law Society, Portland, OR.

Mowrer, S., Rowland, M., Gotch, K., & Arnaut, G. (2012, October). *Are we underestimating female sex offender recidivism rates? A look at recidivism rates of female sexual offenders when recidivism is re-defined.* Poster presented at the Association for Treatment of Sexual Abusers Conference, Denver, CO.

DiVittore, K., & Arnaut, G. (2012, September). *Effectiveness of the revocation process from the youth offender's perspective.* Poster presented at the Oregon Criminal Justice Research Conference, Salem, OR.

Hamilton, L., Holdship, E. & Arnaut, G. (2012, September). *Relational aggression among male inmates: Preliminary findings.* Poster presented at the Oregon Criminal Justice Research Conference, Salem, OR.

Holdship, E., Hamilton, L., & Arnaut, G. (2012, September). *Prevalence of relational aggression among male medium and minimum security inmates in Oregon.* Poster presented at the Oregon Criminal Justice Research Conference, Salem, OR.

Holmes, N., & Arnaut, G. (2012, September). *Dynamic predictors of recidivism for youths at the Oregon Youth Authority.* Poster presented at the Oregon Criminal Justice Research Conference, Salem, OR.

Reese, C. S., & & Arnaut, G. (2012, September). *Community factors related to revocation of youthful offenders.* Poster presented at the Oregon Criminal Justice Research Conference, Salem, OR.

Holmes, N., & Arnaut, G. (2012, August). *Dynamic predictors of recidivism for youths at the Oregon Youth Authority.* Poster presented at the Learning Institute at Morrison conference, Portland, OR.

Rasmussen, J., Arnaut, G., & McKitrick, D. S. (2012, March). *Prevalence of eating disorders among incarcerated women.* Poster presented at the annual conference of the American Psychology-Law Society, Puerto Rico.

Simon, S., & Arnaut, G. (2011, March). *Psychologists' attitudes toward sex offenders.* Poster presented at the annual conference of the American Psychology-Law Society, Miami, FL.

Christopher, M. S., Michael, P. G., Arnaut, G. L. Y., Lane, J. B., Askwith, T., Bliesner, A. E., & Mills, E. (2010, November). *The effects of an experiential mindfulness class on the mental health of clinical psychology graduate students.* Poster presented at the annual meeting of the Association of Behavioral and Cognitive Therapies, San Francisco, CA.

Schuerman, M. J. L., & Arnaut, G. L. Y. (June, 2010). *Treating nonsuicidal self-injury: Training, experiences, and perceptions of graduate mental health students.* Presentation at the 5th annual meeting of the International Society for the Study of Self-Injury, Chicago, IL.

Ferreira, C. C., & Arnaut, G. L. (2010, May). *Prevalence, characteristics, and perceptions of female inmate sexual assault.* Poster presented at the annual conference of the Oregon Psychological Association, Portland, OR.

Niehuser, A., & Arnaut, G. (2010, April). *The defense rests: Attorney recognition of symptoms of brain injury.* Poster presented at the annual conference of the American Psychology-Law Society, Vancouver, BC, Canada.

Wheaton, V., & Arnaut, G. (2010, April). *Prevalence and characteristics of relational aggression among female inmates.* Poster session presented at the Mental Health in Corrections Conference, Chicago, IL.

Arnaut, G., Carey, J., & Montoya, C. (2009, August). *A qualitative study of male and female prisoners who have recidivated.* Paper presented at the annual meeting of the New Zealand Psychological Society, Palmerston North, NZ.

Morris, A., Arnaut, G., & Schaeffer, B. (2009, August). *Offenders with Asperger's Syndrome: Experiences from within prison.* Poster session presented at the annual conference of the American Psychological Association, Toronto, Ontario, Canada.

Kerewsky, S. D., Quackenbush, B., Arnaut, G., Cordova, A., Jurecska, D., Kritz, C., Martindale, E., Pack-Patton, D., Parker, C., & Veith, D. (2009, May). *The Oregon Psychological Association Ethics Committee: An Overview of the Ethics Consultation Process.* Poster session presented at the Oregon Psychological Association's Annual Conference, Portland, OR.

Hinman, J., & Arnaut, G. (2009, April). *Sexual assault of male inmates: Prevalence, characteristics, & inmate perceptions.* Poster session presented at the Mental Health in Corrections Consortium, Kansas City, MO.

Haun, J. J., Arnaut, G. L Y., Thomas, J. C., & Kritz, C. E. (2007, August). *The utility of the Personality Assessment Inventory in the prediction of institutional misconduct and violence among incarcerated adult offenders.* Paper presented at the annual meeting of the American Psychological Association (Division 41), San Francisco, CA.

Haun, J. J., Arnaut, G. L. Y, Thomas, J. C., & Kritz, C. E. (2007, May). *Static and dynamic predictors of institutional violence among incarcerated adult offenders.* Poster session presented at the annual meeting of the Western Psychological Association, Vancouver, BC.

Haun, J. J., MacLane, C., & Arnaut, G. L. Y. (2007, May). *Psychopathology and psychological resources among adult offenders undergoing correctional classification: Analysis via the Personality Assessment Inventory clinical and treatment subscales.* Poster session presented at the annual meeting of the Western Psychological Association, Vancouver, BC.

Rasmussen, J. E. M., Arnaut, G. L. Y., & McKitrick, D. S. (2007, May). *Eating disorder prevalence among female inmates: Informing new directions for eating disorder research.* Paper presented at the annual meeting of the Academy of Eating Disorders International Conference of Eating Disorders, Baltimore, MD.

Suto, I., Arnaut, G., Lane, J. (2008, May). *Interviews with inmates who attempted suicide in prison.* Poster session presented at the Oregon Psychological Association's Annual Conference, Portland, OR.

Haun, J. J., Arnaut, G. L Y., Thomas, J. C., & Kritz, C. E. (2007, April). *Static and dynamic predictors of institutional violence among incarcerated adult offenders.* Poster session presented at the annual symposium of the Mental Health in Corrections Consortium, Kansas City, MO.

Haun, J. J., MacLane, C., & Arnaut, G. L. Y. (2007, March). *Personality functioning of newly incarcerated adult offenders: Correctional norms and trends using the Personality Assessment Inventory.* Paper presented at the annual meeting of the Society for Personality Assessment, Arlington, VA.

Lemmon, G., Arnaut, G., & Krechman, J. (2006, August). Impulsivity and coping skills of female inmates in Dialectical Behavior Therapy. In G. Arnaut & A. Millkey (Chairs), *Treatment of non-psychotic disorders in correctional settings.* Symposium conducted at the 114th Annual American Psychological Association Conference, New Orleans, LA.

Lynch, M., Arnaut, G., & Thomas, J. C. (2006, August). Prison-based psychiatric care: A survival analysis. In G. Arnaut & A. Millkey (Chairs), *Treatment of severe and persistent mental illness in correctional settings.* Symposium conducted at the 114th Annual American Psychological Association Conference, New Orleans, LA.

Millkey, A. M., Arnaut, G., Brockwood, K., Bellatty, P., & Tolan, A. (2006, August). Relative effectiveness of correctional "boot camps" and therapeutic communities for treatment of substance abuse and dependence. In G. Arnaut & A. Millkey (Chairs), *Treatment of non-psychotic disorders in correctional settings*. Symposium conducted at the 114th Annual American Psychological Association Conference, New Orleans, LA.

Nastasi, T., & Arnaut, G. (2006, August). Prison inmates with schizophrenia: A phenomenological investigation. In G. Arnaut & A. Millkey (Chairs), *Treatment of severe and persistent mental illness in correctional settings*. Symposium conducted at the 114th Annual American Psychological Association Conference, New Orleans, LA.

Rasmussen, J., & Arnaut, G. (2006, August). Eating disorder prevalence among female inmates receiving mental health services. In G. Arnaut & A. Millkey (Chairs), *Treatment of non-psychotic disorders in correctional settings*. Symposium conducted at the annual meeting of the 114th Annual American Psychological Association Conference, New Orleans, LA.

Rasmussen, J., & Arnaut, G. (2006, June). *Eating disorder prevalence among female inmates receiving mental health services*. Paper presented at the International Conference on Eating Disorders, Barcelona, Spain.

Montoya, C. C., & Arnaut, G. L. Y. (2006, May). *A comprehensive system for classifying filicide*. Poster session presented at the annual meeting of the Oregon Psychological Association, Portland, OR.

Guyton, M. R., Haun, J. J., & Arnaut, G. L. Y. (2006, March). *Major mental illness in prison: Risk factor for maladjustment?* Paper presented at the annual meeting of the American Psychology - Law Society, St. Petersburg, FL.

Rasmussen, J., & Arnaut, G. (2005, November). *Eating disorder prevalence among inmates receiving mental health services*. Poster session presented at the annual Renfrew Center Foundation Conference for Professionals, Philadelphia, PA.

Arnaut, G. L. Y., & McKitrick, D. (2005, April). *A survey of internship training directors' experience and ideas regarding specialty training in clinical psychology*. Poster session presented at the annual meeting of the Association of Psychology Postdoctoral and Internship Centers, Orlando, FL.

Haun, J. J., & Arnaut, G. L. Y. (2005, April). *Racial biases in the diagnosis and disposition of adolescent offenders*. Poster session presented at the annual meeting of the Western Psychological Association, Portland, OR.

Wanner, D., & Arnaut, G. L. Y. (2005, April). *Adolescent suicide prevention: Combining school-based suicide awareness curriculum and Dialectical Behavior Therapy for Adolescents*. Poster session presented at the annual meeting of the Western Psychological Association, Portland, OR.

Lovell, D., Arnaut, G., Wood, P., & Moore, K. (2000, March). *Mentally ill offender community transitions: Research results about offenders with mental illness who were released from Washington prisons*. Paper presented at Collaborating for Success: Conference on Mentally Ill Offenders, Tacoma, WA.

Kruh, I. P., Arnaut, G. L. Y., Manley, J., Whittemore, K. E., Gage, B., & Gagliardi, G. (2000, March). *The Psychopathic Personality Inventory: A validation study with insanity acquittees*. Paper

presented at the Biennial Conference of the American Psychology-Law Society, New Orleans, LA.

Kruh, I. P., Whittemore, K. E., Gage, B., Gagliardi, G., Manley, J. & Arnaut, G. L. (1999, November). *The Psychopathic Personality Inventory: A validation study with insanity acquittees.* Poster presented at the Violence Risk Assessment Conference, Vancouver, BC.

Arnaut, G. L., Stoll, B. M., Felker, J. A., & Fromme, D. K. (1999, August). A qualitative analysis of stepfamilies with adolescents. In D. K. Fromme (Chair), Symposium conducted at the 107th Annual American Psychological Association Conference, Boston, MA.

Arnaut, L. Y., & Greenstein, J. S. (1987). An evaluation of display/control gain. *Proceedings of the Human Factors Society 31st Annual Meeting*, Santa Monica, CA: Human Factors Society, 437-441.

Arnaut, L. Y., & Greenstein, J. S. (1985). Two experiments investigating the effects of control-display gain and the method of cursor control on touch tablet performance. *Proceedings of the Human Factors Society 29th Annual Meeting,* Santa Monica, CA: Human Factors Society, 122-126.

Arnaut, L. Y., Greenstein, J. S., & Revesman, M. E. (1984). A comparison of model-based and explicit communication for task allocation. *Proceedings of the Human Factors Society 28th Annual Meeting.* Santa Monica, CA: Human Factors Society, 152-156.

Arnaut, L. Y., & Bownas, D. A. (1984). The effects of rating purpose and anonymity on self-ratings. *Resources in Education.* Ann Arbor, MI: Educational Resources Information Center.

## Technical Reports

Arnaut, L. Y., & Binney, S. E. (1990). *Radioactive waste transport bibliography.* Corvallis, OR: Oregon State University, Department of Nuclear Engineering, 1990.

Arnaut, L. Y., & Greenstein, J. S. (1988). *Optimizing control-display interfaces* (Technical Document 1219). Naval Ocean Systems Center, San Diego, CA.

Arnaut, L. Y., & Greenstein, J. S. (1984). *Digitizer tablets in command and control applications: The effects of control-display gain and method of cursor control.* Blacksburg, VA: Virginia Polytechnic Institute & State University, IEOR Dept.

Bownas, D. A., & Arnaut, L. Y. (1983). *United States Marshals Service training needs assessment and utility analysis.* Blacksburg, VA: Virginia Polytechnic Institute & State University, Psychology Dept.

Leibowitz, S. G., Preston, E. M., Arnaut, L. Y., Detenbeck, N. E., & Hagley, C.A. (1992). *Wetlands research plan FY92-96: An integrated risk-based approach* (PB-92-178946/XAB; EPA--600/R-92/060). Corvallis, OR: U.S. Environmental Protection Agency, Environmental Research Laboratory.

Mattson, K. G., Arnaut, L. Y., Reams, G. A., Cline, S. P., Peterson, C. E., & Vong, R. J. (1990). *Response of forest trees to sulfur, nitrogen, and associated pollutants* (Major Program Output #4, EPA/600-3-90/074). Corvallis, OR: U.S. Environmental Protection Agency, Environmental Research Laboratory.

King, G. A., Winjum, J. K., Dixon, R. K., & Arnaut, L. Y. (Eds.). (1990). *Response and feedbacks of forest systems to global climate change*. Corvallis, OR: U.S. Environmental Protection Agency, Environmental Research Laboratory.

Reams, G. A., Vong, R. J., Böhm, M., Mattson, K. G., & Arnaut, L. Y. (1989). *Extent and magnitude of recent changes in forest condition and the role of air pollution and non-air pollution factors* (Major Program Output #1&2, EPA/600-3-90/042). Corvallis, OR: U.S. Environmental Protection Agency, Environmental Research Laboratory.

## Academic & Community Presentations

*Special Issues in Forensic Psychiatry, Oregon Health & Science University, Forensic Psychiatry Fellowship:*
   *Forensic Psychological Testing*, annually, 2007-present
   *Diminished Capacity,* annually, 2007-present

*Linking Forensic Psychology with the Larger Community: It's Not All Criminal Profiling*, Pacific University Faculty Forum, April 18, 2007

*Washington County Community Corrections: Psychological Assessment*. Susan Tinsley Li, Deborah Wise, Genevieve Arnaut, James Lane, Michael Daniel, Lisa Christiansen, Washington County Community Corrections, October 11, 2006

*End Stage Disease and Murder by Caregiver*. Pacific University College of Health Professions, First Interdisciplinary Case Conference Presentation. Genevieve Arnaut, Jon Gietzen, Richard Rutt, & Roberta Wimmer, January 26, 2005

*Gatekeeping, Impaired Students and SPP*. Presentation for School of Professional Psychology Part-Time Faculty. Jay Thomas, Paula Truax, Catherine Miller, Genevieve Arnaut, & Michel Hersen, November 5, 2004

*Mindfulness Meditation Workshops*
   SPP Diversity Day, January 20, 2003
   Legacy Emanuel Medical Resident Retreat, January 22, 2003
   Corvallis, OR, October 4, 2003
   Pacific University Faculty Retreat (with James Lane), August 23, 2005
   Psychological Service Center, Intern Seminar (with James Lane), April 3, 2006

*A Psychologist's View of Diminished Capacity*. Metropolitan Public Defender's Office, Portland, OR, April 22, 2003.

*Introduction to Forensic Psychology*. Tigard-Tualatin School District, April 23, 2003; November 17, 2003; December 13, 2004, April 3, 2006.