ROBERT W. RAINWATER, Oregon State Bar No. 084489
Email: rrainwater@rainwaterlaw.org
Rainwater Law Group
1327 SE Tacoma Street, Suite 239
Portland, Oregon 97202-6639
Telephone: (971) 271-7566
Fax: (503) 231-8276

Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

**UNITED STATES OF AMERICA,**                    No. 3:16-cr-000510-BR

                    Plaintiff,

v.

**Ammon Bundy, et al.**,

                    Defendants.

Pursuant to the Court's April 11, 2016, Order (ECF No. 389) and its April 15, 2016,

Order (ECF No. 422), attorneys for the Defendant's Discovery Committee have conferred with

the Government. The parties offer the following:

Discovery voluntarily provided by the Government is now substantially complete. See

Reports, #583 & 608. The "second round motions" due June 15, 2016, will address the

remaining disputed discovery issues that the parties have been unable to resolve after conferral.

The Discovery Committee respectfully suggests that weekly reports no longer appear necessary

and that the status of discovery could now be incorporated as an item in the joint monthly status

reports; and this Committee could disband or at least cease filing weekly reports pending further

direction by the Court.

RESPECTFULLY SUBMITTED this 1[th] of June, 2016.

s/ Robert W. Rainwater
Robert W. Rainwater
OSB # 084489
(971) 271-7566
Attorney for Defendants
