**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**Civil Case No.** 3:16-cr-0051-BR

USA
**Plaintiff(s),**
**v.**

AMMON BUNDY, et al.
**Defendant(s).**

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney MARCUS R. MUMFORD requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1) PERSONAL DATA:**

Name: MUMFORD, MARCUS R.
*(Last Name)* *(First Name)* *(MI)* *(Suffix)*

Firm or Business Affiliation: Marcus R. Mumford, P.C.

Mailing Address: 405 S. Main Street, Ste. 975

City: Salt Lake City State: UT Zip: 84111

Phone Number: (801) 428-2000 Fax Number: (801) 983-6405

Business E-mail Address: mrm@mumfordpc.com

(2) **BAR ADMISSIONS INFORMATION:**

**(a)** State bar admission(s), date(s) of admission, and bar ID number(s):

New York (4004008) – admitted 11/14/2001; Idaho (6585) - admitted 1/6/2003; California (243270) - admitted 6/6/2006; Utah (12737) - admitted 10/20/2009

**(b)** Other federal court admission(s), date(s) of admission, and bar ID number(s):

USCA 6th Circuit – 12/10/2001; USCA 9th Circuit - 8/15/2006; USCA 10th Circuit - 8/9/2010; USDC for SDNY -2/1/2005; USDC for EDNY - 2/1/2005; USDC for C.D. Cal.- 6/26/2006; USDC for N.D. Cal. - 6/4/2007; USDC for D. Utah - 10/20/2009; USDC for D. Idaho 9/14/2010

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

**(a)** ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

**(b)** ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case: Ammon Bundy

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 7th day of June, 2016

[signature]

*(Signature of Pro Hac Counsel)*

Marcus R. Mumford

*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this 7 day of June, 2016

/s/ Jay M. Philpot

*(Signature of Local Counsel)*

Name: Philpot, Jay M.
*(Last Name) (First Name) (MI) (Suffix)*

Oregon State Bar Number: 144811

Firm or Business Affiliation: JM Philpot Law

Mailing Address: 1063 E. Alpine Dr.

City: Alpine State: UT Zip: 84004

Phone Number: 801-891-4499 Business E-mail Address: morgan@jmphilpot.com

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this ________ day of ______________, ____________

______________________________
Judge