Jesse Merrithew, OSB No. 074564
Email: jesse@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241
Facsimile: (971) 544-7092

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAKE RYAN, et al., <br><br> Defendants. | Case No.: 3:16-CR-00051-BR-26 <br><br> AMENDED WAIVER OF APPEARANCE |

Defendant Jake Ryan, by and through counsel Jesse Merrithew, hereby knowingly and voluntarily waives his appearance at the status conference set for June 15, 2016, at 9:30 AM. Defendant recognizes that this waiver is being submitted past the deadline set by the Court. However, Mr. Ryan was not granted pretrial release until after that deadline. He asks the Court to accept his untimely waiver.

///

///

///

///

Page 1 – WAIVER OF APPEARANCE

I, Jake Ryan, knowingly and voluntarily waive my personal appearance at the case status conference set for June 15, 2016. I have been advised that I have a right to be present at the status conference, and I understand that I will not be personally present on that court date. By signing below, I understand that I am consenting to be present through my attorney, Jesse Merrithew.

_____
Jake Ryan

DATED this ___9___ day of June, 2016

                           By:   /s Jesse Merrithew
                                Jesse Merrithew, OSB No. 074564
                                Attorney for Jake Ryan

Page 2 – WAIVER OF APPEARANCE

LEVI MERRITHEW HORST PC
610 SW Alder Street, Ste 415
Portland, Oregon 97205

P. 003

JUN-09-2016 THU 09:40 AM