IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-CR-00051-BR-2 |
| v. | |
| Jon Ritzheimer | ORDER TO MODIFY CONDITIONS OF RELEASE |

IT IS ORDERED THAT the Home Detention restriction be removed and the following condition be added:

- The defendant shall be monitored by the form of location monitoring indicated below and shall abide by all technology requirements. The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the pretrial services officer.
  ( ) Radio Frequency (RF) Monitoring
  (X) Active GPS Monitoring (including hybrid GPS)

  This form of location monitoring technology shall be utilized to monitor the following location restriction:

  (X) Curfew. You are restricted to your residence every day as directed by the supervising officer.

IT IS SO ORDERED THIS 9th day of June, 2016.

_____
Robert E. Jones
Senior United States District Judge

Submitted by U.S. Pretrial Services