**THOMAS K. COAN**, OSB #89173
tom@tomcoan.com
Attorney at Law
1001 SW Fifth Ave., Suite 1400
Portland, OR 97204
(503) 221-8736

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>    Plaintiff,   )<br>            )<br>    vs.     )<br>            )<br>PETER SANTILLI,   )<br>            )<br>    Defendant.  )<br>            ) | Case No. 3:16-cr-00051-BR<br><br>**DEFENDANT'S NOTICE OF CONSENT TO STAND-IN COUNSEL AT STATUS CONFERENCE** |

    Defendant Peter Santilli hereby provides notice of his consent to be represented by Amy Baggio as stand-in counsel during the June 15 status conference. Mr. Santilli affirms he has discussed this matter with his attorney Thomas Coan. He understands stand-in counsel will address the Court on his behalf and inform the Court of his positions on matters when called upon to do so by the Court.

DATED this 9TH day of June 2016.

_____                    _____
Peter T. Santilli                                                                  Thomas K. Coan, OSB 89173
                                                                                         Attorney for Defendant

Page 1 – NOTICE OF CONSENT TO STAND-IN COUNSEL