ROBERT W. RAINWATER, Oregon State Bar No. 084489
Email: rrainwater@rainwaterlaw.org
Rainwater Law Group
1327 SE Tacoma Street, Suite 239
Portland, Oregon 97202-6639
Telephone: (971) 271-7566
Fax: (503) 231-8276

Attorney for Defendant
**JASON BLOMGREN**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 3:16-cr-00051-BR |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION FOR NONCUSTODIAL TRANSPORTATION AND SUBSISTENCE EXPENSES** |
| **JASON BLOMGREN**, | |
| Defendant. | |

The defendant, Jason Blomgren, by and through his attorney of record, hereby moves for an order directing the United States Marshal to arrange for his noncustodial transportation and expenses from Murphy, North Carolina to Portland, Oregon, pursuant to Title 18, United States Code, Section 4285. Mr. Blomgren needs to appear before this Court in Portland, Oregon, on June 16, 2016 at 2:00 p.m., travel arrangements will be made and paid by the U.S. Marshal. Mr. Blomgren is to be transported to Portland on June 15, 2016, to allow him time to confer with counsel and prepare for the hearing. The court was satisfied with Mr. Blomgren's financial indigence when granting his request for the appointment of CJA counsel to represent him in this case.

Page 1 – MOTION FOR ORDER DIRECTING U.S. MARSHAL TO PROVIDE TRANSPORTATION.

Mr. Blomgren currently resides in Murphy, North Carolina and expects not to have any financial means to travel to Portland, Oregon for his Court hearing.

RESPECTFULLY SUBMITTED this June 10, 2016.

                                              <u>s/ Robert W. Rainwater</u>  
                                              Robert W. Rainwater  
                                              OSB # 084489  
                                              (971) 271-7566  
                                              Attorney for Jason Blomgren