ROBERT W. RAINWATER, Oregon State Bar No. 084489
Email: rrainwater@rainwaterlaw.org
Rainwater Law Group
1327 SE Tacoma Street, Suite 239
Portland, Oregon 97202-6639
Telephone: (971) 271-7566
Fax: (503) 231-8276

Attorney for Defendant
**JASON BLOMGREN**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. F-04-5042-REC  3:16-cr-00051-BR |
| *Plaintiff,* | ORDER FOR NONCUSTODIAL TRANSPORTATION AND SUBSISTENCE EXPENSES [Oregon to North Carolina] |
| v. | |
| JASON BLOMGREN, | |
| *Defendant.* | |

### ORDER

IT IS ORDERED, that pursuant to Title 18, United States Code, Section 4285, the United States Marshal be ordered to arrange for Mr. Jason Blomgren's means of noncustodial transportation or furnish the fare for such transportation as well as furnish Mr. Blomgren with an amount of money for subsistence expenses from Portland, Oregon to Murphy, North Carolina on June 17, 2016. Mr. Blomgren's has a court hearing on June 16, 2016 at 2:00 p.m. Mr. Blomgen's address and telephone number will be provided to the United States Marshal Service.

Dated: June 13, 2016

_____
United States District Court Judge

ORDER                                                    2