Laurie Shertz LLC, OSB 96477
121 SW Salmon, 11th Floor
Portland, OR  97204
tel:  503/406-2136
fax:  503/406-2136
e: Laurie@LShertzlaw.com
Attorney for Darryl Thorn

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 3:16 CR 00051-22 BR |
| Plaintiff, | **MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL SECOND REQUEST** |
| vs. | |
| **Darryl Thorn,** | |
| Defendant. | |

Counsel for Darryl Thorn hereby moves this court for an order relieving Ms. Shertz and ordering substitution of counsel pursuant to 18 USC § 3006A(c) and the Sixth Amendment to the United States.

This Motion is based on the accompanying and concurrently filed Declaration of Counsel.

Respectfully submitted this 15 of June, 2016.

        /s/  Laurie Shertz
LAURIE SHERTZ, OSB # 96477
503/406-2136
Attorney for Darryl Thorn

*United States v.  Thorn*
*USDC Oregon 3:16 CR 00051-22 BR*

Page 1 - MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL