Lisa Hay
Federal Public Defender
Rich Federico
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon  97204
(503) 326-2123  Telephone
(503) 326-5524  Facsimile
Lisa_Hay@fd.org
Rich_Federico@fd.org
Attorneys for Defendant Ryan Payne

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 3:16-cr-00051-BR** |
| **Plaintiff,** | **JOINT STATUS REPORT** |
| **v.** | |
| **AMMON BUNDY, JON RITZHEIMER, JOSEPH O'SHAUGHNESSY, RYAN PAYNE, RYAN BUNDY, BRIAN CAVALIER, SHAWNA COX, PETER SANTILLI, JASON PATRICK, DUANE LEO EHMER, DYLAN ANDERSON, SEAN ANDERSON, DAVID LEE FRY, JEFF WAYNE  BANTA, SANDRA LYNN ANDERSON, KENNETH MEDENBACH, BLAINE COOPER, WESLEY KJAR, COREY LEQUIEU, NEIL WAMPLER, JASON CHARLES BLOMGREN, DARRYL WILLIAM THORN, GEOFFREY STANEK, TRAVIS COX, ERIC LEE FLORES, and JAKE RYAN,** | |
| **Defendants.** | |

The defendants, through AFPD Rich Federico, and the government, through AUSA Craig Gabriel, respectfully submit the following Joint Status Report, in accordance with the Court's Case Order of June 17, 2016 (Docket No. 726).

**CERTIFICATION OF CONFERRAL**: Undersigned counsel certifies that Assistant United States Attorney Craig Gabriel was consulted regarding the content of this Joint Status Report. Both the government and the defense positions are set forth herein.

## ANTICIPATED TIMELINE FOR RULING FROM NINTH CIRCUIT

A panel of the Ninth Circuit Court of Appeals, Circuit Judges Schroeder, Tashima, and Owens, heard oral argument on the defendants' appeal[1] on Thursday, June 16, 2016 at San Francisco, California. The Ninth Circuit previously granted defendants' motion to expedite the appeal (Dkt Entry 26), which set oral argument on the calendar for a date earlier then it would otherwise have been set. However, the Court did not otherwise indicate when a ruling could be expected. AFPD Federico spoke with the Clerk of Court for the Ninth Circuit and was told that there was no way to know when the Court would render a decision. The Ninth Circuit was informed by the parties, both in the written briefs and during oral argument, of the trial schedule and expected date that trial will begin in this case.

---

[1] Five of the defendants are joined to the appeal (No. 16-30080): Ammon Bundy, Ryan Bundy, Ryan Payne, Brian Cavalier, and Blaine Cooper. Two additional defendants, Joseph O'Shaughnessy and Peter Santilli, are similarly situated but did not join the appeal.

## PROPOSAL REGARDING DEFENDANTS' MOTION TO DISMISS (DOC. 480)

The parties agree and jointly propose that the Court continue to defer the Motion to Dismiss (Doc. 480) until after the Ninth Circuit issues a decision. Should a decision come before the week of the motions hearing set for July 18-22, 2016, the parties will inform the Court and propose the Motion to Dismiss be calendared for oral argument during that week.

Respectfully submitted this 20th day of June, 2016.

_____

Rich Federico
Assistant Federal Public Defender
Attorney for Mr. Payne