Ryan Bundy, *Pro Se*
Inmate: Swis# 795070
Multnomah County Detention Center
11540 NE Inverness Drive
Portland, OR 97220
Telephone: (503) 988-3689
*Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, *Plaintiff*, vs. RYAN BUNDY, *Defendant*. | Case No. 3:16-cr-00051-BR-05 DEFENDANT RYAN BUNDY'S MOTION TO CONTINUE SEPTEMBER 7, 2016 TRIAL DATE Judge: Honorable Anna J. Brown |
|---|---|

Defendant Ryan Bundy, *pro se*, respectfully moves the court to continue the current trial date set for September 7, 2016. The grounds for this motion are as follows:

1. My plan has always been to have a joint trial with my brother Ammon because we have a joint defense agreement and strategy.

2. I refer to and adopt the same reasons for the need for a reset as cited by Ammon Bundy in his reset motion, ECF #815.

3. MCDC has prohibited me from communicating with my brother so I was not aware of Ammon's final decision to seek a reset until the 11:57pm filing came to my stand-by counsel's attention at 7:00 am on July 1, 2016.

/ / /

/ / /

Page 1 –   DEFENDANT RYAN BUNDY'S MOTION TO CONTINUE SEPTEMBER 7, 2016 TRIAL DATE

4.  Stand-by counsel's efforts to confer about this issue with Ammon Bundy's counsel recently have not been successful.

I declare that the above statements are true to the best of my knowledge and belief, and that I understand they are made for use as evidence in court and are subject to penalty for perjury, in accordance with ORCP1E.

/s/ Ryan Bundy*
*Pro Se Defendant*

*Filed on behalf of Mr. Bundy by standby counsel Lisa J. Ludwig, OSB #953387*

Page 2 –   DEFENDANT RYAN BUNDY'S MOTION TO CONTINUE SEPTEMBER 7, 2016 TRIAL DATE