Marc P Friedman
OSB# 89244
Friedman Law Office, P.C.
245 West 13th Avenue
PO Box 11167
Eugene, Oregon 97440
541-686-4890
541-344-6254 (Fax)
attyfriedman@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>DARRYL WILLIAM THORN, )<br>  )<br>Defendant. ) | Case No: 16-CR-00051-BR-22<br><br>WAIVER OF SPEEDY TRIAL |

I, Darryl William Thorn, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161, et seq., and have further been advised that my case is currently set for trial on September 7, 2016, and that I may have my case tried by that date if I desire. I hereby consent to having my case continued for trial until a later date and in so doing, waive any rights I may have under the Speedy Trial Act.

Date: 7/5/2016

_____
Darryl William Thorn