Ryan Bundy, *Pro Se*
*Inmate: Swis# 795070*
Multnomah County Detention Center
11540 NE Inverness Drive
Portland, OR 97220
Telephone: (503) 988-3689
*Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, *Plaintiff*, vs. RYAN BUNDY, *Defendant*. | Case No. 3:16-cr-00051-BR-05 DEFENDANT RYAN BUNDY'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SEPTEMBER 7, 2016 TRIAL DATE (#818): CERTIFICATE OF CONFERRAL  Judge: Honorable Anna J. Brown |
|---|---|

I, Ryan Bundy, *pro se* defendant, respectfully submit the following supplemental information in support of my motion to continue the September 7, 2016 trial date (Docket #818), pursuant to the Court's directive.

**CERTIFICATE OF CONFERRAL:** Stand-by counsel Lisa J. Ludwig, on behalf of *pro se* Defendant Ryan Bundy, attempted to contact AUSA Geoffrey Barrow by phone on Friday, July 1st and left a voicemail. On Tuesday stand-by counsel Ludwig spoke with Mr. Barrow on the phone to discuss the motion to continue the current trial date. Mr. Barrow indicated that the government opposes this motion on the grounds that the Nevada case pending.

I declare that the above statements are true to the best of my knowledge and

Page 1 –   SUPPLEMETAL MEMO IN SUPPORT OF MOTION TO CONTINUE
           SEPTEMBER 7, 2016 TRIAL DATE:  CERTIFICATE OF CONFERRAL

belief, and that I understand they are made for use as evidence in court and are subject to penalty for perjury, in accordance with ORCP1E.

Respectfully submitted this 5th day of July, 2016.

/s/ Ryan Bundy*
*Pro Se Defendant*

*Filed on behalf of Mr. Bundy by standby counsel Lisa J. Ludwig, OSB #953387*

Page 2 –   SUPPLEMETAL MEMO IN SUPPORT OF MOTION TO CONTINUE
            SEPTEMBER 7, 2016 TRIAL DATE: CERTIFICATE OF CONFERRAL