Tiffany A. Harris   OSB 02318
Attorney at Law
811 SW Naito Pkwy, Suite 500
Portland, Oregon 97204
t. 971.634.1818   f. 503.721.9050
tiff@harrisdefense.com

Attorney for Shawna Cox

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHAWNA COX.<br><br>    Defendant. | 3:16-CR-00051-BR-07<br><br>MOTION TO WITHDRAW AND ALLOW SELF-REPRESENTATION |

    Defense counsel, Tiffany A. Harris, hereby moves to withdraw as counsel of record, at the request of Defendant, Shawna Cox, to allow Ms. Cox to represent herself, in accordance wither her rights under the Sixth Amendment to the United States Constitution, as recognized in *Faretta v. California*, 422 U.S. 806 (1975).  Ms. Cox asks that, if the pending motion is granted, current defense counsel be appointed in a standby capacity.

    This motion is supported by the accompanying declaration of counsel.

    DATED this 12th day of July, 2016.

                                         Respectfully submitted,

                                         /S/     Tiffany Harris
                                         Tiffany A. Harris
                                         Attorney for Defendant Shawna Cox