Tiffany A. Harris   OSB 02318
Attorney at Law
811 SW Naito Pkwy, Suite 500
Portland, Oregon 97204
t. 971.634.1818   f. 503.721.9050
tiff@harrisdefense.com

Attorney for Shawna Cox

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHAWNA COX.<br><br>　　　　　Defendant. | 3:16-CR-00051-BR-07<br><br>DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AND ALLOW SELF-REPRESENTATION |

1.   I was appointed to represent Ms. Cox pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(e)(2) and have been her counsel of record since January 29, 2016.

2.   Ms. Cox is charged with Conspiracy to Impede Federal Officers under 18 U.S.C. § 372 and Possession of Firearm in a Federal Facility under 18 U.S.C. § 930.

3.   Ms. Cox has weighed the potential dangers and benefits of self-representation. She requests that I withdraw as attorney of record and asserts her Sixth Amendment right to represent herself.  She asks that the Court hold the required hearing under *Faretta v. California* and make a finding that she has knowingly and intelligently waived her right to court appointed counsel.

///

///

///

      4.     If the Court makes the requisite findings and my motion to withdraw is granted, Ms. Cox asks that the Court appoint me as standby counsel.

      I declare under penalty of perjury that the forgoing is correct to the best of my knowledge and belief.

      DATED this <u>12th</u> day of July, 2016.

                                          Respectfully submitted,

                                          /S/    Tiffany Harris
                                          Tiffany A. Harris
                                          Attorney for Defendant Shawna Cox