Lisa Hay
Federal Public Defender
Rich Federico
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon  97204
(503) 326-2123  Telephone
(503) 326-5524  Facsimile
Lisa_Hay@fd.org
Rich_Federico@fd.org
Attorneys for Defendant Ryan Payne

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-cr-00051-BR |
| Plaintiff, | |
| v. | JOINT STATUS REPORT REGARDING STATUS OF MOTION TO SUPPRESS (DOC. 711) |
| AMMON BUNDY, JON RITZHEIMER, JOSEPH O'SHAUGHNESSY, RYAN PAYNE, RYAN BUNDY, BRIAN CAVALIER, SHAWNA COX, PETER SANTILLI, JASON PATRICK, DUANE LEO EHMER, DYLAN ANDERSON, SEAN ANDERSON, DAVID LEE FRY, JEFF WAYNE  BANTA, SANDRA LYNN ANDERSON, KENNETH MEDENBACH, BLAINE COOPER, WESLEY KJAR, COREY LEQUIEU, NEIL WAMPLER, JASON CHARLES BLOMGREN, DARRYL WILLIAM THORN, GEOFFREY STANEK, TRAVIS COX, ERIC LEE FLORES, and JAKE RYAN, | |
| Defendants. | |

The defendants, through AFPD Rich Federico, and the government, through AUSA Geoffrey Barrow, submit the following Joint Status Report, in accordance with the Court's Order of July 6, 2016 (Docket No. 846).

**CERTIFICATION OF CONFERRAL**: Undersigned counsel certifies that Assistant United States Attorney Geoffrey Barrow was consulted regarding the content of this Joint Status Report. Both the government and the defense positions are set forth herein.

## POSITION OF THE PARTIES

The Court directed the parties to confer again regarding Mr. Payne's Motion to Suppress Seized Emails (Doc. 711). Previously, the government responded that it does not intend to introduce at trial any evidence obtained from the email warrant, and that it was not aware of any evidence the government obtained as fruits of the returns of the Nevada email warrant (Doc. 794).

The government made additional inquiries regarding this evidence and determined again that it remains unaware of any fruits derived from the 2014 Nevada e-mail warrants. As the government will offer no direct or derivative evidence obtained from the email warrants, the parties jointly concur that Mr. Payne's motion is moot. However, the government maintains its reservation that it may use the evidence from the email warrant to impeach a defendant at trial, if that defendant's testimony is inconsistent with defendant's prior statements contained in the evidence obtained from the email warrant. Mr. Payne respectfully reserves the right to renew this motion if and when any evidence obtained from the email warrant later becomes known to the parties and is offered as evidence at trial by the government.

Respectfully submitted this 13th day of July, 2016.

_____

Lisa Hay
Federal Public Defender

Rich Federico
Assistant Federal Public Defender
Attorneys for Mr. Payne