IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,     No. 3:16-cr-00051-BR-7

         Plaintiff,

                                       **WAIVER OF COUNSEL**

         v.

**SHAWNA COX,**

         Defendant.

I am the defendant in this court case, and my initials below indicate that I have read, understand, and affirm all of the following:

1. I understand that I have a CONSTITUTIONAL RIGHT to an ATTORNEY in this case. The court will appoint an attorney for me if I qualify. _SC_ (initials)

2. I am _59_ years of age. I have completed _High School + an associate of arts degree_ ~~years of school~~. _SC_ (initials) from the Academy of Technology in AZ.

3. I am not under the influence of alcohol or drugs. I am not suffering from any injury, illness, or disability, or taking medication that could affect my ability to make decisions. _SC_ (initials)

4. I have not been diagnosed with any mental illness that would affect my ability to understand and make decisions. _SC_ (initials)

5. I understand that I am charged with the crimes of
   1. Conspiracy to Impede Officers of the United States From Discharging Their Duties (18 U.S.C. § 372)
   2. Possession of Firearms and Dangerous Weapons in Federal Facilities (18 U.S.C. §§ 930(b) and 2)

       _SC_ (initials)

1    Waiver of Counsel

6. I understand that if I am found guilty of the crime charged in Count 1, I could be sentenced to up to six years in prison and fined as much as $250,000. If I am found guilty of the crime charged in Count 2, I could be sentenced to up to five years in prison and fined as much as $250,000. _SC_ (*initials*)

7. I understand that if I am found guilty of both counts, the court may order that the sentences be served consecutively, that is, one after another. _SC_ (*initials*)

8. I understand that my choice to go forward in this case without an attorney puts me at a SERIOUS DISADVANTAGE because:
    - I lack legal training and experience and may not realize any DEFENSES available to me.
    - The rules and procedures of a trial will apply to me even though I am not a lawyer.
    - The United States will be represented by an attorney and will have an advantage over me.

    _SC_ (*initials*)

9. I understand that by waiving my right to an attorney I am giving up on the following benefits:

    - An attorney can review the facts of my case to determine what defenses I have and identify problems with the United States' case against me;
    - An attorney can help me in my case. For example, an attorney can help me enter a plea to the charges, negotiate a plea agreement, and apply to have me released before trial.
    - An attorney knows how to gather evidence, file pretrial motions, call witnesses, and cross-examine the United States' witnesses;
    - An attorney understands the rules of evidence and knows how to question witnesses and present evidence that is necessary for my defense;
    - An attorney knows when and how to object to the use of improper evidence;
    - An attorney can help me decide whether I should have a jury trial or have the judge decide my case;
    - An attorney knows how to make legal arguments to the court and present opening and closing statements to the jury;
    - An attorney can tell me what sentence may be imposed if I am found guilty;
    - An attorney can help present evidence and make arguments about sentencing issues;
    - An attorney knows how to get information from the prosecutor that is important to my case, such as police reports and statements from witnesses; and
    - An attorney knows how to preserve issues on the record for any possible appeal.

    _SC_ (*initials*)

10. I understand that the judge, the prosecutor, court staff, and my interpreter cannot give me legal advice or help me defend myself at trial. _SC_ (*initials*)

11. No one has made any threats or promises to make me waive my right to an attorney.

2    Waiver of Counsel

___SC___ (*initials*)

12. I acknowledge that I have been advised of, and that I understand, the nature of the charges against me and the full extent of the punishment that may be imposed if I am convicted on those charges. I fully understand the disadvantages of representing myself, and I am aware of the benefits an attorney would provide, as described above. However, I voluntarily WAIVE my right to an attorney in this case and request that the court allow me to represent myself.
___SC___ (*initials*)

☒ I can read, speak, and understand English. ___SC___ (*initials*)

N/A ☐ This form was read to me. _____ (*initials*)

    Read by: Printed Name _____

    Signature _____ Date _____

N/A ☐ This form was sight translated to me. _____ (*initials*)

    Translated by: Printed Name _____

    Signature _____ Date _____

_[signature]_    SHAWNA COX    7/18/2016
Defendant's Signature    Printed Name    Date

_____   _____   _____   _____   _____   _____
                                                          State    Zip    Telephone

## FINDINGS

The court makes the following findings regarding Defendant's waiver of counsel and request to proceed without an attorney:

☑ Defendant understands the information contained in this document.
☑ The court has reviewed the elements of the crimes and possible maximum penalties with Defendant.
☑ Defendant has knowingly, voluntarily, and intelligently waived the right to counsel.
☑ Defendant was advised of the right to obtain discovery.
☑ Other finding: __DEFENDANT INFORMED THAT SHE MAY NOT ARGUE ISSUES OF LAW TO THE JURY.__

3  Waiver of Counsel

## ORDER

DEFENDANT'S WAIVER OF RIGHT TO COUNSEL IS HEREBY ACCEPTED.

July 18, 2016 _____   Robert E JONES
Date         District Judge (signature)         Print or Stamp Name of Judge