IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:16-cr-00051-BR-03 |
| Plaintiff, | |
| v. | ORDER AUTHORIZING TRANSPORT OF DEFENDANT O'SHAUGHNESSY |
| JOSEPH O'SHAUGHNESSY, | |
| Defendant. | |

After conferral with the United States Marshal in the District of Oregon and based on the agreement of the parties,

IT IS HEREBY ORDERED that Defendant O'Shaughnessy be transported from the District of Oregon to the District of Nevada for further proceedings in that District's case 2:16-cr-00046-GMN-PAL. Upon sentencing in that District of Nevada case, the U.S. Marshal is directed to return Mr. O'Shaughnessy to the District of Oregon for sentencing in the above-captioned case.

Dated this 2nd day of August, 2016.

_____
Hon. Anna J. Brown
United States District Court Judge

Submitted By:

*Amy Baggio*
Amy Baggio, OSB #011920
503-222-9830
Attorney for Defendant O'Shaughnessy