IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RECV'D 15 AUG '16 11:36 USDC-ORP

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Jon Ritzheimer | Case No. 3:16CR00051- 2 BR<br><br>ORDER TO MODIFY SUPERVISION CONDITIONS |

IT IS ORDERED THAT the following conditions be removed:

- The defendant shall be monitored by the form of location monitoring indicated below and shall abide by all technology requirements. The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the pretrial services officer.
  ( ) Radio Frequency (RF) Monitoring
  (x) Active GPS Monitoring (including hybrid GPS)

  This form of location monitoring technology shall be utilized to monitor the following location restriction:

  (x) Curfew. You are restricted to your residence every day ( ) from ____ to ____, or ( ) as directed by the supervising officer.
  ( ) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment, attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services officer.
  ( ) Home Incarceration. You are restricted to your residence at all times expect for medical necessities and court appearances or other activities specifically approved by the court.
  ( ) No Location Restriction.
- In the event the defendant violates the schedule of location monitoring, cannot be located, or violates any program rule of a residential treatment program or community corrections center, U.S. Pretrial Services is authorized to notify the United States Marshals Service or responsible law enforcement agency who is then commanded to arrest the defendant for the violation and bring him/her before a United States Magistrate Judge without unnecessary delay.

IT IS SO ORDERED THIS 15th day of August, 2016.

_____
The Honorable Anna J. Brown
U.S. District Judge

Submitted by U.S. Pretrial Services