IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-CR-00051-10 BR |
| v. | |
| Duane Leo Ehmer | **MODIFICATION OF RELEASE CONDITIONS** |

IT IS ORDERED THAT the defendant's pretrial release conditions are modified to include the following conditions:

- Defendant shall not engage in conduct or speech that will incite others to trespass upon or destroy federal government property or incite unlawful violence.

- Defendant shall not engage in any threat of harm, overt or implied, against any person or persons.

**IT IS SO ORDERED THIS 22ND day of August, 2016.**

_____
The Honorable Robert E. Jones
Senior U.S. District Judge

**Submitted by U.S. Pretrial Services**