Per C. Olson, OSB #933863
HOEVET OLSON HOWES, PC
1000 SW Broadway, Suite 1500
Portland, Oregon 97205
Telephone: (503) 228-0497
Facsimile: (503) 228-7112
Email: per@hoevetlaw.com
    Of Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID LEE FRY,<br><br>    Defendant. | Case No. 3:16-CR-00051-13-BR<br><br>**JUDGMENT OF ACQUITTAL** |

    The defendant, David Lee Fry, was found Not Guilty of Counts One and Two of the Superseding Indictment. The Court previously had dismissed Count Three as to all defendants. The underlying Indictment also is dismissed as to Mr. Fry.

    IT IS ORDERED AND ADJUDGED that the Defendant is acquitted, discharged, and any bond exonerated.

    IT IS FURTHER ORDERED that all of defendant's personal property in the possession of the government which will not be used as evidence in the trial scheduled for February 14, 2017 is to be immediately returned to defendant.

    DATED this 4th day of November, 2016.

                                           */s/ Anna J. Brown*
                                           Anna J. Brown
                                           United States District Judge

Page 1 – JUDGMENT OF ACQUITTAL

HOEVET OLSON HOWES, PC
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1500
PORTLAND, OREGON 97205
(503) 228-0497