ROBERT SALISBURY, OSB #941385
PO Box 1272
St. Helens, OR 97051
Phone: (503) 397-9000
Email: bob@1goodlawyer.com
ATTORNEY FOR DEFENDANT JEFF WAYNE BANTA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.  3:16-CR-00051-14-BR |
| v. | **JUDGMENT OF ACQUITTAL** |
| JEFF WAYNE BANTA, | |
| Defendant. | |

The defendant, Jeff Wayne Banta, was found Not Guilty of Counts One and Two of the Superseding Indictment.  The underlying Indictment also is dismissed as to Mr. Banta.

IT IS ORDERED AND ADJUDGED that the defendant is acquitted, discharged, and any bond exonerated.

IT IS FURTHER ORDERED that all of defendant's personal property in the possession of the government which will not be used as evidence in the trial scheduled for February 14, 2017 is to be immediately returned to defendant.

DATED this ___ day of November, 2016.

Anna J. Brown
United States District Judge