TYL W. BAKKER, L.L.C.
Attorney at Law
621 SW Alder Street, Suite 621
Portland, OR 97205
P: 503-244-4157
F: 503-220-1913

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br><br>v.<br><br>SANDRA LYNN ANDERSON,<br>DEFENDANT. | No. 3:16-CR-00051-BR-15<br><br>MOTION TO MODIFY CONDITIONS OF SUPERVISEED RELEASE |

Defendant, Sandra Lynn Anderson, by and through her attorney, hereby moves the Court, pursuant to 18.U.S.C. § 3583 (c) for an order modifying the conditions of her supervised release. Specifically defendant is requesting that the Court strike special condition no. 3 of Ms. Anderson's supervised release as it relates to periodic drug testing based on the determination that Ms. Anderson poses a low risk of future substance abuse. This motion is unopposed by USPO Lisa Melchert and AUSA Craig Gabriel and supported by the attached declaration of counsel. As provided by Rule 32.1(b); defendant Anderson elects to proceed without a hearing unless the Court has questions or concerns it wants to address in open Court. Ms. Anderson is out of custody.

Respectfully submitted the 8th day of March, 2017.

/s/ Tyl W. Bakker
Tyl W. Bakker, OSB #902000
Attorney for Defendant

1 -   MOTION TO MODIFY CONDITIONS OF SUPERVISEED RELEASE

TYL W. BAKKER, L.L.C.
ATTORNEY AT LAW
621 SW ALDER ST., STE. 621
PORTLAND, OR 97205
503-244-4157, 503-220-1913 fax