IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,                  ) No. 3:16-cr-00051-BR-15
                                           )
                Plaintiff,                 )            ORDER TO MODIFY
        vs.                                ) OF CONDITIONS OF PROBATION
                                           )
SANDRA ANDERSON,                           )
                                           )
                Defendant.                 )

THIS MATTER having come before the Court upon Defendant's

Motion to Modify Conditions of Probation, and GOOD CAUSE

APPEARING,

IT IS THEREFORE ORDERED that the drug testing condition and

component of Mandatory Condition #3 is SUSPENDED, and Defendant is

not required to submit to periodic drug testing during her probation term,

based on the Court's determination that Defendant poses a low risk of future

substance abuse.

DATED this 28th day of August , 2017.

_____
The Honorable Anna J. Brown
U.S. Senior District Court Judge

Order Prepared By:

Matthew McHenry, OSB 043571
Attorney for Defendant Sean Anderson (co-defendant of Sandra Anderson)