IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16CR51BR004 |
| v. | |
| Ryan Payne | ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

**IT IS ORDERED THAT the defendant's conditions of release are modified from a Location Monitoring Program with Home Incarceration, to a Location Monitoring Program with curfew as directed by U.S. Pretrial Services.**

IT IS SO ORDERED THIS 14th day of December, 2017.

_____
The Honorable Anna J. Brown
Senior U.S. District Judge

**Submitted by U.S. Pretrial Services**