IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16CR51BR004 |
| v. | |
| Ryan Payne | ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

IT IS ORDERED THAT the defendant's conditions of release are modified from a Location Monitoring Program with Curfew to Home Detention as follows: The defendant is to remain at his approved residence unless he is going directly to or from court (including any Pretrial Office); the offices of any defense counsel; or church, medical, or treatment services. He is not to return to the Bundy Ranch or to engage in social activities with his co-defendants.

Should the defendant's Nevada Case, 2:16CR46-GMN-PAL-004, be dismissed with prejudice, the defendant is to surrender immediately to the U.S. Marshal in Nevada so that a hearing can be conducted within 48 hours of that decision to determine whether he will be detained or released pending his sentencing in Oregon.

Should the Nevada proceedings against the defendant continue, he may remain on release from the Oregon hold subject to all of his previous conditions and the newly modified conditions of release.

_____                    _____
Defendant's Signature                                                   Date

IT IS SO ORDERED THIS _2nd_ day of _January_, 2018.

_____
The Honorable Anna J. Brown
Senior U.S. District Judge

**Submitted by U.S. Pretrial Services**