IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16CR51BR002 |
| v. | |
| Jon Ritzheimer | ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

**IT IS ORDERED THAT The defendant may have no direct or indirect contact with any named defendant in Oregon case 3:16CR51BR004 or Nevada case 2:16CR46-GMN-PAL-004.**

_____        _____
Defendant's Signature                                                    Date




IT IS SO ORDERED THIS _2nd_ day of _January_, 2018.

_____
The Honorable Anna J. Brown
Senior U.S. District Judge



**Submitted by U.S. Pretrial Services**