Anthony Clark Schwartz
Email: tonyschwartz.law@gmail.com
The Schwartz Law Firm
520 SW 6th Avenue, Suite 600
Portland, OR 97204
Tel: (503) 505 4674

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR No. 3:16-CR-00051-BR-3 |
| **PLAINTIFF,** | |
| v. | **UNOPPOSED MOTION FOR MODIFICATION OF ORDER SETTING CONDITIONS OF RELEASE** |
| **JOSEPH O'SHAUGHNESSY,** | |
| **DEFENDANT.** | |

Mr. O'Shaughnessy, through counsel, moves this Court for an Order deleting Additional Condition of Release #4 (employment) listed in the Order Setting Conditions of Release dated December 4, 2017. The reasons for this request are outlined in the attached Declaration. This Motion is unopposed by the government and pretrial services.

DATED this January 19, 2018

                                                                         s/ Anthony C. Schwartz
                                                                         Anthony C. Schwartz