IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No. 3:16CR00051- 3 BR |
|---|---|
| v. | |
| Joseph O'Shaughnessy | **ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |

**IT IS ORDERED THAT the following condition be removed:**

- Regarding Nevada Case Number 2:16-CR-000046-GMN-PAL-8, upon the earlier of (1) the entry of any jury verdict disposing of the charges against him, (2) a finding of guilt based on a guilty plea to any of the charges against, or (3) the complete dismissal of the case against him, this order is revoked, and defendant shall be immediately remanded to the custody of the U.S. Marshals for a 48-hour period. A status hearing will be set within that time in order to make arrangements for the defendant's appearance in the District of Oregon.

**IT IS FURTHER ORDERED THAT the following condition be added:**

- Defendant shall report to his Pretrial Services officer in the District of Arizona no later than 5:00 p.m., February 9, 2018.

IT IS SO ORDERED THIS ___8th___ day of ___February___, 2018.

_____
The Honorable Anna J. Brown
U.S. District Judge
Senior.

**Submitted by U.S. Pretrial Services**