# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DOCKET NO. 3:16CR00051-4-BR** |
| vs. | **ORDER GRANTING TERMINATION OF SUPERVISION PRIOR TO EXPIRATION DATE** |
| Ryan Payne | |
| **Defendant.** | |

**IT IS HEREBY ORDERED** that, in the interests of justice, the Court grants the petition and orders that defendant's term of supervision release be, and hereby is, terminated effective as of the date of this Order.

DATED this 12th day of May, 2020,

*Anna J. Brown*
Anna J. Brown
Senior U.S. District Judge